| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | CLERKS OFFICE U.S. DIST. COURT AT DANVILLE, VA FILED NOV 02 2020 JULIA C. DUDLEY, CLERK BY: s/ H. MCDONALD DEPUTY CLERK | 1:13CR435-1 |
| | | DOCKET NUMBER (Rec Court) |
| | | 4:20CR00027 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brian David Hill<br>WD/VA | Middle District of North Carolina | Winston Salem |
| | NAME OF SENTENCING JUDGE  The Honorable Thomas D. Schroeder | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM  11/13/2014 — TO  12/5/2028 |

OFFENSE
18 U.S.C. 2252(a)(5)(B) and (b)(2) Possession of Child Pornography

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

   IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF VIRGINIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 29, 2020
Date

/s/ Thomas A. Schroeder
Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 30, 2020
Date

Michael F. Urbanski
Chief U.S. District Judge
2020.10.30 18:55:35 -04'00'
United States District Judge