AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 4:20-CR-00027 |
| BRIAN DAVID HILL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 01/06/2021

s/Jonathan P. Jones
*Attorney's signature*

Jonathan P. Jones, Bar No. 1011030
*Printed name and bar number*

U.S. Attorney's Office - WDVA - Roanoke
310 First Street, SW, 9th Floor
Roanoke, VA 24011
*Address*

Jonathan.Jones2@usdoj.gov
*E-mail address*

(540) 857-2250
*Telephone number*

(540) 857-2614
*FAX number*