CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 11 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

United States of America, )
Plaintiff, )
)
) Criminal Action No. 4:20-cr-00027
v. )
) Hon. Michael Francis Urbanski
Brian David Hill, )
Defendant, )
)
)

# NOTICE OF WITHDRAWL OF "Motion to Vacate/Nullify Fraudulent Begotten Order/Judgment" (DKT. 3)

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", and "Defendant") files this NOTICE of withdrawing his earlier "Motion to Vacate/Nullify Fraudulent Begotten Order/Judgment" (DKT. 3).

Brian also requests that Document #3 and all attachments remain as part of the record as evidence, and that the Clerk keep it filed for any future actions which may reference that document or it's attachment but is only withdrawing it from the bench to take any further action. If U.S. Military investigates this entire federal criminal case, this earlier filed motion must remain part of the record for the military to investigate.

Brian does not believe any justice will come out of any Court anymore. Our Courts are compromised. Attorney L. Lin Wood's public comments that his family printed on paper and shown him of what he said on Twitter made it clear in his public statements of his claimed encrypted evidence that he has secured that Federal and State Judges and politicians can be blackmailed by the Deep State incl. NSA/CIA

1

and then they are compromised indefinitely until the blackmail is no longer useful, the source of this information comes directly from Attorney L. Lin Wood of Georgia. Fraud is being accepted by our Courts and all Courts condone and accept fraud, lies, and false evidence while ignoring real evidence and ignoring the U.S. Supreme Court.

The reality is that fraud is acceptable in all Federal Courts now, fraud is encouraged and endorsed. HOW SAD!!!!!! Fraud is okay, Fraud is loving, Election Fraud is loving and acceptable in the new Amerika. Amerika is the new Soviet Union now. This is my freedom of speech to say this. The Courts are broken and are unfixable. The Courts are broken, fraud is acceptable. This has become our new normal. Justice for Brian D. Hill of USWGO Alternative News. **Brian needs a full unconditional pardon for all Supervised Release Violations as well as full unconditional pardon for his criminal conviction as the Courts will never bring any justice to Brian D. Hill. A Pardon is Brian's only hope.**

Where We Go One, We Go All. Storm is Upon Us!!!! Dark to Light!!!

Respectfully filed with the Court, this the 8th day of January, 2021.

Respectfully submitted,

*Brian D. Hill*
Signed       Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
Ally of QAnon

2

JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL/PARDON

<u>Defendant also requests with the Court that a copy of this pleading be served upon the Government in the Western District of Virginia as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Defendant requests that copies be served with the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!</u>

## CERTIFICATE OF SERVICE

Defendant hereby certifies that on January 8, 2021, service was made by mailing the original of the foregoing:

"NOTICE OF WITHDRAWL OF "Motion to Vacate/Nullify Fraudulent Begotten Order/Judgment" (DKT. 3)"

by deposit in the United States Post Office, in an envelope, Postage prepaid, on January 8, 2021 addressed to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011.

Then pursuant to 28 U.S.C. §1915(d), Defendant requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

<u>Jonathan P. Jones</u>

U.S. Attorney Office
Western District of Virginia
310 1st Street, S.W., Room 906
Roanoke, Virginia 24011
Mailing Address:
Post Office Box 1709
Roanoke, Virginia 24008-1709

Jonathan.Jones2@usdoj.gov

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>January 8, 2021 | Respectfully submitted,<br><br>*Brian D. Hill* Signed<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br>**U.S.W.G.O.**<br>I stand with QANON/Donald-Trump – Drain the Swamp<br>Ally of QAnon |
|---|---|

Friend's justice site: JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL/Pardon





**U.S.W.G.O.**
Brian D. Hill - Ally of QAnon
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
**WWG1WGA** - Q-Intel Drain the Swamp MAGA - INVESTIGATE!
JusticeForUSWGO.wordpress.com

To: Clerk of the Court
U.S. District Court
210 Franklin Road,
S.W., Suite 540
Roanoke, VA 24011









RECEIVED
JAN 11 2021
USDC Clerk's Office
Mail Room