IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | Criminal Action No. 4:20cr00027 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN DAVID HILL, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | Chief United States District Judge |

**ORDER**

By order entered December 17, 2020, the court advised Brian David Hill that it intended to construe his pro se motion titled as a "Motion to Vacate/Nullify Fraudulent Begotten Order/Judgment," ECF No. 3, as one brought pursuant to 28 U.S.C. § 2255 and to transfer it to the court where he was sentenced. The order gave Hill thirty days, however, to either amend or withdraw his motion, as well as to provide any additional information as to why the motion should be deemed timely filed.

In response, Hill filed a notice of withdrawal of his motion. ECF No. 7. Accordingly, it is **ORDERED** that Hill's prior motion, ECF No. 3, is deemed **WITHDRAWN**. The court will take no further action on it.

The Clerk shall send a copy of this order to the Hill and to counsel for the United States.

It is so **ORDERED**.

Entered: January 19, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.01.19 12:02:23 -05'00'

Michael F. Urbanski
Chief United States District Judge