# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| Brian David Hill | )    4:20CR00027 |

## ORDER OF DESTRUCTION

As the result of a plain view seizure, on March 9, 2015, the following item of contraband was seized from the above-named offender.

1. A cell phone

IT IS HEREBY ORDERED THAT the above item of contraband be destroyed pursuant to the Western District of Virginia United States Probation Office policy.

ENTERED THIS 15th DAY OF April, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.04.15 14:38:43 -04'00'

THE HONORABLE MICHAEL F. URBANSKI
CHIEF U.S. DISTRICT JUDGE