CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
June 03, 2024
LAURA A. AUSTIN, CLERK
BY  KRISTIN AYERSMAN
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) Case No. 4:20-cr-00027 |
| v. | ) |
| | ) By:    Michael F. Urbanski |
| **BRIAN DAVID HILL,** | ) Chief United States District Judge |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

## ORDER

It appearing proper to do so, it is hereby **ORDERED** that this criminal action is **TRANSFERRED** to the docket of the Honorable Thomas T. Cullen, United States District Judge, for all further proceedings.

It is so **ORDERED**.

ENTERED: May 31, 2024

Michael F. Urbanski
Chief U.S. District Judge
2024.05.31 16:12:20
-04'00'

Michael F. Urbanski
Chief United States District Judge