IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Case No. 4:20-CR-027-TTC |
| | ) |
| BRIAN DAVID HILL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POSITION BRIEF**

COMES now the Defendant, Brian David Hill, by and through counsel and files this unopposed motion for extension of time to file his position brief. The bases for this motion are as follows:

1. On November 15, 2024, this court ordered that a summons be issued for Mr. Hill on a hearing regarding the probation officer's request that his conditions of supervised release be modified. ECF No. 11. A hearing was initially scheduled for December 2, 2024.

2. The undersigned entered her appearance on November 20, 2024. ECF No. 17. On November 25, 2024, this court entered an amended oral order directing the parties to file position briefs. ECF No. 18. The previously scheduled hearing was also postponed. ECF No. 19.

3. As directed, the government filed its position brief, styled as a motion to modify the conditions of supervised release on December 6, 2024. ECF No. 23. The amended oral order requires the defense to file its brief by December 13, 2024.

4. In the intervening time period, counsel has received a significant amount of information from Mr. Hill, his family members, and associates. Counsel requires additional time

1

to review these materials so that Mr. Hill's concerns can be properly addressed in the position brief.

5.       Counsel has discussed this matter with Assistant U.S. Attorney Drew Inman who does not object to this request.

WHEREFORE, counsel requests an extension of time until December 17, 2024, to file a position brief on behalf of Mr. Hill.

                                        Respectfully submitted,
                                        BRIAN DAVID HILL

                                        By:       /s/
                                              Counsel

Nia Ayanna Vidal, Esq.
Supervisory Assistant Federal Public Defender
Virginia Bar Number 48871
Attorney for Mr. Hill
Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, VA 24011
Telephone: (540) 777-0898
Fax: (540) 777-0890
Email: Nia_Vidal@fd.org