Clerk, Please file all Exhibits, Attachments, and Main document in color. I am IFP. Please serve Exhibit discs. Thank You