# EXHIBIT 1

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID HILL'S NOTICE OF FILING EVIDENCE NECESSARY BEFORE THE HEARING, AND REQUEST TO TAKE IT INTO CONSIDERATION AT THE HEARING" by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



(Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br>v.<br><br>Brian David Hill<br><br>Defendant(s). | CASE NO. 4:20-cr-00027<br><br>NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

The following is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia:

Exhibit 1-Audio CD-Jason McMurray recordings. 19 audio tracks of 19 audio files, Phone calls between Brian D. Hill and Jason McMurray.
See TABLE OF CONTENTS - EXHIBIT 1
Audio CD-Jason McMurray recordings

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Virginia

Dated this 21st day of Dec. , 2024

Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1

## TABLE OF CONTENTS
## EXHIBIT 1
### Audio CD-Jason McMurray recordings

| AUDIO CD TRACK: | AUDIO TRACK # | DESCRIPTION |
|---|---|---|
| 20200505184405-I-5405980440 | 1 | 20200505184405-I-5405980440.wav - May 5, 2020 |
| 20200630164326-I-5405980440 | 2 | 20200630164326-I-5405980440.wav - June 30, 2020 |
| 20200805170219-O-15405980440 | 3 | 20200805170219-O-15405980440.wav - August 5, 2020 |
| 20200805182706-O-5405980440 | 4 | 20200805182706-O-5405980440.wav - August 5, 2020 |
| 20220913130609-O-15405980440 | 5 | 20220913130609-O-15405980440.wav - September 13, 2022 |
| 20220923115446-O-15405980440 | 6 | 20220923115446-O-15405980440.wav - September 23, 2022 |
| 20221024173036-O-15405980440 | 7 | 20221024173036-O-15405980440.wav - October 24, 2022 |
| 20221031160852-O-15405980440 | 8 | 20221031160852-O-15405980440.wav - October 31, 2022 |
| 20230310121853-O-15405980440 | 9 | 20230310121853-O-15405980440.wav - March 10, 2023 |
| 20231005183045-O-15405980440 | 10 | 20231005183045-O-15405980440.wav – October 5, 2023 |
| 20231006183712-O-15405980440 | 11 | 20231006183712-O-15405980440.wav - October 6, 2023 |
| 20231006194752-O-15405980440 | 12 | 20231006194752-O-15405980440.wav - October 6, 2023 |
| 20231007180056-O-15405980440 | 13 | 20231007180056-O-15405980440.wav - October 7, 2023 |
| 20190618164911-O-5405980440 | 14 | 20190618164911-O-5405980440.wav - June 18, 2019 |
| 20190618165509-O-5405980440 | 15 | 20190618165509-O-5405980440.wav - June 18, 2019 |
| 20190619140922-I-5405980440 | 16 | 20190619140922-I-5405980440.wav - June 19, 2019 |
| 20190718194543-I-5405980440 | 17 | 20190718194543-I-5405980440.wav - July 18, 2019 |
| 20200127195542-O-5405980440 | 18 | 20200127195542-O-5405980440.wav - January 27, 2020 |
| 20200401185907-O-5405980440 | 19 | 20200401185907-O-5405980440.wav - April 1, 2020 |