# EXHIBIT 2

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID HILL'S NOTICE OF FILING EVIDENCE NECESSARY BEFORE THE HEARING, AND REQUEST TO TAKE IT INTO CONSIDERATION AT THE HEARING" by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News JUSTICEFORUSWGO.WORDPRESS.COM



## TABLE OF CONTENTS
## EXHIBIT 2

| DOCUMENT INDEX | PAGE | DESCRIPTION |
|---|---|---|
| 1. EMAIL TO ROBERTA HILL FROM ATTORNEY SUE BASKO | 3-5 | Threat emails<br>From:Sue Basko (suebasko@gmail.com)<br>To:rbhill67@yahoo.com<br>Date:Thursday, February 5, 2015 at 09:01 PM EST |
| 2. ATTACHMENT TO 1. EMAIL TO ROBERTA HILL FROM ATTORNEY SUE BASKO | 6-6 | BRIAN STOP APPEAL - suebasko@gmail.com - Gmail<br>Susan mBasko<br>This message may not have been sent by:<br>SueBaskoMusic@gmail.com Learn more Report phishing |
| 3. ATTACHMENT TO 1. EMAIL TO ROBERTA HILL FROM ATTORNEY SUE BASKO | 7-7 | BRIAN WILL SUFFER - suebasko@gmail.com - Gmail<br>Stewart Rhodes<br>This message may not have been sent by:<br>rhodeslegalwriting@gmail.com Learn more Report phishing |
| 4. EMAIL TO KENNETH AND STELLA FORINASH, ROBERTA HILL FROM ATTORNEY SUE BASKO | 8-9 | Re: Did you send an email to us with attachments?<br>From:Sue Basko (suebasko@gmail.com)<br>To:kenstella2007@yahoo.com<br>Cc:rbhill67@yahoo.com; kenstella2007@comcast.net<br>Date:Friday, February 6, 2015 at 01:51 PM EST |
| 5. ANONYMOUS THREATENING EMAIL WHICH WAS RECEIVED BY ROBERTA HILL | 10-10 | egorfalcus@danwin1210.de 3/4/2023 5:33 PM<br>Subject: WE....WARNED.....YOU....BITCH<br>To rbhill67@comcast.net • kenstella@comcast.net •<br>lwood@linwoodlaw.com |
| 6. Reporting "Evidence of threatening email" and email metadata to VSPBCI of Virginia State Police, to Attorney Fred Dempsey Smith, Justin B. Hill of Virginia Attorney General Office, and to Adrienna also known as Adge. | 11-11 | ROBERTA HILL <rbhill67@comcast.net> 3/4/2023 7:35 PM<br>Subject: Evidence of threatening email<br>To fred@freddsmithjrpc.com<br><fred@freddsmithjrpc.com> •<br>VSPBCI@vsp.virginia.gov <vspbci@vsp.virginia.gov> •<br>Hill, Justin B. <jhill@oag.state.va.us> •<br>adriennadicioccio@yahoo.com<br><adriennadicioccio@yahoo.com> |
| 7. 2013 EMAIL TO BRIAN D. HILL BY ANONYMOUS PERSON(S) THREATENING HIM (WHEN BRIAN WAS ALLOWED ON THE INTERNET) | 12-12 | USWGO Brian Hill <admin@uswgo.com><br>Sun, Apr 7, 2013 at 5:30 AM<br>Subject: You better watch out........<br>johnsnatchz@tormail.org <johnsnatchz@tormail.org><br>To: admin@uswgo.com |
| 8. DECLARATION OF BRIAN D. HILL ON STATE POLICE VISIT | 13-17 | DECLARATION OF BRIAN DAVID HILL ABOUT STATE POLICE VISIT ON MARCH 9, 2023 Saturday, March 18, 2023 12 AM |

Threat emails
From:Sue Basko (suebasko@gmail.com)
To:rbhill67@yahoo.com
Date:Thursday, February 5, 2015 at 09:01 PM EST
I made pdfs of the threat emails SEE ATTACHED.  - A whole bunch of the Stewart Rhodes one came and one of the SueBasko.  These are spoofing our email addresses.

