# EXHIBIT 3

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID
HILL'S NOTICE OF FILING EVIDENCE NECESSARY
BEFORE THE HEARING, AND REQUEST TO TAKE IT
INTO CONSIDERATION AT THE HEARING"
by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



## TABLE OF CONTENTS
## EXHIBIT 3

| DOCUMENT INDEX | PAGE | DESCRIPTION |
|---|---|---|
| 1. EMAIL FROM ROBERTA HILL TO USPO JASON MCMURRAY IN RESPONSE TO JASON MCMURRAY EMAIL TO ROBERTA HILL | 3-3 | Subject: Re: Brian Hill day trip to NC<br>From:Roberta Hill (rbhill67@yahoo.com)<br>To:jason_mcmurray@vawp.uscourts.gov<br>Date:Saturday, July 22, 2023 at 06:10 PM EDT |
| 2. EMAIL FROM USPO JASON MCMURRAY TO ROBERTA HILL | 4-4 | Subject: Re: Brian Hill's court case<br>From:Jason McMurray<br>(jason_mcmurray@vawp.uscourts.gov)<br>To:rbhill67@yahoo.com<br>Date:Friday, March 10, 2023 at 09:09 AM EST |
| 3. EMAIL FROM USPO JASON MCMURRAY TO ROBERTA HILL | 5-5 | Subject: RE: Brian Hill's counseling<br>From:Jason McMurray<br>(jason_mcmurray@vawp.uscourts.gov)<br>To:rbhill67@yahoo.com<br>Date:Monday, February 13, 2023 at 09:47 AM EST |
| 4. EMAIL TO USPO JASON MCMURRAY FROM ROBERTA HILL | 6-11 | Subject: Brian Hill monthly report, evidence not medically cleared<br>From:Roberta Hill (rbhill67@yahoo.com)<br>To:jason_mcmurray@vawp.uscourts.gov<br>Bcc:kenstella@comcast.net; rbhill67@comcast.net<br>Date:Tuesday, August 2, 2022 at 12:49 PM EDT |
| 5. EMAIL TO USPO JASON MCMURRAY FROM ROBERTA HILL | 12-15 | Subject: body-camera footage illegally destroyed in supervised release violation case<br>From:Roberta Hill (rbhill67@yahoo.com)<br>To:jason_mcmurray@vawp.uscourts.gov<br>Bcc:kenstella@comcast.net;<br>kenstella2005@comcast.net;<br>stanleybolten@justiceforuswgo.nl<br>Date:Tuesday, February 14, 2023 at 06:59 PM EST |
| 6. EMAIL FROM USPO JASON MCMURRAY TO ROBERTA HILL | 16-16 | Subject: Re: Brian Hill - Contempt of Court charge-Judge Greer<br>From:Jason McMurray<br>(jason_mcmurray@vawp.uscourts.gov)<br>To:rbhill67@yahoo.com<br>Date:Sunday, February 26, 2023 at 10:19 AM EST |

Re: Brian Hill day trip to NC
From:Roberta Hill (rbhill67@yahoo.com)
To:jason_mcmurray@vawp.uscourts.gov
Date:Saturday, July 22, 2023 at 06:10 PM EDT
Hey Jason,

We are going to visit Brian's granddad tomorrow.  He is being moved to a rehab facility.  He has less than a year to live.  His wife was rushed to another hospital a couple days ago with a brain clot and had a stroke.  She is being moved to hospice today, and has one day to a week to live.  So both my dad and my stepmom are in bad shape.

Thanks for letting Brian go visit his granddad anytime.   I just felt like I should let you know when we go to North Carolina to visit him.

Best Regards,
Roberta Hill

On Sunday, July 16, 2023 at 03:41:18 PM EDT, Jason McMurray <jason_mcmurray@vawp.uscourts.gov> wrote:

Absolutely. You may go visit him anytime. Hopefully he recovers very soon and comes home.

Get Outlook for iOS

**From:** Roberta Hill <rbhill67@yahoo.com>
**Sent:** Sunday, July 16, 2023 1:57:53 PM
**To:** Jason McMurray <Jason_McMurray@vawp.uscourts.gov>
**Subject:** Brian Hill day trip to NC

**CAUTION - EXTERNAL:**

Hey Jason,

Brian's granddad is in the Alamance Hospital in Burlington, NC.  Would it be okay if Brian visits him tomorrow?  This will just be a day trip.

Thanks,
Roberta Hill

Sent from Yahoo Mail on Android
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Re: Brian Hill's court case
From:Jason McMurray (jason_mcmurray@vawp.uscourts.gov)
To:rbhill67@yahoo.com
Date:Friday, March 10, 2023 at 09:09 AM EST
Roberta- contempt is a relatively minor offense, although I hope it serves as a wake up for him to calm down. Exercising your right to appeal is one thing and I encourage it, but you can't get out of control. I have to report it to our court per policy but it's highly unlikely Brian will have to come up here. I didn't have a chance to make it down this week but will me down next. Call me after court today.  Thanks.