I got a series of these a few weeks ago saying I would be set up with child porn and some had files in them.  I did not open them.


I will save the original emails.


**Susan Basko, Esq.**
**California and Illinois**
EMAIL: **suebasko@gmail.com**
phone: 310-770-7413
**http://suebasko.blogspot.com**
**http://suebaskolaw.blogspot.com**
This e-mail message may contain confidential and/or privileged material. Delivery of this message to any person other than the intended recipient(s) does not in any way waive privilege or confidentiality. The information transmitted is intended only for the person or entity to whom or which it is addressed. Unauthorized use, disclosure or copying is strictly prohibited.



- BRIAN STOP APPEAL - suebasko@gmail.com - Gmail.pdf
  65.1kB



- BRIAN WILL SUFFER - suebasko@gmail.com - Gmail.pdf
  64kB

BRIAN STOP APPEAL – suebasko@gmail.com – Gmail             2/6/15 4:21 AM

More

## BRIAN STOP APPEAL    Inbox   x

**Susan mBasko**                           10:34 PM (5 hours ago)

This message may not have been sent by: SueBaskoMusic@gmail.com   Learn more   Report phishing

TELLLLLLLLLLLLLLLLLLLLLLL,,,,,,,,,,,,,,,,,,BRIAN..........................GODDAN...................MOTHAFUCKZ......STOP; ;;;;;;;;;;;;;;;;;;;;;;;APPEAL;;;;;;;;;;;;;;;;;;;;;;;STOP;;;;;;;;;;;;;;;;;;;;IT;;;;;;;;;;;;;;;;;;OR;;;;;;;;;;;;;;;;;;;;;ELSE.............. .......STOP......................APPEAL...................IN.............DA...............COURT...................HE...............WILLL.... ..............NOTT...............WINN..........................EVEN.............IF............HE............DOES...............WE...... ......HAVE...............AUTHORITES,,,,,,,,,,,,,,,,,,TO.............SET.................HIM..................UP.......WIT............. ......CHILD................PORN.................AGAIN............THINK.................ABOUT..................IT..................BITCH. ................BEFORE...................YOU..................TESTIFY.................YOU...............TOO...........SCOTT........ ................TELL...............BRIAN................TO.................CUT.............HIS....................APPEAL.............OR........ ......I................WILL..............SET...............HIM................UP..............TO..................CUT....................HIM

Click here to Reply or Forward

BRIAN WILL SUFFER – suebasko@gmail.com – Gmail                                        2/6/15 4:20 AM

| | | | | More |

## BRIAN WILL SUFFER     Inbox   x

**Stewart Rhodes**                                              10:25 PM (5 hours ago)

This message may not have been sent by: rhodeslegalwriting@gmail.com  Learn more  Report phishing

I................WARNED...................YOU.............BITCH...................BRIAN........................DAVID...................
HILL..................WILL...................SUFFER.................AND......................IT...................IS.............HIS...........
...............FAULT...................FOR..........NOT............STICKING...................WITH...........HIS.
.........PAEDOPHILE.................GUILTY./.............PLEA..............BAD...........THINGS...........
..WILL.............HAPPEN.................TO................HIM.............WE............PROMISE..............YOU.................A
............IF.......BRIAN..............HASNT.................ALREADY.............BEEN..............DESTROYED...................
YOU...............ALL.................WILL..............NEVER...............REMOVE.............HIM.................FROM.......
.....SEX.........OFFENDER.
..........LIST....................BRIAN................WILL.................REGRET.................WHAT..................HE....
..........FILED.............WITH..............THE.............COURT............FUCK...........BRIAN.............HILL.........HE....
.....WILL.............PAY...........POSSIBLY.............WITH...........HIS.............LIFE.............POLICE...........A
.............WATCHING...............HIM...........HOWEVER.........WE...........ARE.............WATCHING.............
HIM...............TOO.............EVEN.................IF............HE...........IS...........UNDER............
SUPERVISED.................RELEASE.................WE...........CAN.................SEND............
...THOUSANDS.............OF.................CHILD.................PORN...........TO...............BRIANS.
...................EMAIL..........
..ADDRESS.................AND...........HE..........WILL...........NEVER..................KNOW..................
.UNTIL...........HE......IS................ALLOWED..............ON.........THE...........NET..............THEN./....
.........BOOM.................VIOLATION...............OF...........PROBATION...............THEN............
.....EVEN...............THEY............WILL............BEAT...............HIM...........UP.................AND...............