Get Outlook for iOS

**From:** Roberta Hill <rbhill67@yahoo.com>
**Sent:** Thursday, March 9, 2023 9:34:34 AM
**To:** Jason McMurray <Jason_McMurray@vawp.uscourts.gov>
**Subject:** Brian Hill's court case

**CAUTION - EXTERNAL:**

Hey Jason,

We just talked to Brian's lawyer.  He is going to use autism as a defense with "no adjudication of a conviction" (Brian's words), but he says that Brian will probably get 6 months state probation.  I need to know if Brian is going to be charged with a probation violation by the Federal Probation Office?

Thanks,
Roberta Hill
**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

RE: Brian Hill's counseling
From:Jason McMurray (jason_mcmurray@vawp.uscourts.gov)
To:rbhill67@yahoo.com
Date:Monday, February 13, 2023 at 09:47 AM EST

Hi Roberta!  I'll get in contact with Mr. Daniels.  I have not heard from him, unless I have just missed his call.  I have court today that will keep me occupied, but let me see what I can do.  Hope you and Brian are doing  well.

Jason

**From:** Roberta Hill <rbhill67@yahoo.com>
**Sent:** Monday, February 13, 2023 7:49 AM
**To:** Jason McMurray <Jason_McMurray@vawp.uscourts.gov>
**Subject:** Brian Hill's counseling


**CAUTION - EXTERNAL:**


Hey Jason,


Brian asked me to send you this letter.  It is attached.  He needs for you to call his counselor, Hank Daniels at (276) 732-4383. I've texted him several times about scheduling his evaluation appointment, but he needs to talk to you first.  I texted him your number, but I haven't heard anything back from him.  Did he call you?


Thanks,

Roberta Hill

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Brian Hill monthly report, evidence not medically cleared
From:Roberta Hill (rbhill67@yahoo.com)
To:jason_mcmurray@vawp.uscourts.gov
Bcc:kenstella@comcast.net; rbhill67@comcast.net
Date:Tuesday, August 2, 2022 at 12:49 PM EDT
Jason,

Here is the monthly report. Brian wanted for me to send you his letter, and proof that he was not medically cleared on September 21, 2018.

Best Regards,
Roberta Hill



• Letter to US Probation on evidence not cleared - August 2, 2022(2) w_evidence.pdf
8.7MB



- July, 2022 Probation report Brian Hill on August, 2022(1)Signed.pdf
  933.6kB



- 1.Pages from gov.uscourts.ncmd.64541.181.11_1.pdf
35.8kB



- 2.E2-USWGO_20220719_154739(OCR).pdf
  1.2MB



- 3.E4-48924 Brian Hill medical claims history.pdf
482.4kB



• 4.E7-Definition of delirium - NCI Dictionary of Cancer Terms - NCI.pdf
51.2kB

body-camera footage illegally destroyed in supervised release violation case
From:Roberta Hill (rbhill67@yahoo.com)
To:jason_mcmurray@vawp.uscourts.gov
Bcc:kenstella@comcast.net; kenstella2005@comcast.net; stanleybolten@justiceforuswgo.nl
Date:Tuesday, February 14, 2023 at 06:59 PM EST
Jason,

Brian wanted for me to send you one letter and some evidence he has collected. He is sending a letter, and a
letter from Kendall with a response from the police chief admitting body-camera footage was deleted after not
being marked as evidence. Brian wanted for me to send you his proof that multiple court orders asked for this
footage but was ignored, and the evidence was deleted before his supervised release violation hearing in May of
2019. The evidence was deleted after Brian's appeal to the circuit court and was never presented in the general
district court, which is where my son was found guilty. The U.S. attorney may not have been aware of the body-
camera footage, and they could have obtained it as evidence. Brian thinks it could be an obstruction of justice to
destroy material evidence after the police were made aware of my son being on federal probation. The police
department had never given you the body-camera footage after Brian was arrested in 2018, and that was because
it was not marked as evidence to be routinely deleted.

Best Regards,
Roberta Hill



- Brian Hill FOIA Request.pdf
149.1kB



- court-orders-support-foia.pdf
  884kB

Re: Brian Hill - Contempt of Court charge- Judge Greer
From:Jason McMurray (jason_mcmurray@vawp.uscourts.gov)
To:rbhill67@yahoo.com
Date:Sunday, February 26, 2023 at 10:19 AM EST
Roberta- that's quite a turn of events. Tell Brian I've received everything and I'll come down and see you guys
next week. Looks like the hearing is only to get an attorney on the 3rd. We will talk. Tell Brian not to stress too
much. Appreciate you guys keeping me in the loop.

Jason

Get Outlook for iOS

**From:** Roberta Hill <rbhill67@yahoo.com>
**Sent:** Sunday, February 26, 2023 5:34:36 AM
**To:** Jason McMurray <Jason_McMurray@vawp.uscourts.gov>
**Subject:** Brian Hill - Contempt of Court charge- Judge Greer

**CAUTION - EXTERNAL:**

Hey Jason,

Brian is facing a Contempt of Court charge for his Notices of Appeal.  He wrote you a letter to explain what is
happening.  He also wants for me to send you the Notices of Appeal that he wrote. The court hearing is on March
3rd.

Best Regards,
Roberta Hill
     **CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when
                        opening attachments or clicking on links.**