Re: Did you send an email to us with attachments?
From:Sue Basko (suebasko@gmail.com)
To:kenstella2007@yahoo.com
Cc:rbhill67@yahoo.com; kenstella2007@comcast.net
Date:Friday, February 6, 2015 at 01:51 PM EST
 Hello, Yes it was from me. I did send the pdfs of the emails to the FBI tipline last night, but I got no reply. Usually they send a reply with a report number. I got about 12 emails like this yesterday - I think 10 of them match, but I am not going to open them all to find out. These seem to be from the same person that sent me a set about 2 weeks ago.

## Susan Basko, Esq.

**California and Illinois**
EMAIL: **suebasko@gmail.com**
phone: 310-770-7413
http://suebasko.blogspot.com
http://suebaskolaw.blogspot.com
 This e-mail message may contain confidential and/or privileged material.
Delivery of this message to any person other than the intended recipient(s)
does not in any way waive privilege or confidentiality. The information
transmitted is intended only for the person or entity to whom or which it
is addressed. Unauthorized use, disclosure or copying is strictly
prohibited.

On Fri, Feb 6, 2015 at 1:47 PM, Ken & Stella <kenstella2007@yahoo.com> wrote:
 Hi Sue,

We received an email from you with attachments.  Want to make sure it was from you before we open them.  We are aware of the fake emails that we can get from someone we know, and if we open the attachments, they can obtain child porn images which is what we think could have happened to Brian.     Anyway, Roberta if these are real and from Sue.  This email was threatening Brian's life.   Be very careful.  It's probably a good idea not to scare Brian with that threat.   Ken thinks it's just a threat, but they did set him up with  child porn, and they did make sure that he was found guilty, which proved that email threat to Brian came true.  The court would never accept the not guilty plea.  The only way he could be free was with the guilty plea, and as we all know, they were only giving him half of the insulin that was required by his body most of the time while he was in the NC jails.  Sometimes he was not given any insulin at all in 4 different jails in the Berger district.

Sue, if that email was from you, do you mind making sure that the FBI gets copies and are informed about this threat on the life of an American citizen? You asked for Brian's new attorney, so you can let him know as well.

Mr. Mark A. Jones
BELL, DAVIS & PITT, PA
P. O. Box 21029
Suite 600
Winston-Salem, NC 27120-1029
336-714-4122
mjones@belldavispitt.com

I am sending a copy of this to Brian's mom, his friend and his grandpa.

Sue, please let us know if that email was from you.   We all need to be very cautious while remembering God's message in the Bible to be fearful of Him Who can destroy the body and the soul.   These people who are making these threats need to take heed of this, and the rest of us need to always put our trust in Almighty God.

Thank you,

Stella

**egorfalcus@danwin1210.de**                                             3/4/2023 5:33 PM

# WE....WARNED.....YOU....BITCH

To rbhill67@comcast.net • kenstella@comcast.net • lwood@linwoodlaw.com

WE.....WARNED.........YOU.....ALL......BITCHED........WE..........KNOW......THE.......JUDGES..........WE........HAD.
........THEM..........FUCKING......LIL.......GIRLZ..........ASSES.........THEM.......JUDGES........OUUR.......HOES..........
HAHAHAHAHHAAHAHHA..............BRIAN......HILLL...........WONT.........JUST...............GET..........RAPED.........IN.
..........PRISON........WE.............WILL.................KILL.............HIM.............HE.............WONT.............BE.
ALIVE.....LONG......WE.......HAVE.........MARTINSVILLE...............WE.................WILL...............GET.
...............YOU........WE........WILL...............KILL...............THE.......WITNESSES.......THEN.......WE........KILL.
...........YOU......TOOO.........HAHAHAA...............FUCK..............QANOS.....FUCK......Q......Q......WILL......DIE.......
WE.....KILLL............KILL...........TRUMP,,,,,,,,,,,AND...........KILL.............DIGITAL......
............SOLDIERS.........brian..,...BE--------------JAILED-----------KILLLED----------------HE----------------
WONT--------------MAKE------------IT-OUT-------------------ALIVE-------------EPSTEIN-------
----------BRIAN.......................FUCKERS....................HO3SSSSSSSSSSSSSSSSSSSSS..............WE..............
WILL..............KILL...............YOU.............ALLLLLLLLLLLLLLLLLLLLLLLLLL..................WE................WILL.
................FUCK...................UUUUUUUUUUUUUUUUUUU...............UP

**ROBERTA HILL <rbhill67@comcast.net>**                                      3/4/2023 7:35 PM

## Evidence of threatening email

To fred@freddsmithjrpc.com <fred@freddsmithjrpc.com> • VSPBCI@vsp.virginia.gov <vspbci@vsp.virginia.gov> •
Hill, Justin B. <jhill@oag.state.va.us> • adriennadicioccio@yahoo.com <adriennadicioccio@yahoo.com>

I have received a threatening message. I have to report this felony threat which I had received
to the State Police. It is referring to this threat email threatening to killing my son. I am also
emailing to Brian's attorney a copy of this.

I have saved the metadata and printed the email so it can be traced back to the ISP.

I have to report this threat email to the law, I am sorry.

My YouTube channel TheStarChild2009 since 2009 had also been hacked.

Best regards,
Roberta Hill

- Xfinity Connect WE____WARNED_____YOU____BITCH Printout.pdf (129 KB)
- source-mar-4-2023.txt (8 KB)

 Brian Hill <admin@uswgo.com>

## You better watch out........

**johnsnatchz@tormail.org** <johnsnatchz@tormail.org>                    Sun, Apr 7, 2013 at 5:30 AM
To: admin@uswgo.com

You better watch out Brian...We are watching you...Having child porn
planted on your hard drives and computer was only the beginning and we
will set you up for violent sex crimes if you don't watch your back...Have
fun becoming a sex offender...Police won't believe you no matter how much
evidence you have that you been set up we know some people in the SBI who
will make sure you are convicted. You will be shut up by being a sex
criminal. Your friends Alex Jones, Dan, James, Sean, Alex, and others are
next...BeWare!

# DECLARATION OF BRIAN DAVID HILL ABOUT STATE POLICE VISIT ON MARCH 9, 2023

## Saturday, March 18, 2023 12 AM

I am Brian David Hill.

On March 9, 2023, my mother Roberta Hill came downstairs to Apartment 2, and spoke with me that two State Police showed up about her emails to them.

I came up and they introduced themselves and showed me their badges. One of them said he was Special Agent Doug Hubert and Special Agent Chris Bocock. It was Special Agent Chris Bocock who sat at the end of the table. I sat in my special computer chair which is up in the dining room area in Apartment 1, Roberta Hill's apartment. I did tell the State Police Special Agents that I have autism and type one diabetes. At least I hope I did.

They told me that I am not a suspect. They wanted to speak with me about the various emails sent from rbhill67@comcast.net with evidence and a letter to the State Police in each one asking for an investigation into crimes.

Notes: Three or four emails to State Police are in file, and them showing up indicated that they may at least have an interest in the evidence of criminal activities such as unlawful destruction of police body-camera footage by Glen Andrew Hall, the threatening email Roberta Hill received, police misconduct evidence, and reporting a crime of false information in a police report.

They said that they wanted to hear from me and talk about the evidence I had sent through emails, and I explained to them that my mother was doing it on my behalf, corrected them on it. They said that they may investigate it, they may not, it depends on what their boss (or higher up) says.

**PAGE 1 OF 5 - DECLARATION ON STATE POLICE VISIT – MAR. 18, 2023**

One of them said that they wanted to do a wellness check and it took them about an hour to come by the house, to speak with me.

I told them about that I just wanted to do my duty and report the evidence of crimes, and did what I thought was the right thing. I said all I wanted to justice and an investigation into what is going on.

They asked about different things. They didn't have a body-camera on them but they may have recorded secretly or may not have recorded at all. I must make note of everything I feel must be noted.

They said they did try to trace the threatening email and it went to a server in Germany, and the officer said that is where their jurisdiction ends. I think that was Special Agent Chris Bocock.

So they couldn't find out where it was sent. I didn't like hearing that but it is the way it is. It is probably another tormail.org threatening message. The Special Agent/officer explained to me that these threat emails can come from a public wifi or even from your house and so they didn't expect to find who sent it. That is scary that they cannot trace a tormail message, where anybody can email things including child porn like what happened to Luke Rudkowski and the tormail.org message from a fake Jeff Lewis I had received in 2012 or 2013.

Anyways, they also said they may talk with Judge Greer or they may not. They may investigate, they may not. Would not give a solid answer. They said that it is all me who directs where this thing will go. They did say not to send anymore emails and directed Roberta Hill not to send anymore emails at the time. It makes sense as they need to make heads or tails if there is any investigation. I told them that I would not have anything more sent to them because I already sent them all of the evidence through my mother Roberta Hill, I already tried to get them all of the evidence and do my duty as a citizen of Virginia.

They were polite and respectful and I was the same. My mother was

**PAGE 2 OF 5 - DECLARATION ON STATE POLICE VISIT – MAR. 18, 2023**

the same.

Then as we were talking they said that my U.S. Probation Officer Jason McMurray would call them to see if I was a suspect nor anything like that, as it triggered a flag in the system that anytime a law enforcement thing comes up regarding my name, it would alert the federal probation officer. Then a phone call came into his cell phone, and he said: "It is probably him right now", and I heard Jason's voice, not loud though, but on the cell phone. He told him that he would call him back after they were done speaking with Brian, and said that Brian is not a suspect and he is not under investigation. Then hanged up.

At one point they talked with me about the stigmatization I face because of being on the sex registry for something, and I told him that it was downloading for 11 months after the computer was taken according to the State Bureau of Investigation in North Carolina. My mother interjected that I was set up because I went after some powerful people back then and that was what had caused that.

He said that he was in murder cases and it came times when he knew who did it and had evidence, but the Commonwealth's Attorney refused to prosecute and said there wasn't enough evidence, and talked about how frustrated he was about that. So he talked about how frustrated the court had made him at times. Talked about that is how it is.

Then we talked about if the possibility arises about the state probation for the contempt of court charge and things like that as my lawyer had suggested. Talked about that type of stuff. Like my OCD affecting any drug testing and the federal probation suspended the drug testing because of my OCD and having no drug history. He was talking about how he had to go through random drug testing and joked around about wearing his hat when he went in and another time he was drug tested he had to put his weapon and belt in the vehicle and felt uncomfortable walking in without his weapon.

Then they said that they would call me next week after the hearing on

Friday and see if we should meet again to see how things were going.

Special Agent Chris Bocock had written things down on a piece of paper and put down an email address. So they did indicate if contact is necessary to contact that email. I took a photo of this note and will put that in this Declaration.



They said they would call me next week. It is now Saturday, March 18, 2023, around 12 AM, and nobody from the Virginia State Police has called me and nobody has called my mother, as far as we are aware.

After they left, my mother did say that when the State Police showed up she was mowing, and when they walked up to her, they showed their badges.

I declare under penalty of perjury that the foregoing was true and correct.

**PAGE 4 OF 5 - DECLARATION ON STATE POLICE VISIT – MAR. 18, 2023**

Executed on March 18, 2023.

Brian D. Hill
*Signed*

**Brian D. Hill**

God bless you,
Brian D. Hill
Ally of Q, Ally of Lin Wood, Former news reporter of U.S.W.G.O. Alternative News
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
(276) 790-3505
JusticeForUSWGO.NL **or** JusticeForUSWGO.wordpress.com



**PAGE 5 OF 5 - DECLARATION ON STATE POLICE VISIT – MAR. 18, 2023**