# EXHIBIT 4

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID
HILL'S NOTICE OF FILING EVIDENCE NECESSARY
BEFORE THE HEARING, AND REQUEST TO TAKE IT
INTO CONSIDERATION AT THE HEARING"
by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



## TABLE OF CONTENTS
## EXHIBIT 4

| DOCUMENT INDEX | PAGE | DESCRIPTION |
|---|---|---|
| 1. Declaration of Brian David Hill – December 7, 2024 | 3-15 | Unsworn Affidavit/Declaration from Brian David Hill dated December 7, 2024. This is about Brian D. Hill explaining to the Court under penalty of perjury as to not having an addiction to child pornography. |
| 2. Declaration of Brian David Hill – November 25, 2024, Edited: Dec. 17, 2024 | 16-30 | Unsworn Affidavit/Declaration from Brian David Hill dated November 25, 2024, Edited: Dec. 17, 2024. This affidavit goes into what USPO Jason McMurray had allowed Brian David Hill to do in demonstrating that he was compliant with his conditions of supervision as USPO McMurray approved video games including Nintendo Switch, PlayStation 4, and he did allow XBOX too. **Note from Brian D. Hill of something remembered and not in Declaration: Jason liked the game Elder Scrolls and something about Jason playing Skyrim and was okay with Brian playing Skyrim.** |
| 3. EMAIL FROM ROBERTA HILL TO USPO HAYLEA WORKMAN | 31-35 | Subject: Brian D. Hill -Mom and Granma's letters From:Roberta Hill (rbhill67@yahoo.com) To:haylea_workman@vawp.uscourts.gov; kenstella@comcast.net Date:Monday, February 19, 2024 at 08:51 AM EST |
| 4. MAILED LETTER TO CHIEF PROBATION OFFICER FROM STELLA FORINASH | 36-39 | Letter to chief probation officer Certified Mail tracking number: 7021-1970-0002-2191-5458 Dated: |
| 5. MAILED LETTER TO JUDGE (IN BRIAN DAVID HILL'S VIRGINIA PROBATION CASE) ACCOMPANYING THE LETTER TO CHIEF PROBATION OFFICER FROM STELLA FORINASH | 40-46 | Letter to Judge (in Brian David Hill's Virginia Probation case) but was accompanied with the letter to the chief probation officer. Certified Mail tracking number: 7021-1970-0002-2191-5458. Letter dated: May 20, 2024. |
| 6. MAILED LETTER TO JUDGE ACCOMPANYING THE LETTER TO CHIEF PROBATION OFFICER FROM STELLA FORINASH | 47-52 | Letter presumably to Judge about Brian's set up but was accompanied with the letter to the chief probation officer. Certified Mail tracking number: 7021-1970-0002-2191-5458. Assumed letter was also dated: May 20, 2024. |
| 7. Photocopy of return receipt of confirming receipt of envelope with contents 4-6 in Table of Contents. | 53-54 | Certified Mail tracking number: 7021-1970-0002-2191-5458. Return Receipt number: 9590 9402 6641 1060 7896 15. |

**In the United States District Court for the Western District of Virginia
Roanoke Division**

| | | |
|---|---|---|
| United States of America,<br>                           Plaintiff<br><br>                    v.<br><br>Brian David Hill,<br>                    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 4:20-cr-00027<br><br>Other case no. 1:13-cr-435-1, M.D.N.C. |

**Declaration of Brian David Hill – December 7, 2024**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Brian David Hill ("Brian D. Hill", "defendant"). I am the probationer and criminal defendant of the foregoing case. Case no. 4:20-cr-00027. Western District of Virginia.

The case originally came from the Middle District of North Carolina. See United States v. HILL, 1:13-cr-00435, (M.D.N.C.).

I am aware that the Court has ordered for the Government to file its position brief on Friday, December 6, 2024, which they did. See United States v. Hill, 4:20-cr-00027, (W.D. Va. Dec 06, 2024) ECF No. 23.

The U.S. Attorney argues something which I know for a fact is not true. Something which Roberta Hill, Stella Forinash, and Kenneth Forinash knows is not true. The U.S. Attorney argued that I was addicted to child porn in their position brief.

It was such a long time ago that I gave the false confession but I will type down what I still recall from long ago to explain to this Court that I am NOT addicted to child porn. I was never addicted to child porn and I will explain herein as to why.

I did give a false confession on August 29, 2012 at the Mayodan Police Department at the address of 101 N. 3rd Ave, Mayodan, NC 27027, around my lunch time, and I am a type one brittle diabetic (Diabetes) who did not have a meal at the time

**PAGE 1 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

I was questioned. I was questioned alone after my mother Roberta Hill was questioned alone at this police station. That was a day after the police raid (search and seizure) on my former residence of 413 N. 2nd Ave, Mayodan, NC 27027 and that was in the year of 2012. The day of the raid was on August 28, 2012 as verified by the day the search warrant was executed on my former residence in 2012.

Before I get into the statements I made in 2012, I must copy and paste pictures of the State Bureau of Investigation case file in this affidavit to certify with proof that I did make false confession statements to Reidsville, NC Police Detective Robert Bridge and Mayodan, NC Police Detective Christopher Todd Brim. Again, that was at the Mayodan Police Department at the address of 101 N. 3rd Ave, Mayodan, NC 27027.

Even ineffective lawyer Asst. Public Defender Eric David Placke admitted in court, in transcript, that I made an initial statement about what would be in the recorded audio of the interview/interrogation, a Trojan Horse and it was a statement which was about me not downloading that material. Talking about music files and software. Then my statement changed after they told me they found the child porn stuff on my computer.

See Pages 7-8 of United States v. HILL, 1:13-cr-00435, (M.D.N.C. Jun 24, 2015) ECF No. 114. (TRANSCRIPT)

```
11              THE COURT:    And so is it fair -- do those -- and
I'm
12 not trying to embarrass you.       I just need to get to the
bottom
13 of this issue that you have raised.       You mentioned OCD,
14 obsessive compulsive disorder.       When you were originally
15 debriefed in this case -- or when you were originally arrested
16 and confronted by law enforcement, you told those officers that
17 someone else must have downloaded those images to your
18 computer, is that correct?
19              THE DEFENDANT:    Yes, sir.
20              THE COURT:    Am I remembering correctly, Mr. Placke?
21              MR. PLACKE:    In part, Your Honor.    There was a
22 noncustodial interview conducted the day after the search
23 warrant.    It was recorded, and I've listened to it several
24 times, played it with Mr. Hill.       That was said initially.
25 Later, the course of the interview changed, and Mr. Hill told
```

**PAGE 2 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

US v. Hill - Motion - September 3, 2014
Case 1:13-cr-00435-TDS Document 114 Filed 06/24/15 Page 8 of 25

9

1 the officers that he had downloaded child pornography.
2            THE COURT:    That's right.    There was an initial
3 statement, and then later that changed.

It felt like an interrogation after it was first an interview because at the beginning they were asking me things, and acting like bros talking locker room talk talking about different lawful things. They did ask me if I had downloaded child pornography. I denied it as Eric Placke and the original sentencing judge William Lindsey Osteen Jr. had acknowledged. I told them about a Trojan horse, that was in the recording. I also heard sounds like the recorder was being moved in and out of something like a pocket or pouch, so in 2014 I had my suspicions that the audio may have been altered from what was originally recorded because I also work on audio files and audio editing as somebody who has used computers since I was a little boy. I had used an Apple 2E, Tandy computer, Windows 95 computer, MS-DOS, and Windows 98. I had worked on a documentary before the police raid, and that documentary video was called: America From the Road of Freedom to the Streets of Fascism by USWGO YouTube channel. That was using PowerDirector, so I know about audio editing and video editing. I knew the audio of the interview/interrogation was altered or botched up but even then I did say I had a Trojan Horse. Referring to what I later discovered was Win32/MoliVampire.A from ESET VirusRadar. The eMule virus.

First of all one of the verified false confession statements I told the detectives was I had downloaded the child porn for "about a year or so". That was confirmed to be a false confession statement caused by my Autism Spectrum Disorder or misleading statement caused by my Autism Spectrum Disorder when the forensic report is examined and reviewed to cross examine between the confession statements I made and the forensic report.

Now let us look at a citation from the North Carolina State Bureau of Investigation forensic report:

**PAGE 3 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

The results of the analysis are as follows:

Area Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.met saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This records each string that has been recorded and an auto-completing is offered if a new search matches a previous one. From the analysis, this record showed 30 search terms: rapture lis, ;friends "IV," Friends IV, asian lolitas friends, Lolita rape hentai, asian Lolita, "Nozomi Kurahashi," "rika nishimura," "rika nishimura" friends, Rika Nishimura, 11yo, 12yo, puremodism password, 12yo peeing, 11yo peeing, 11yo bathroom, 10yo voyuer, 11yo public shower, pool shower, 11yo changing, changing room, gym shower, 6yo, ptac, loli rape, toddler, pthc, 12yo making love, pthc making love, pthc forest.

On October 11, 2013, SA White conducted a forensic examination for image and video files on the following item of evidence:

It is grainy but the Court can request the State Bureau of Investigation case file:

SBI case # 2012-02146
Subject/Suspect: Brian David Hill
Greensboro, North Carolina State Bureau of Investigation Office.
SBI Special Agent (SA) Rodney V. White
was delivered to AUSA Ramaswamy on October 13, 2013

My family gave me the below link. I was never allowed to have the SBI report but somebody leaked a few images of the SBI report (I can't recall who could have done this but I can speculate as to who could have done this) which was also cited in the FOIA Lawsuit I had filed (Hill v. Executive Office for United States Attorneys, 4:17-cv-00027, (W.D. Va.)):
https://archive.org/details/LeakedSbiDocsProveUswgoFramedWithChildPorn

Those appear to be different photos but we have photos, so at least we have proof somehow.



The forensic report may match my confession statement for "about a year or so" but it said from July 20, 2012, and July 28, 2013. Read from PAGE IV what it said.

CITATION FROM PAGE IV SBI REPORT: "From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared."

It matches my confession statement but just one problem. The computer was seized on August 28, 2012, confirmed by Search Warrant date of execution on the residence, police seizure inventory list of items which were seized from me and my mother on August 28, 2012. Even the SBI report admits the computer was seized from me by Mayodan Police Department, and was later turned over to the North Carolina State Bureau of Investigation. So after August 28, 2012, it was in the custody of Mayodan Police Department and later on was transferred to the custody of the State Bureau of Investigation, presumably in Greensboro, North Carolina SBI office.

That statement from Special Agent Rodney V. White doesn't just prove that my confession statement was false, it also proves that it was downloading whenever I didn't even possibly have my computer. It shows forensic procedures was not followed for files

**PAGE 5 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

to be downloading on eMule after my computer was seized. Worst case scenario it was a set up by both Mayodan Police and the SBI but my computer was hacked into to start up this whole mess. Best case scenario, my computer was hacked into by a Trojan Horse as I said in my initial statement before my false confession, and the forensic was so sloppy that they allowed the Trojan Horse to continue operating on my seized computer and then just copy and pasted the download dates from eMule's KNOWN.MET file. Either way, this confirms that I did not download the alleged proclaimed what they call child pornography files according to SBI SA White's own statements in the forensic report.

I also told the detectives when they asked me is there any other computer they should be aware of (I'm not sure its their exact words, I would need to review over the police report again), you know regarding child pornography. I told them there was a netbook they didn't get. I gave them the ASUS Eee PC netbook I think on August 29, 2012.

The forensic report said no images of interest were noted. No videos of interest were noted. So no alleged proclaimed child pornography on the ASUS Eee PC Netbook computer. So I made another false confession statement.

SOURCED FROM United States v. HILL, 1:13-cr-00435, (M.D.N.C. Apr 03, 2015) ECF No. 71, PG. 10 and 11.

CITATION OF SBI FORENSIC REPORT PAGE IV:

On October 11, 2013, SA White conducted a forensic examination for image and video files on the following item of evidence:
ITEM #2: ASUS Eee PC Laptop Serial Number: 9COAAS155554

The following hard drive was removed from Item #2:

Seagate HD 250GB

Serial Number: 6VC1L6G5

No images of interest were noted
No videos of interest were noted

If the Court was to request a copy of Page IV, or the entire forensic report, this will verify my claims of making false confession statements on August 29, 2012.

The U.S. Attorney also claimed ages other than 12-13 year olds according to their

**PAGE 6 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

position paper/brief. So the U.S. Attorney is basically acknowledging in their own way that I made another false confession statement since the alleged proclaimed child porn according to the U.S. Attorney Assistant Drew Inman, doesn't match the age range I told the detectives on August 29, 2012. I pretty much am proving that my confession statements were false when they don't match the forensic report claims. That means I didn't tell the detectives factual things of what I said was on my seized computer when I made my false confession statements, because I didn't know what was being planted on my seized computer. I believe it was planted by a Trojan Horse of Win32/MoliVampire.A as reported and cataloged by ESET anti-virus VirusRadar.

I actually told the detectives I am into women, one of them said: "Your lying!!!" and then I told them 12 to 13 year olds. I am not sure if that was in the edited audio recording but I recall them telling me: "your lying" and I changed my answer to the one they wanted to hear.

Look back when I ran USWGO Alternative News at uswgo.com, https://web.archive.org/web/20120821043641/https://uswgo.com/ (my family gave me this link and hey that was at the time I was allowed to use the internet in 2012-2013 before I was charged and arrested). Back then when I ran USWGO Alternative News, I didn't know how corrupt any police officer could be to such an extent where I would be personally set up.

On August 28, 2012, Detective Robert Bridge spoke with me in the house when I was told to come in the house by Mayodan Police, Robert Bridge asked me: "What kind of porn you like to look at?", and I was weary about answering him and I think I said something, and he said in response: "Everybody likes to look at porn!!!". So on the day of the raid he told me "everybody likes to look at porn". The so-called law enforcement expert known as a detective.

Back at age 22 when I wasn't as smart and wasn't as wise, when I thought I could take on the New World Order and not face repercussions, at age 22 I had looked at lawful adult images back then but then this detective was telling me everybody looks at it. I realized as I got older and wiser, what he was trying to do when I was at the age of twenty-two (22) years old, he was trying to confuse me into thinking that they are saying adult porn was the same as what they accused me of. It's a dirty tactic of psychological manipulation (The REID Technique of law enforcement) for somebody who just got raided. This wasn't the first time the detective tried to confuse me into what led up to my false confession statement.

On August 28, 2012, Charles Caruso the police chief of Mayodan at the time said:

**PAGE 7 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

"Fess up, we know you did it, you better fess up or else your mother will be held responsible". He said that where my family could hear me. I done affidavits over the years repeating this same statement I remembered from the day of the raid.

On August 29, 2012, the detectives Christopher Todd Brim and Robert Bridge talked with me about the type of adult pornography they like looking at and one of them said he likes granny porn, which later on within 2012-2013 I looked up what that meant while I could still use the internet from 2012-2013, I was disgusted as I don't like to think about elderly people like that, and it meant porn of elderly people what the detective told me he liked. The recording, I would need to re-listen to that again to see when they spoke of these things. I think there was some talk where they acted like it was locker room talk of lawful adult conversation but I got confused because I was younger and was not as smart, a young man at the time. At age 22 I looked at 18 year old women because the law of these adult places said at least 18 years and older as mandated by record keeping compliance law. So I had images of 18 year olds who somebody who is ignorant could say they looked like teenagers but they were of legal age as proven by State ID or birth certificate. So the detectives were telling me they like the adult porn and had confused me into thinking child porn was adult porn since there are 18 year olds who look like teens. I didn't know this was a tactic in police interrogations to get me confused into thinking they were blurring the lines to get a false confession out of me. I am opposed to the REID Technique because I and other have given false confessions as proven by The Innocence Project.

On August 29, 2012, By the time they were done with me, I told them I needed help and I thought I had an addiction because I liked looking at beautiful women and thought it was child porn to look at 18 year old women who acted like a teenager since I wasn't very good at being social due to my autism so I never had a real life girlfriend but the images I looked at was of legal age. So they confused me and that is a tactic to get a confession but I gave false confession statements because they told me: "we found child porn on your computer, you better just tell us, we're gonna find more". I recall that from the audio of the interview/interrogation. I then told them after my first initial statement that I had child pornography after they said that claim to me. They never showed me any images, never confronted me with any real evidence, they never brought in my computer and shown me what was on it. They just told me they found it on my computer, didn't tell me what ages, and I wasn't even confronted with any evidence of child porn regarding my computer. All the detective did was tell me it was found on my computer and I better just tell them/him, they would find more as one of the detectives told me. That was what led up to me changing my statement to a confession, with addition to being told the blurred line of what was legal and illegal pornography. We all get taught in school and in the media or college that detectives are the experts so if they say that

adult porn can be child porn or insinuate it that way, I can be misled into believing it
even though that is not true.

The alleged images, they never described each and every one of them. That would
be important in such an investigation because if any alleged images was of an adult who
posed as a fake teen, then that would be considered age 18, of legal age, and not under-
aged as long as the record of verifying age of the model was verified. Also there could
have been nudism photos too as I didn't know as much back when I ran USWGO
Alternative News. If any of the images were of nudists like even women nudists, then
those would not be considered pornography at all no matter who was in the photo
according to the U.S. Supreme Court. See Sunshine Book Co. v. Summerfield,
Postmaster General, 355 U.S. 372 (1958). Even though some images or videos were
alleged as listed by the detective or detectives, they never verified whether or not they
were all confirmed to have been found on my computer, at least I didn't recall any such
notion in the forensic report. The forensic report would be the most important compared
to what a detective could claim what was found, because forensics is supposed to be
scientific investigating and technical computer investigations to investigate crimes.

Now back to August 29, 2012, they had me convinced I had a child porn addiction
at one time which didn't make any sense because the only download date the forensic
report said was the downloading on eMule.exe which started on July 20, 2012, the same
date that Detective Robert Bridge claimed my IP Address was found according to his
affidavit of the search warrant. There were no prior download dates as my family had
witnessed after they had reviewed over the forensic report on January 22, 2015.

The detectives again would be called the experts, even if they were lying to me. I
believed what they told me at the time and they had me convinced at the time I had a
problem. So then days to weeks after August 29, 2012, I tried to get help for my non-
existent addiction. My family tried to get mental health people involved.

Can't remember the exact date in 2012, but I remember at the address of Eden NC
Hospital at the address of 117 E. Kings Highway, Eden, NC 27288: At one time I was in
a room with my family members Roberta Hill, Stella Forinash, and Kenneth Forinash. The
counselor or psychiatrist or psychologist or social worker who I cannot remember
his name but I remember he was a black guy (I'll call him "counselor") and maybe
anywhere between 20s to 30s age range. He had glasses on I think. My family told him
they saw a photo on my computer of a woman who looked like she was around teenage
age. I have to bring this up since Eric Placke told me the statements I made at the
hospital could be used against me so I need to explain what that was all about. Anyways,
the counselor said to them, "wait a minute, you know adult women pose and role-play as

teenagers when they are legally considered adults, they call it "Teen porn" but it is of legal adults. They can act like they are." **After he told me and my family that, he did not think I had a child porn addiction. That expert knew I had Autism and OCD because my family tells people I have Autism and OCD.** It was after that (again in later 2012) my family spoke to me and asked me some questions and they thought I had been misled into thinking I had an addiction I do not have, they told me they think I falsely confessed which they were right, I did give a false confession. That I am not into child porn at all. They realized I did not have a problem and then I thought about what that counselor said to me. They started asking me if I even knew what child porn was and they could tell I was confused about this subject. After that the plan to get mental help had stopped because my family and me confirmed that I did not have a child porn addiction from how confused I was about the subject matter because the detectives had misled me into believing I had a problem. They confused me by bringing in legal porn and then talk with me about child porn to try to blur the lines in my mind. It's psychological manipulation I believe was going on. I am opposed to the REID Technique because it is about only obtaining a confession when false confessions can happen. Detectives have the ability to psychologically manipulate somebody to confess to a crime, but somebody on the autism spectrum can give false confessions and misleading statements.

See Dennis Debbaudt's white paper on autism and false confessions. See United States v. HILL, 1:13-cr-00435, (M.D.N.C. Jun 25, 2018) ECF No. 132, Pages 9 through 12, Exhibit 15).

They took advantage of my autism spectrum disorder, generalized anxiety disorder, and obsessive compulsive disorder on August 29, 2012. They talked with me at one point as if it was three guys doing locker room talk, talking about adult porn and things. I think that was in the recording I heard with Placke. Detective Brim and Detective Bridge were doing what I felt like was locker room talk talking about the legal images or videos, and my concern with that was it is a tactic to get somebody to start assuming that children and adults start to go on a blurred line since there are 18 year olds who pretend to be teenagers in a high school roleplay. So they can confuse me into thinking something which was legal, age 18 with age verification for models, was something of children to convince me that adult porn was child porn or blur the lines to confuse me into thinking I did something wrong when I am within the law. It is a tactic to obtain confessions using the REID Technique. Psychological manipulation to obtain confessions. The problem is they get false positives aka false confessions. The REID Technique is flawed in my belief.

When I did try to get help for what I thought I had a problem, nobody would take

me in to have inpatient treatment. I think it was because nobody believed I had a child porn problem since people with OCD and Autism can be misled into thinking they have a problem when they do not. There are those who can be manipulated and misled and those with autism are vulnerable. I am vulnerable because of my Autism and OCD. The Reid technique is not a good idea for those with neurological disorders.

So I do not have a child porn addiction. I was misled on August 29, 2012 by two police detectives. I was confused about what they were talking about. I was into women and at the time I was age 22. So if I had a photo of an 18 year old woman appearing to look young but was legally 18 years old, I was only 4 years older than an 18 year old woman at the time. So at the time I was into women that are not far from my age (ages 18-22) and I got confused by the detectives when they talked about child porn and adult porn and everybody likes to look at porn from what Robert Bridge told me on the day of the police raid on August 28, 2012.

**The Court could ask me, why didn't I address this before pleading guilty in June, 2014 to try to prove my confession was false???**

I was not given an opportunity to do so by Assistant Public Defender Eric David Placke of the Middle District of North Carolina. He never gave me any opportunity to try to prove my innocence before even the jury trial. I was on my own sitting in jail and in Federal Prison at FCI-1 Butner, NC. I had to falsely plead guilty to get out of jail so I could try to make sense of all this to try to prove my innocence after my release from imprisonment after I had falsely plead guilty. I only plead guilty to possession because they claimed it was on my computer. I never got to read the forensic report until after my false guilty plea, until the first time I read the SBI forensic report on January 22, 2015 with my family at the law office of John Scott Coalter in Greensboro, NC.

After I read it, my family and me decided to take some photos of the discovery papers because of those portions which would later be used to prove my innocence. I am innocent because I never put it on there, and the forensic report doesn't even confirm what exactly was on my computer. It doesn't confirm each and every images does it??? I want to know so I can see what I can prove as to my innocence. There isn't the information needed in my belief to have ever proven me guilty all along. They relied mainly on my "confession" which was a false confession. The forensic report doesn't exactly paint me guilty beyond a reasonable doubt. I think if I had a better lawyer than Eric David Placke back in December 2013 to when he was removed as counsel in 2014, I would have been acquitted or case dismissed.

I had filed a FOIA lawsuit to try to get my discovery papers so I can use it to

prove actual innocence in my 2255 case.

That failed because the U.S. Attorney had already destroyed a portion of the discovery evidence, a portion of what was presented to the grand jury, not all of it according to the Vaughn Index. See Brian David Hill v. Executive Office for United States Attorneys, 4:17-cv-00027, (W.D. Va.). The specific pieces of evidence I could have used to prove my innocence was destroyed by the corrupt U.S. Attorney in the Middle District of North Carolina.

Then when I couldn't get what I needed to fully demonstrate my innocence, I dedicated to file the 2255 case anyways to try to see if the evidentiary hearing can happen and an appointed attorney can ask for the SBI forensic report and my false confession audio file from the Town of Mayodan so I can demonstrate full factual innocence. Instead, the Court refused an evidentiary hearing and threw the 2255 motion case out of court. See United States v. HILL, 1:13-cr-00435, (M.D.N.C. Nov 14, 2017) ECF No. 125 and all other supporting documents of the entire 2255 case. Then see United States v. HILL, 1:13-cr-00435, (M.D.N.C. Dec 31, 2019) ECF No. 236 and 237.

I had tried to do everything I legally could to get the discovery materials and prove factual innocence. I had been blocked by all the involved judges of the Middle District of North Carolina and the Fourth Circuit U.S. Court of Appeals did nothing to help me get any justice. The U.S. Attorney blocked me from proving actual innocence. However by at least getting a few photos of the SBI report, I was able to show enough of innocence that I may get a full pardon from President Donald J. Trump with support of Roger Stone who tried to help me get a full pardon in 2021 before Trump left the White House for Joe Biden to come in to the White House.

I have never been allowed by any court to prove factual innocence to possession of child pornography. Asst. Federal Public Defender Eric David Placke never gave me any opportunity to prove my innocence. He never shown me the SBI case forensic investigation file. Placke failed me. Justice and the courts failed me in the past. I was never given any opportunity to demonstrate factual innocence. When I did have things thanks to my family and me having a portion of the entire discovery evidence, it was ignored and the courts refused to accept my innocence. I feel like I was deprived of justice throughout my entire child pornography case. I was railroaded, wrongfully convicted.

I will state under oath, under penalty of perjury that I have absolutely no child pornography addiction. That is a lie and I was misled, so it was a lie from the very beginning of 2012. I have no addiction to child porn. I never had. I will agree I was

delusional in thinking I had an addiction I do not have. So in that way, I do agree to the diagnosis of delusional disorder. When I made false confession statements, my confession was delusional. When new evidence disproves my confession, then believing in my false confession as true would be delusional. A false confession to a crime is not a true confession to a crime, that is logical.

I was age 22 when I liked photos of 18 year old women and older. I was close in age and so it was wrong that the detectives confused me like that. They never shown me photos of what they said was found on my computer. I was lied to, misled, and tricked into making false confession statements. I swear this under oath.

It is not a crime for me to like women. I am older now and I still like women. I have yet to have an actual real life girlfriend. I am a virgin. I am not a danger to society in my belief.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 10, 2024.


*Brian D. Hill*
Signed
**Brian D. Hill**

God bless you,
Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505


**PAGE 13 OF 13 - BRIAN HILL AFFIDAVIT – DEC. 10, 2024**

### In the United States District Court for the Western District of Virginia
### Roanoke Division

| | | |
|---|---|---|
| United States of America,<br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>Brian David Hill,<br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 4:20-cr-00027<br><br>Other case no. 1:13-cr-435-1, M.D.N.C. |

### Declaration of Brian David Hill – November 25, 2024, Edited: Dec. 17, 2024

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Brian David Hill ("Brian D. Hill", "defendant"). I am the probationer and criminal defendant of the foregoing case. Case no. 4:20-cr-00027. Western District of Virginia.

　　1. (removed due to information changed)

2. Around November, 2023, I had learned that Jason McMurray the Senior U.S. Probation Officer from Roanoke, Virginia, had been removed from my supervised release and I was assigned Haylea Workman, which freaked me out because she doesn't know the evidence that shows that I am innocent of child porn and I will explain why I feel like this is the case. She isn't aware of many things. She isn't aware of the progression of my supervision where I have broken no law and where the incident in 2018 evidence was covered up which would have proven my innocence to indecent exposure in 2018 such as hospital lab tests were ordered then were deleted from the chart without explanation why, and the police chief admitting the body-camera footage from that incident had been deleted/erased from the law enforcement online storage system because it was never marked as evidence by the Commonwealth's Attorney Glen Andrew Hall. I had proven cover ups from that state criminal case, and the cover ups prevented me from receiving true unbiased and fair justice which caused my supervised release to not end in November, 2024. It prevented me from receiving a fair trial. Because of the evidence cover ups and lies which led to the false assumption that I was medically cleared when in fact there was proven deficiencies which disprove that I was

supposedly medically cleared when I was arrested for indecent exposure. Scant evidence shown tachycardia two or three times on September 21, 2018, referring to high resting blood pulse readings as I was laying down in the hospital bed while I had abnormal readings but the doctor ignored all that and discharged me to police/jail. Usually tachycardia can be a sign of somebody wrong with the body including INTOXICATION such as carbon monoxide or substances or anything which causes intoxication. I had faced an unfair federal hearing on September 12, 2019, because of these evidence cover ups and neglect by both hospital and law enforcement. The cover ups prevented me from receiving a fair trial. Because of this my supervised release did not end this year as it was supposed to be prior to my supervised release violation charge in 2018. Also it should be made known why I believe the U.S. Attorney never charged me with receipt and distribution of child porn. That is because in the forensic report it said:

"eMule Known.met: The Known.net saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. **From the analysis, this record showed** that **454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013**. This record also showed that files were shared with other users and the number of times each file was shared".

Copies made to: Special agent in charge: L. D. Shank, District Attorney, P.E. Berger Jr., US Attorney, R.E. Rand

**The computer was seized on August 28, 2012, by the Search Warrant on record. So for 11 months after my computer was seized, it still downloaded.** This proves somebody else was downloading child porn to my computer. That is why **I was never charged with receipt or distribution because I could have argued to a jury about the download dates proving a hacker or law enforcement was downloading child porn to my computer and not me.** So I was only charged with possession because they can argue they found it on my computer so I was technically in possession of it. But I am innocent because I didn't put it there. For this reason alone I should no longer be under supervised release conditions, period.

3. Anyways, in November, 2023, I had found out that Haylea Workman became my new Probation Officer and I was concerned about how she would conduct my supervision. Like would she try to punish me more? Would she treat me badly? Would she ignore evidence? Would she try to push for harsher conditions against me? Would she fetter with my legal papers? Would she try to monitor my legal work to thwart my efforts in the state and federal court systems? I was concerned. So I typed up a letter on

my Desktop computer which does not use the internet, and faxed it to the U.S. Probation Office. The faxed letter was dated: Tuesday, November 7, 2023 10:33 PM. I have two fax transmission tickets proving receipt two times by the U.S. Probation Office fax number 540-857-5181. Both successful receipt times were 10:40:16PM and 11:37:18 PM. That was reported by the transmission tickets using the local time of the fax system which also does not use the internet. This fax was meant for the newly assigned Probation Officer.

4. Haylea showed up on November 13, 2023, assuming I have the date correct here, and she said to me and my mother in her apartment that she would keep things the same as it were under the supervision of Jason McMurray. Meaning she would supervise me the way Jason had done it when he was my supervising officer.

5. I wish to give the U.S. District Court a little background on the issues leading up to the United States Probation Office's petition to modify the conditions of Defendant Brian David Hill's supervision (ECF No. 11).

6. I have had two Probation Officers prior to Haylea Workman. The first Probation Officer was Kristy Burton, USPO from Danville, Virginia. She supervised me from the beginning of my supervised release until the first supervised release violation charge in 2015, over me having an autistic meltdown with high blood sugar trying to do my insulin shot and Kristy Burton refused to let me leave the room and I sat in a chair while I had an autistic meltdown and then she said to me: "I'M DONE, I'M DONE" walked and walked out of the house at the time I had my autistic meltdown. She never gave me any indication that she felt unsafe and left the residence. She just said: I'M DONE, I'M DONE". I do have proof that she lied in the federal court system and lied under oath. She did tell the truth when she said I apologized to her for having the meltdown caused by my autism spectrum disorder. I apologized multiple times including an apology letter I think I tried to fax her, I'm not exactly sure as it was long ago. That's from what I still remember from long ago. After the violation charge resulted in just six months of home detention, I was then assigned Senior. U.S. Probation Officer Jason McMurray from Roanoke, Virginia (second Probation Officer) to conduct my supervision. One of the things he told me was he knew or was aware that I wanted to challenge my conviction and he made it clear that it is my legal right to do that, and Jason was not going to interfere with my legal work, he was not going to search my legal papers, he was not going to destroy evidence in my possession, he was not going to forcefully install a key-logger/key-logging surveillance tool on my offline desktop computer, but just conduct my supervision as ordered by the court. He checked my desktop computer multiple times throughout the years, every computer check came clear of no possible internet access, and so he knows I do not use the internet on my desktop computer. My desktop

computer was also checked by Kristy Burton who allowed me to use my desktop computer for my legal work, after my family provided proof to her of the WiFi chip being removed from my desktop computer by a computer repair shop. So two Probation Officers, even the one I had proven Kristy Burton lied under oath in 2015. Even Kristy Burton allowed me to use a computer off of the internet. Every check on the desktop computer came back that there is no possible internet access. This has been under two Probation Officers and even Haylea Workman checked the computer and verified the same thing. Anyways, in November, 2023, I learned that Haylea Workman had replaced Jason McMurray as my assigned Probation officer. I faxed the Probation Office as stated in Paragraph 3 to make sure Haylea understood my position on this new change.

7. Haylea said she will keep things the same as Jason. I will explain to the court how Jason McMurray had conducted my supervision.

8. Jason McMurray became my USPO after Kristy Burton was removed from my supervision for whatever the reason is. He was a reasonable Probation Officer and he knew I kept claiming I am innocent of possession of child porn so he had been reasonable with meeting me in the middle of working with me and  my family to ensure my supervision is going without any issues so I can comply with my conditions without any issue. So, as long as I comply with my conditions, he didn't try to mess with my legal case work, didn't try to monitor who I was mailing letters and evidence CD/DVD/BD discs to (legal mailings), and he allowed me to play video games as long as I wasn't on the internet. He said I can use any computer I want to as long as it is not on the internet. Jason's given verbal permission to me would include anything that is not connected to the internet (My mother's WiFi is password protected) using an android device as a music player if I wanted to or even an old Windows 98 machine which used Windows XP which Jason saw and said I can use any computer I want as long as it is not on the internet. Jason knew I played video games such as Xenoblade Chronicles and I think I also told him about playing Legend of Zelda on the Nintendo Switch, and I think he knew I played Tales of Arise on PlayStation 4, as well as other video games. There was Obduction a game by the makers of Myst and Riven I think, Jason and the Probation guy who was with Jason were told by my mom about the game Obduction. Jason knew me and my mother had played other video games on Playstation 4 and I had played games on the Nintendo Switch. He even suggested to me and my mom that I watch Cobra Kai on a streaming platform. I don't own or pay for any streaming media service but my mom at one time had access to Disney+ which includes Star Wars movies and shows. Jason permitted me to watch shows on the streaming platform on TV such as Mandalorian and other Star Wars shows and movies. Jason knew I was watching this, he knew me and my mom were watching Star Wars content and he allowed it. He knew that I wasn't doing anything illegal when I had watched streaming videos with my mom.

Jason trusted me and I trusted him as being a fair officer, so I complied with my conditions and he permitted me to play video games, he permitted me to use any computer I want as long as it does not use the internet. He did give me the option of getting a computer on the internet as long as it was monitored. I chose for my desktop to stay off of the internet for a very good reason. Somebody sent a threatening email to a private attorney who was trying to assist me in my child porn federal criminal case. It was reported to the FBI from Attorney Sue Basko. So it is credible. The threatening email said they will plant child porn on me (again) if I ever get permission to use the internet. The court can verify these claims from Attorney Sue Basko and the U.S. FBI. Attorney Sue Basko gave my mom a copy of this threatening email which she said was reported to the U.S. FBI. Sue Basko can be contacted by either the defense attorney or the Government.

BRIAN WILL SUFFER – suebasko@gmail.com – Gmail                                    2/6/15 4:20 AM

More

## BRIAN WILL SUFFER    Inbox  x

Stewart Rhodes                                            10:25 PM (5 hours ago)

This message may not have been sent by: rhodeslegalwriting@gmail.com  Learn more  Report phishing

I................WARNED..................YOU............BITCH..................BRIAN.......................DAVID...................
HILL.................WILL.................SUFFER...............AND...............IT...............IS............HIS..........
.............FAULT.................FOR.........NOT..........STICKING...................WITH...........HIS.
.........PAEDOPHILE..............GUILTY./.........PLEA..........BAD...........THINGS...........
..WILL.............HAPPEN...............TO............HIM........WE......PROMISE..........YOU................A
...........IF.......BRIAN.........HASNT..............ALREADY.............BEEN.........DESTROYED........
YOU.............ALL...............WILL.............NEVER.............REMOVE.............HIM..............FROM.......
.....SEX........OFFENDER.
.........LIST..............BRIAN...............WILL.............REGRET...............WHAT................HE...
.........FILED.............WITH............THE............COURT...........FUCK..........BRIAN............HILL.........HE...
.....WILL............PAY...........POSSIBLY............WITH..........HIS.............LIFE...........POLICE............A
.............WATCHING...........HIM.........HOWEVER.............WE.........ARE..............WATCHING...........
HIM...............TOO...........EVEN.............IF...........HE..........IS............UNDER..................
SUPERVISED............RELEASE.................WE..........CAN...............SEND............
...THOUSANDS...............OF..........CHILD.............PORN..........TO.............BRIANS.
.............EMAIL..........
...ADDRESS................AND.............HE.........WILL...........NEVER...............KNOW............
.UNTIL.........HE.........IS.............ALLOWED.............ON.........THE.............NET............THEN./....
.........BOOM................VIOLATION.............OF.........PROBATION.............THEN............
.....EVEN................THEY............WILL...........BEAT.............HIM..........UP................AND..............

9. This is not the first time of a series of threatening messages from an unknown
assailant or assailants directed those messages to me or a member of my family or to
those who I am in contact with or who my family are in contact with. My mother
received a threatening email last year which I directed her to report to the Virginia State
Police due to the criminal nature of it.

**PAGE 6 OF 15 - AFFIDAVIT – NOV. 25, 2024 – Edited: Dec. 17, 2024**

Xfinity Connect WE____WARNED____YOU___BITCH Printout          https://connect.xfinity.com/appsuite/v=7.10.5-18.20221206.060328/prin...

egorfalcus@danwin1210.de                                      3/4/2023 5:33 PM

## WE....WARNED.....YOU....BITCH

To rbhill67@comcast.net • kenstella@comcast.net • lwood@linwoodlaw.com

WE....WARNED........YOU.....ALL......BITCHED.......WE.........KNOW......THE......JUDGES.........WE........HAD.
........THEM.........FUCKING.....LIL......GIRLZ.........ASSES........THEM......JUDGES.......OUUR......HOES.........
HAHAHAHAHHAAHAHHA............BRIAN.....HILLL.........WONT........JUST........GET.........RAPED........IN.
.........PRISON.......WE.........WILL............KILL.............HIM.............HE.............WONT.........BE.
ALIVE.....LONG......WE.......HAVE............MARTINSVILLE..............WE................WILL................GET.
..............YOU......WE.......WILL..............KILL.............THE......WITNESSES.......THEN.......WE.......KILL.
...........YOU.....TOOO........HAHAHAA.............FUCK............QANOS....FUCK....Q.....Q.....WILL.....DIE......
WE.....KILLL............KILL..........TRUMP,,,,,,,,,,,AND...........KILL...........DIGITAL.....
............SOLDIERS........brian...,...BE————–JAILED——–—-KILLLED————-—HE————––
WONT—————MAKE————IT-OUT———————ALIVE——————EPSTEIN———
———BRIAN.......................FUCKERS...................HO3SSSSSSSSSSSSSSSSSSSSS.............WE.............
WILL.............KILL.............YOU.............ALLLLLLLLLLLLLLLLLLLLLL.................WE................WILL.
.................FUCK...................UUUUUUUUUUUUUUUUUU...............UP

10. The State Police showed up on March 9, 2023 and of course did nothing about it after speaking with me and my mother but Jason McMurray had called them while I was speaking with two special agents or officers with the Virginia State Police. Their names were Special Agent Doug Hubert and Special Agent Chris Bocock. Still I did what the law required me to do when me or my mom or anybody in my family receives a threatening message or correspondence which traveled through interstate and foreign commerce. Jason can verify the issues about the threatening email which my mother received. I made sure to report these threats to a law enforcement agency as soon as me and/or my mom can. This was the last threatening email which I am aware of which my mom received last year.

11. On February 28, 2024, Probation Officer Haylea Workman showed up and that conversation was recorded. For the sake of brevity, I have no need to reiterate everything which was said since it was recorded. I have decided to have my mother give a copy of this recording to the Federal Public Defender representing me in this matter. But the recordings does prove that Haylea Workman was fine with me using a desktop computer off of the internet at the times she was conducting the home visits. My mother Roberta Hill password protects her wifi and it has remained that way all the way from the beginning of my supervision by the U.S. Probation Office. I do not have this password and I do not know this password. I have proven to Haylea Workman that my desktop computer does not use the internet as I need it to type up legal papers including this

unsworn affidavit. Me and my mother tried to explain to Haylea about the different things regarding me being innocent of child porn because I did not put it on my computer which was proven by the download dates in the forensic report by the North Carolina State Bureau of Investigation (SBI) case file on me. It said that allegedly it was downloading between July 20, 2012, and July 28, 2013.

"eMule Known.met: The Known.net saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that **454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013**. This record also showed that files were shared with other users and the number of times each file was shared".

Copies made to: Special agent in charge:  L. D. Shank, District Attorney, P.E. Berger Jr., US Attorney, R.E. Rand

**The computer was seized on August 28, 2012, by the Search Warrant on record. So for 11 months after my computer was seized, it still downloaded.** This proves somebody else was downloading child porn to my computer. That is why **I was never charged with receipt or distribution because I can argue to a jury about the download dates proving a hacker or law enforcement was downloading child porn to my computer and not me.** So I was only charged with possession because they can argue they found it on my computer so I am technically in possession of it. But I am innocent because I didn't put it there. For this reason alone I should no longer be under supervised release conditions, period.

11.5. My computer was seized by Mayodan Police Department on August 28, 2012. So for 11 months it continued downloading to my computer according to that very report. Those download dates were never refuted by the U.S. Attorney in the Middle District of North Carolina, like they never claim it was a typo or mistake. In fact when I first reviewed over the SBI report on January 22, 2015, it said copies were given to Special agent in charge:  L. D. Shank, District Attorney, P.E. Berger Jr., and US Attorney, R.E. Rand. So multiple people in positions of government had seen the SBI case file and nobody ever claimed any typo. Instead they destroy the SBI forensic report (admitted in FOIA Lawsuit) which Asst. Federal Public Defender Eric Placke admitted the discovery forensic report from my child porn case was in PDF format on a CD which came from the Government, and he printed those (reports) out. Haylea said she was boots on the ground I think and she would get the supervisor to show up. The SBI case

file is dated October 23, 2013, SBI case file # 2012-02146.

12. When Jason McMurray was supervising me, he was aware of federal cases I had initiated directly or indirectly in regard to my child porn criminal case. First of all, after I learned of the download dates, I took some photos of the forensic report, those specific areas because I knew the U.S. Attorney would cover it up once I file anything with the Federal Court talking about those dates which later they admitted they did destroy the SBI forensic report in response to my FOIA lawsuit. I had informed Mr. McMurray of this lawsuit, in the Western District of Virginia. See Brian David Hill v. Executive Office for United States Attorneys, 4:17-cv-00027, (W.D. Va.), Cause: 05:552 Freedom of Information Act; Nature of Suit: 895 Freedom of Information Act. I also had filed a 2255 Motion in November, 2017. See United States v. HILL, 1:13-cr-00435, (M.D.N.C. Nov 14, 2017) ECF No. 125; civil case no. 1:17-cv-01036-TDS. Jason McMurray was aware of that as well since I had informed him of that case filing as well. Jason McMurray was aware that I was having trouble getting access to my discovery materials for my criminal case at issue with the supervised release. He told me I do have a right to get access to the discovery materials of my criminal case from the U.S. Attorney, he told me I have a right to file things with the Court. He never attempted to search my legal papers and neither did he try to interfere with my legal work. Jason conducted my supervised release in a constitutional way where it did not subvert or interfere with my Constitutional rights. He conducted my supervision in a Constitutional way. This is not happening with what Haylea has been pulling. She wants to interfere with my legal work in my belief.

13. Me and my mom and my grandparents have concerns about Haylea Workman. We are concerned she may be working for or with the U.S. Department of Homeland Security (DHS) because during past probation home visits, I had seen her shirt with the DHS logo on her shirt. My mom uses a Ring device to be notified if somebody is at the door and the Ring device is for security reasons. Which is her right. The ring device caught Haylea Workman wearing a DHS shirt not once but twice if not more. Prior to Haylea, I never had a Probation Officer who supervises me ever wearing a Homeland Security DHS shirt or t-shirt. That made me feel funny, like the DHS is targeting me by using Haylea Workman to target me, to come after me. If this is the case here then **that I believe it violates the separation of powers doctrine of the U.S. Constitution. The DHS is an executive agency under the Executive Branch of government and is not a judicial agency. The U.S. President and the executive agency should not be over my federal supervised probation.** The U.S. Probation Office is supposed to be a judicial agency. The DHS should not be conducting my supervised release but it should be only by the U.S. Probation Office as a matter of law and Constitutional law.

14. On April 25, 2024, Haylea Workman and her bald headed supervisor showed up. I do not remember his name so I know he was a bald headed supervisor. I will call him "Supervisor". I recorded the visit but it got interfered with because Haylea and the Supervisor wanted my mobile phone so they interfered with me recording them during that visit, so the recordings may be fractured or I should say in parts regarding the audio files since they interfered with my recording of their visit to my home. The supervisor found out I was recording my conversation with them and he said I can record it but there were parts I fear are not in the recording. Supervisor told me: Jason is no longer my probation officer, It is Haylea. Supervisor also said that (he thinks) I'm in violation of my conditions because of having a what he dubbed as "internet capable device". I think I explained that Jason McMurray approved my usage of my desktop computer and the desktop has no way to possibly access the internet as well as me playing video games offline, but the Supervisor said I was in violation because it is a "internet capable device". He didn't care that Jason McMurray and Kristy Burton approved my usage of it for legal writing. Even Kristy Burton allowed me to have an XBOX back then. It was such a long time ago, it isn't easy to remember everything. Anyways, the Supervisor insinuated that I cannot play video games if they are a "internet capable device", I cannot have a music player if it is a "internet capable device". I brought up about Jason and that's when he said Jason is not my probation officer anymore, it is Haylea. I almost started to have an autistic meltdown like with 2015 so I walked away and got away from them so I wouldn't repeat the autistic meltdown of 2015. My mom said to me later that she explained to them I have autism and they could care less. I calmed down, I called grandma over the phone and I recorded that conversation, it is on record. I begged her to talk with my Probation Officer. One of the things I said was that they are not doing the same thing as Jason McMurray. So my Probation Officer Haylea Workman lied to me and my mother Roberta Hill on November 13, 2023 that she would keep things the same as Jason. She did not. She had done different things which showed me and my mother that she was not willing to keep my supervised release the same as it was under Jason.

15. Jason McMurray made it not a painful process to request permission to travel out of my district. He made it pretty reasonable and painless for both day trips and overnight trips. The only trip he did not approve of was my family wanting to go to Myrtle Beach, SC because of the laws there and me being on the sex registry, but other than that, he usually approves my requests to travel. My mom emails him requests for me to travel and he approves them with a reply email which is quick and painless. When it comes to a day trip, Jason McMurray never asked me what time I will depart and what time I will come back home when it is a day trip. In fact I only had to phone call him when I get back from a multiple day trip out of my federal district. Other than when I was on six months of home detention in 2015, He never asked for what time I would depart but I only had to phone call him when I got back from an overnight trip. He

knows I stick to the letter of compliance with this and his conducting of my supervision was meeting in the middle, where as long as I obey the law and comply with my conditions, he was easy on me and making my supervised release as painless as possible. I complied and he let me play video games, he let me use any computer I wanted as long as it is not connected to the internet. Jason said to just call him and let's say I would like to go to Eden, North Carolina on a day trip, and Jason would approve it when I call him. I earned his trust and there were no issues when I went on day trips and no issues on overnight trips approved by my former Probation Officer.

16. Under Haylea Workman, she changed how I would request permission to travel out of district. She started demanding more information for every request to travel, wanted to know what time I would depart and what time I would return home for day trips. I'm not sure if Jason demanded what the departure was or not because he knew we were leaving on this date and would get back by the return date as requested, and then I call Jason when I get back home. Me and my mom were a little weirded out that she demanded more information. It got even worse. Haylea granted permission to travel between Wednesday, February 14, 2024 through Friday, February 16, 2024. It was to stay at an AirBNB. My mom sent an email to Haylea Workman saying in part: "We will be staying two nights and 3 days at this address: **9201 Coast Guard Road, Emerald Isle, NC 28594**. We are staying with Kenneth Forinash and Stella Forinash, whom are Brian's grandparents. We plan on returning home on February 16th at around 8 pm." We went on the trip and on the same day of Wednesday, February 14, 2024, me and my family were eating at The Trading Post: Southern Food & Spirits restaurant. After we all ate, my grandpa Kenneth Ray Forinash, Senior had started to drive back to the AirBNB which was at the very address and road/street which was reported to the Probation Officer, as grandpa started going after the stop light turned GREEN behind one car or a few cars, he was following the traffic law but then as we were in the middle section, the light changed RED quickly and then police car started flashing it's lights behind us. I have been on many vacations/trips with my grandma and grandpa, even at military bases with armed guards at the front gate (grandpa is a U.S. Air Force veteran) cause it had a good deal on a place to stay (like a motel or resort like Air Force Inn), and were never pulled over by the police, not even once. I had a bad feeling about this, that something was being planned for me because grandpa moved his vehicle after the light turned green, he clearly didn't violate any traffic law in Emerald Isle, NC. This was a set up, I was afraid. The police officer woman saw me in the vehicle but didn't say anything to me as I was on the passenger side. I had a feeling this was planned. The car was pulled over on COAST GUARD ROAD, as said on Ticket Number: 51542, WARNING TICKET, EMERALD ISLE POLICE DEPARTMENT. Ticket was issued on February 14, 2024. The police officer took a lot of time at the police car which means she was running my grandpa's name and license plate. I had a feeling she was looking for some

kind of dirt or infraction on my grandpa to try to get an excuse to search the vehicle and plant evidence like child porn or plant drugs and then arrest me and have my supervised release violated. I was afraid this was a set up. The police woman looked almost embarrassed and told grandpa about some old DMV license in North Carolina not being renewed but since Kenneth R. Forinash is living in Virginia, he should just contact them about it. The police woman let us go. I told my family that night this was Haylea Workman's doing because we never got harassed by the police like this on any vacation in over a decade of my life, the light turned red suddenly. My family decided to type up notes about that incident. I had decided to bring up with Haylea verbally about that incident to see what her reaction would be. She didn't appear to give any indication of an admission, of course. So I had to just leave it at that. Look, my grandpa had been with me and my mom and grandma at military bases which had good rates for nice places to stay for the night when vacationing. I had even stayed at a military or air force base in Washington DC many years ago when me and my family went on a vacation to Washington, DC. I have been to different military bases with my grandpa and police never pulled him over. The police pulled him over with me in the vehicle on the same road of Coast Guard Road. At that point Haylea scared me. It was a woman cop too meaning somebody Haylea probably buttered up or manipulated to pull us over. There needs to be an investigation into this.

17. After the visit on April 25, 2024 with the supervisor and Haylea, I had decided to write the Chief Probation Officer and so did my grandma and/or grandpa. Letter entitled: "LETTER TO U.S. PROBATION OFFICE REQUESTING AND/OR SUGGESTING BRIAN DAVID HILL BE A CANDIDATE FOR EARLY RELEASE/EARLY TERMINATION FROM SUPERVISED RELEASE", Letter dated: "Monday, May 13, 2024 - 12:33 AM", USPS Tracking Number: 7022 3330 0000 5701 2926, confirmed delivered on May 14, 2024, 12:20 pm. Grandma typed up a letter dated May 20, 2024 and it used USPS tracking number 7021-1970-0002-2191-5458. Her letter to Chief Probation Officer. Return receipt was signed for and returned back to grandma. Grandma gave me the return receipt. I have the return receipt for my records confirming receipt.

18. I also had been doing mental health counseling since around the beginning of my supervised release term until Jason McMurray put a stop to it cause it was not needed anymore. I did mental health counseling for a lot of years. Jason McMurray put a stop to it if the counselor doesn't think I needed it anymore. I have a recording of a phone conversation with me and Jason McMurray proving that he decided if the counselor doesn't think I needed it then I am not required to do any more counseling. I have had quite a bit of different mental health counselors which means I had fulfilled my duty to have mental health counseling. Preston Page, Piedmont Community Services,

Hank Daniel. That's from what I recall at the top of my head at this time. I have done years of counseling. I can't remember every name of them. The mental health records can verify this. The Court can request copies of the mental health records as part of my supervised release to be ensured of my compliance.

19. I have never raped, I have never molested, I have never groomed anybody sexually, I have never stolen anything, I have never committed arson, I have never vandalized anything, I was never charged with a violent crime, I was never charged with assault. I have no victims meaning exactly that where nobody has made the claim of me victimizing someone. The only victim the Mayodan Police Department claimed I ever had was the "State of NC". It's ironic since I typed up articles against the corrupt NC State Senator Phil Berger Senior, that North Carolina is the proclaimed "victim" here according to Mayodan NC Police, a victim of my First Amendment right to free press and freedom of speech under USWGO Alternative News and when I used to work with Stewart Rhodes of Oath Keepers. I have never murdered. I have never stalked people. I got set up, it's pure and simple. I was never charged with distribution of child porn because the download dates would be in front of the jury and they would question the 11 months after the computer was seized that it would continue downloading. To charge me with distribution, they would need dates of when they can try to claim to the jury that I somehow supposedly downloaded and traded child porn, and the only date there was, it was between July 20, 2012, and July 28, 2013, no other dates. Eleven months of that time I didn't have my computer. So in case the court will not allow me to challenge my guilty plea, I can say that I did not put that stuff on my computer according to the download dates. Two Special Agents of the North Carolina SBI are named in that forensic report, this is no mistake. The download dates are correct. SBI Special Agent Rodney V. White and Special Agent in Charge: L. D. Shank, The download dates were reviewed by L. D. Shank,, and Assistant U.S. Attorney and maybe even former District Attorney, P.E. Berger Junior, yes Philip Edward Berger Junior. The son of at the time was N.C. State Senator and President Pro Tempore, Philip Edward Berger Senior.

20. When I signed the papers for the new supervised release conditions in 2020 which said I couldn't use or possess internet capable devices without permission from the court, I wasn't advised of my right to an attorney and right to a hearing if I disagreed with those proposed conditions. At that time I was being supervised by Jason McMurray. I also understand when I read case law that even Probation Officers are officers of the court. I assumed in 2020 that if I sign those proposed conditions then my probation case would be transferred to the Western District of Virginia (my residing district) from the Middle District of North Carolina (the sentencing district). I don't think Jason was trying to give me bad supervised release conditions purposefully. I never would have agreed to the condition where I couldn't use or possess internet capable devices. The reason I

didn't challenge this back in 2020 after Jason had me sign some papers, was because he is a Probation Officer which is an officer of the court. **He permitted me to use any internet capable device as long as it was NOT ON THE INTERNET. Gave me the option to get my computer online if it was monitored, he gave me that option if I wanted to. He never forced me to have my desktop on the internet. I complied with that because Jason said I could use a desktop computer, I can play video games. He allowed me to play video games, he allowed me to have an older version Smart TV which couldn't possibly download anything.** He saw that TV every time he was in my apartment and never asked about if it was a Smart TV or not. Now it may be difficult to impossible to find a dumb TV nowadays when Smart TVs are in every store now, and any regulations requiring energy efficient equipment. So because of his permission where he said I can use any computer device as long as it wasn't connected to the internet, Jason essentially allowed me to use a music player for playing music files as long as I didn't connect it to the internet. Jason allowed me to play video games as long as I didn't connect them to the internet. Jason allowed me to use my desktop computer because it has no possible access to the internet. The Supervisor said theoretically I could bring one of those devices to a fast food restaurant to access the internet. Well it would be extremely difficult to CARRY A DESKTOP COMPUTER with a big monitor and power cable and other cables (keyboard, mouse, maybe speakers) to a fast food restaurant, it would be impracticable and highly likely the manager might just kick me out of the restaurant once I start bringing in a desktop computer and monitor and cables. The Supervisor's rationale for not allowing me to have any internet capable device is crazy, it is illogical. Jason allowed me this and Jason permitted me to play video games. Theoretically every age can like video games. Even Seniors play video games. Yet in the land of the free, home of the brave, I am a grown adult but am not allowed to play video games.

I do wish to challenge my signing of the 2020 supervised release conditions because I was not advised of my right to an attorney and right to a hearing being waived. I wasn't advised of the consequences I would face under the 2020 supervised release conditions not allowing me to use or possess internet capable devices without permission from the court. I think the Court should go back to the original supervised release conditions where the Probation Officer can allow me to use a computer or music player or even video games as long as I do not have them connected to the internet. As long as my mom's WiFi/wireless is PASSWORD PROTECTED which she has been doing that all of these years. Jason McMurray allowed my mom to file my monthly reports with him through her email. Jason allowed my mom to file things with the court electronically on my behalf since the state appeals process can get very expensive, and my state criminal case file is over 2,000 or 4,000 pages in the record of the trial court. If Haylea had her way, my mom would not be allowed to request the electronic PDF copy

**PAGE 14 OF 15 - AFFIDAVIT – NOV. 25, 2024 – Edited: Dec. 17, 2024**

of the record of the trial court (**she can give me a PDF file copy which I can view off of the internet**), and the Court of Appeals of Virginia would have to mail me a box with over 2,000 or 4,000 pages of the record of the trial court. 2,000 or 4,000 OR MORE PAGES would have to be mailed to me so that my mom isn't talking with anybody from the Court of Appeals of Virginia over the internet. Haylea is becoming a danger to my Constitutional rights and is causing interference with my legal process, interfering with my filings and receiving legal correspondence from the Court of Appeals of Virginia.

There are other things I wish to bring up, but the audio recordings I recorded should say a lot as to evidence. I have always been allowed to use a desktop computer off of the internet. By two different Probation Officers Kristy Burton and Jason McMurray. Haylea is a problem and she is acting like I have no Constitutional rights. She acts like she should monitor what letters I type on the computer that I mail out, and she acts like she needs to monitor what I talk with my lawyer about. Jason at least conducted his supervision of me in a Constitutional manner. I feel like Haylea is coming after me and my family and is doing so in a dirty sneaky way. Like somebody symbolically with a knife and she symbolically stabs me in the back while being nice to me. I am saying this figuratively because it is how I feel to be honest. I think I would ask this Court to have the U.S. Probation Office assign me a new Probation Officer. She lied to me and my mom about keeping things the same as it was under Jason. Haylea is coming after me and my family in a hostile way in my opinion. This is how I feel. I think it is time for justice, it is time for the right thing to finally be done. I'm tired of being a victim of one miscarriage of justice after another. Time for me to finally be given real true justice. Thank You.

Originally on November 25, 2024, Edited on December 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 17, 2024.

*Brian D. Hill*
Signed
**Brian D. Hill**

God bless you,
Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505
My family/friends run justice organizations: JusticeForUSWGO.NL or
JusticeForUSWGO.wordpress.com



**PAGE 15 OF 15 - AFFIDAVIT – NOV. 25, 2024 – Edited: Dec. 17, 2024**

Brian D. Hill -Mom and Granma's letters
From:Roberta Hill (rbhill67@yahoo.com)
To:haylea_workman@vawp.uscourts.gov; kenstella@comcast.net
Date:Monday, February 19, 2024 at 08:51 AM EST
Haylea Workman,

I am Brian D. Hill's mom. I am his paid caretaker, and I am also a Solfeggio tones and Rh negative factor
researcher. I am an author and video blogger (YouTube in the past and Rumble now), as well. I check blood
sugars throughout the day and night if needed, treat insulin reactions, attend to occasional seizures, cook or
prepare meals, clean, take Brian to doctor appointments, dentist appointments, counseling appointments, as well
as trips to grocery stores, pharmacy, other stores and outings.

My author page: https://www.amazon.com/stores/author/B00BY8CF4G

I have some questions:

Jeffrey Epstein molested underage girls from age 14 to 17 years old and pimped them out to his friends. He sex
trafficked underage girls all over the world and also raped adult models. Why did Epstein only get 13 months in
the private wing of a jail with work release privilege 6 days a week? Why did Epstein only get 1 year probation?

("Estimates of the total number of girls allegedly abused by Epstein varies, with accounts ranging from a few
dozen to over 100." https://www.thecut.com/2019/07/how-many-jeffrey-epstein-victims-are-there.html  )

(Next week - on July 21 - his year-long probation will end. The 57-year-old will no longer be forced to get
permission to fly his private jet to New York or his home in the Virgin Islands or to climb aboard his helicopter
to meet with his lawyers in Miami. https://www.palmbeachpost.com/story/news/2010/07/11/billionaire-sex-
offender-jeffrey-epstein/7597599007/  )

The police claimed that they found child pornography in 2012 on Brian's computer when he was 22 years old,
and Brian got 10 months in jail and Butner prison for a mental evaluation. **His family believes he was setup.**
(See Stella Forinash's letter for explanation.)  He got sentenced with time served, 10 years probation and 10
years on the sex offender registry. It is almost 12 years later, and Brian has never been accused of molesting a
child or rape. He is a 33 year old man with autism, brittle type one diabetes, seizure disorder and OCD. He is a
virgin, and has never even had a real girlfriend, except 2 or 3 girlfriends that he had online when he was a
teenager. He never even met those girlfriends.

 We read in one of his legal papers that he is considered a danger to society. Why? He has never been charged
with rape, molestation, robbery with a gun, burglary, assault, kidnapping, murder or any violent crime.

 Why can illegal immigrants beat up NYC police officers and be released without bail on the same day? Why
aren't they considered a danger to society?

 Why was Epstein not considered a danger to society? Why haven't his high profile friends that actually slept
with underage girls been charged with a crime and considered a danger to society? Why are all of those people
still free to live their lives without ever going to jail or being on probation or the sex offender registry?

Brian's Incarceration Time:

10 months waiting for first hearing Dec. 2013- Nov. 2014
1 month waiting for probation violation hearing June 2015
8 months waiting for hearing on a state misdemeanor and hearing for probation violation Sept. 2018- May 2019

Total: 19 months

3 months for probation violation (suspended in Kentucky prison-less than a day there) Dec. 2019

Brian's Probation Time:

10 years probation Nov. 2014-Nov. 2024
4 years probation Nov. 2024- Nov. 2028 for probation violation

Brian has got more jail/prison time than the evil Jeffrey Epstein and more probation time, as well. My mom learned that Federal probation must not last longer than 5 years. Brian has currently been on probation for 9 years and 3 months for his first charge, and from Nov. 2024 through Nov. 2028 he will be on 4 years probation for his probation violation charge. If he was only supposed to get 5 years probation for the first charge and 4 years for the second charge, then he should have already served his probation.

("For felonies, the length of probation must be at least one year and not longer than five years." https://www.nolo.com/legal-encyclopedia/probation-supervised-release-federal-court.html#:~:text=The%20length%20of%20a%20probation,can%27t%20exceed%20one%20year )

( https://roadmap.rootandrebound.org/parole-probation/federal-community-supervision-federal-probation/length-of-federal-probation/how-long-is-my-supervision-under-federal-probation/)

Why is Brian's probation lasting 14 years? I don't understand why people who actually commit the crime of molesting underage girls get less time than someone who unknowingly possessed child pornography on their computer. I don't understand how the most evil man, Epstein, got less time than my son has in jail and on probation. In 2012, when the police raid happened in our home, we were so poor that we couldn't afford a lawyer. Why do rich people get less time and poor people get more jail time and probation time? Is there anything we can do to reduce Brian's probation time? Brian has had type one diabetes for about 32 years now, and in the future may have to deal with other health complications the longer he has diabetes. He has lost most of his young adult years to his legal problems, and will be middle aged by the time his probation ends.

Here are some things my mom (Brian's grandmother) wanted to tell you and later share with an attorney for Brian about Brian's history as an adult: She thought it was best to share this with Brian's new probation officer first so you will have a better understanding about Brian. Her letter follows mine.

Thanks,
Roberta Hill

Haylea Workman,

When Brian was 18 years old, he started a website called "USWGO". He got some friends and became interested in politics, and this news site became an alternative news site with thousands of views. When he was 21 he started writing some articles about the NC President pro tempore Senator Berger on his USWGO web site in May-July 2012 which apparently this senator, his family & friends didn't like. With Brian's autism, he was not aware that you don't do that because they will just attack you in secretive ways. This is what happened to Brian. He has now learned not to do that. He will never again have an alternative news site. That is the lesson he has learned. Brian is innocent of downloading child porn and the proof is in the federal court records.

We have just learned that people who are really guilty of crimes get 1 to 5 years of federal probation. Five years is the maximum. Brian got 10 and due to a medical emergency in 2018 got 4 more years. He has been fighting for over 11 years to prove he is innocent. Now at the age of 33, he wants his life back and just wants to move on. He knows that the real judge, God knows the truth, and in the end, that is what matters. As his mom and caregiver, Roberta too has been on probation. Some might say this is punishment due to Brian's disabilities. They are both tired of it, no freedoms as American citizens, having to ask permission every time they decide to go on vacation with her parents or any family member. We want to admit that for 9 years of this time, the

probation officers in Roanoke, VA have been very kind to Brian. He has had no problem at all with this probation in Roanoke, VA. Jason was always professional, respectful and understanding with Brian, Brian's family and Brian's disabilities, and his new probation officer is nice too. That has been a blessing, but it is time for them as mother and son to move on and have their God given freedoms restored.

For your records Roberta's mom (Brian's grandmother) has written this review to help you to better understand that Brian truly is innocent of the crime that gave him 10 years of probation and time in various jails and prisons from 2013-2015. Read up about someone who is brittle type 1 diabetes for 32 years, and you will understand that Brian will have other battles he will have to fight and needs some freedoms in between and is tired of fighting to prove his innocence and getting nowhere. He is ready to move on with his life and to be free again. They both are. Brian was arrested by home land security in the Martinsville Mental Hospital in VA in Dec. 2013, taken to NC, spent 11 months in jail & prison due to what they claimed was child porn on his computer. He was given an ineffective attorney in NC, judges in NC who were acquainted & friends with this NC senator & his son who was also an attorney and district attorney in Rockingham County, NC in 2012 where this police raid happened. Brian was not allowed to see his entire discovery (only small parts) as to why he was arrested. His family was not allowed to see any of the discoveries by his court appointed attorney. Neither Brian nor his family had $300,000 to hire a private attorney so Brian really had no legal representation. Brian always said he was innocent, and he and his family finally got the proof which was in the federal court records the entire time, presented this proof to this NC federal court, and they continue to ignore the proof of his innocence. We do believe in God and know that in due time, all things get better in God's time and all truth will come out in the open (in the light). God (true judge) knows the truth.

The proof is in the federal court records (if interested, we can tell you where to find this) in the August, 2012 search warrant when the police detective from Reidsville, NC whose sister was the assistant Rockingham County, NC District Attorney working with the NC Senator's son, Berger wrote that he decided at random to look into a computer IP address in July, 2012 (without a search warrant & probable cause) and claimed he found child porn, a known series. After this he showed a local Mayodan, NC police detective who also described the known child porn he saw, then they went to a judge in another district to get a search warrant of the Hill's family house in Mayodan, Rockingham County, NC. Months later in 2013 the NC SBI (NC State Bureau of Investigation) got the computers and found "items of interest" in Brian's laptop computer and recorded the dates it was there. It started on the exact date in July, 2012 that the Reidsville, NC police detective wrote in the search warrant in August that he decided without a search warrant or probable cause to go into a computer at Brian's IP address with some type of shared device (claimed he picked an IP address at random) in the search warrant report from Aug. 2012) and ended 11 months later July, 2013 after the police confiscated this computer (for about a year). Police raid was in August, 2012. In other words, for 11 months, according to the NC SBI in Greensboro, NC, child porn or items of interest was being downloaded on Brian's computer when that computer wasn't even in Brian's possession, and the federal report said there were no victims, and it was an "unknown series". This entire time in the police department in Mayodan, Rockingham County, NC and in the federal court and jails in Greensboro and Winston Salem, NC, the Americans with Disabilities Act law was ignored, and Brian was not given the aids a person with brittle type 1 diabetes, autism and OCD would need. In other words, the Americans with Disabilities Act was ignored by all of the above parties as well as other jails in NC.

"Ken, Roberta and I were there when the chimney expert found out that Brian and his mom had been exposed to carbon monoxide in their house from Oct 2017 when Roberta hired a chimney company to put screen over the 3 chimney holes to keep birds out until Brian was arrested in September, 2018 in January, 2019 and showed us the tin. He felt and could tell which one had the gas furnace (warmer than the other 2) and quickly removed the tin after he made sure we all saw it. Then he showed us that above Brian's fireplace where the roof had already caved was right below Roberta's fireplace hearth.

Does Jason still work at the probation office? If so, you might want to show him this, and he would be the one who would understand everything better. We told this chimney expert what happened to Brian, and he said he would be willing to testify in court about the carbon monoxide exposure.

We went to the Roanoke, VA federal courthouse case in May, 2019 and all 4 of us were amazed at the difference in VA than NC. The judge, even the prosecuting attorney was so nice to us and so concerned about Brian. Everybody there was. Brian was there in Dec. 2018, and they were all worried about him. We weren't there in December. They were happy to meet all of us and said that Brian looked a lot better now & happier because we were there. The judge told Brian he was doing right and he should question everything, even in the courts. The police who arrested Brian in VA testified in the NC court that Brian was not being obscene. He thought Brian was medically cleared. We found out the Martinsville hospital took blood work but did not check anything to see if there were drugs, carbon monoxide, etc (after Brian got out and got the hospital records). They have on hospital record that Brian was type 1 diabetic and had autism. The hospital didn't even check Brian's blood glucose after he had been out walking for hours in the middle of the night on the walking trail. The police did not know that Brian had been diagnosed as type 1 brittle diabetic and OCD. Brian was out of it that night and had no emergency medical supplies. If he had, the police who arrested him & checked the backpack would have known he was diabetic. Part of Brian's autism spectrum disorder is in communication.

We (Brian's mom & grandparents) found out in that court case that he was wearing a type cap that he never wears, had a small backpack that Roberta had never seen (we found this out when we went to the jail in Salem, VA and picked it up in Jan. 2019). The back pack had his clothes in it, a small flashlight and no emergency medical supplies at all. In the court we found out he had a small pink camera not the large black camera he always takes with him. We have never seen Brian with a pink camera taking photos. In fact, we have never seen Brian take any photos of himself not even when he was a teenager, mainly scenic photos. The pink camera had a copy of a similar probation form he sends to his probation officer every month (anyone can get a copy of that form off of the Internet). They said it said "author, Brian Hill". The only photos in that pink camera were the photos of Brian taken on the walking trail that night at about midnight and 1 in the morning. The large black camera and the large black camera bag he always takes with him when he leaves home were still in the house. His cell phone was in the house, not with him. They managed to destroy the body cam at the police station. The new Martinsville, VA police chief sent a letter to Brian a few months ago from his foil request that the body cam was there from records but since the prosecuting attorney did not request it, it was destroyed after a few months. Two different judges (3 times) requested for all of that to be in court, but prosecution did not tell the police to preserve it. Brian was supposed to be in jail for 2 weeks (actually was given bail to be released right away but not knowing about the carbon monoxide, we refused to pay bail because we thought this was because of his autism getting worse, & we wouldn't be able to do anything to help at this time). The Greensboro, NC probation office made this a probation violation with many months in prison. We couldn't get help, tried to get him in a medical facility working with the Piedmont Community Services in Martinsville or in a special home but couldn't because of probation. Carbon monoxide was still in their house until the last of January, 2019. Brian could not have come back home at that house anyway because the carbon monoxide made his diabetes (2 severe seizures in one night), his autism and his OCD worse. After we found out about the carbon monoxide, we all then understood that his health should improve again with that out of his system for months, and Brian now understood what had happened too.

His Roanoke, VA probation officer & Roberta testified for Brian in the Winston Salem, NC federal court. The judge was not respectful of Brian's federal Virginia probation officer's testimony who had worked with Brian for 4 years at that time and said that his mom was not a professional in carbon monoxide. We asked for a professional medical expert or a professional in carbon monoxide to testify before the trial case, but this judge refused that request. NC judge considered the police officer to be a credible witness and sentenced Brian to 4 more years of probation (from 2024-2029) and more jail time which interfered with Brian's state appeal. Brian had to put his state appeal on hold while we took him to Kentucky to turn himself into the medical prison in the fall of 2019 (found out later they put Brian far away from the medical facilities, did not test his blood glucose the hours he was there and did not give him any food). We were on our way back home about 3 hours away when we got a call to come and pick Brian up at the prison because a special audit was done, and he had already served his time. Roberta called his probation officer who told Roberta that was probably a mistake. We waited. He called back and said "Go and pick Brian up" We drove back to the prison, spent the night in a motel and visited the Ark (Noah's Ark museum) in Kentucky the next day before heading back to home in Virginia.

Are you willing to help us to stop the probation right away especially after reading Brian's history from the family who have known & worked with Brian for over 33 years? We plan to hire an attorney if we can afford one to present this to the judge to stop the probation who sentenced Brian in 2014, Judge William Osteen in Greensboro, NC.

Thanks,
Stella Forinash

Chief Probation Officer

210 Franklin Rd. S.W.  Room 402

Roanoke, VA 24011

May 20, 2024

Dear Jennifer K. Williams,

I am Brian David Hill's maternal grandmother.  I have lived in Martinsville, VA since 2007.   Back in 2012 when this CP (child porn possession) case started, we knew that Brian was innocent, but none of us had the extra $300,000 required to hire an attorney to prove this. We had to rely on a court appointed attorney.  We got a lot of surprises as this was the first time our family had been involved in a criminal case.  As American citizens our entire lives, we just thought that as long as we had the constitution and Bill of Rights, we were protected.   There's no way the court would convict an innocent disabled young man.   We believed in the court system back then and that the poor would have an attorney who would fight for their rights.  We knew that Brian had been on SSI disability since he was 2 years old due to brittle diabetes, seizures and autism spectrum disorder (PDD).

We contacted the autism society as well as TEACCH in Greensboro, NC only to find out that the federal courts in NC did not consider these organizations and refused to get medical professionals' opinions.   Thankfully, now the Virginia laws take autism spectrum disorder into consideration.  Brian has been on probation in Virginia since November, 2014, almost 10 years and is now asking for early termination/early release.  He did have an

emergency medical issue in 2018, and we discovered from that he & his mom were exposed to carbon monoxide poisoning in their apartments for almost a year which caused his autism and OCD to get worse. He also experienced 2 severe seizures in one night and another emergency where his mom discovered he had fallen in his office, walked to his bed and went to sleep with blood all over him and had to get staples put in his forehead (instead of stitches due to his OCD routine) at the hospital emergency room during those 11 months. We found out later when he got home and got his hospital records in 2019 that the hospital did blood tests and deleted all of that when the police took him to the hospital in Sept. 2018, never tested his blood glucose and the prosecution did not have the police to save the video photos of that night as 2 judges requested to preserve them, so those too were destroyed. Brian wrote all of that to you.

We discovered more in Brian's case about his innocence and who it was who actually went into his computer on the day that the Mayodan police department and the NC SBI in Greensboro, NC said that CP was first downloaded on Brian's laptop computer on July 20, 2012. In 2022 I did more of my own investigation and sent that to the courts. That record is located on Pacer. It is document number 307 Attachments 1-10 on Apr 20, 2022 United States v Brian Hill (1:13-cr-00435).

Brian has been fighting this case since 2012 as a poor American citizen and has gotten nowhere with the courts system in NC. He is finally willing to let it go and put it all in God's hands. The final judge, God knows that Brian is innocent and not into children in any way. We had bought our 4 unit apartments in 2007 with the idea that Roberta would move into one apartment, Brian in

another apartment in 2008, my husband's elderly widowed dad in another apartment in 2007. It turned out just my husband and me in one apartment. His dad died in 2008, and Roberta & Brian liked their rented house in Mayodan close to the river until this police raid happened in August, 2012. When they finally did move to the apartments, Roberta found out that Virginia had a good Medicaid program which would pay for a caregiver for Brian, so she could now get a job while someone else took care of Brian's many medical issues. They asked Roberta to be Brian's caregiver in 2012. She was now being paid for doing work she had done since 1992. She has been his paid caregiver for almost 12 years now in Martinsville, VA. They have managed to both have their own apartments for that long now too.

I found out in an Internet search that even hardened criminals only get 5 years of probation, federal probation, yet this disabled person was given 10 years and has served over 9 ½ years. The only crime he has ever committed is being disabled (that is if being disabled is a crime), never touched a child, never raped a child nor an adult, never downloaded CP on his own (NC police search warrant and NC SBI discovery report proves his innocence). We have watched Brian mature a lot and handle his disabilities better. He will be 34 this week. NC police report also proves 2 police officers interrogated a disabled 22 yr old man disobeying all Americans with Disabilities Act laws in August, 2012 to get a false confession. Even though Brian has been unfairly treated in the NC federal court system, he just wants to let it all go, and he and his mom move on with their lives. I am happy to say that the Roanoke, VA courts have been very reasonable with Brian in 2019. I was impressed with everyone in that court, judge, prosecution, probation, lawyers, everyone.

Page **4** of **4**

Ms Williams, I have decided to send some things to the judge about my discoveries. I'm not sure if it would be the same judge who sentenced Brian to 10 years in Greensboro, NC, the judge who took over his case in Winston Salem, NC or to a judge in Virginia since Brian's case has been moved to Virginia where he visited a lot from 2007-2012, staying in our apartments and has been a resident of this state since August, 2012. It will feel good to me to see Brian stop fighting to prove his innocence and stop typing and to no longer be in pain from all of the typing he has been doing for 12 years. God knows he is innocent; the proof of his innocence is also in the federal court system records in NC. Brian and his mom just want to move on, put all of this behind them, and enjoy the rest of their lives in freedom.

We have made 2 copies of 13 pages: one copy for your records and one if you don't mind for you to give to the judge for me about Brian's request to end the probation before November, 2024. If you have any questions, feel free to ask me or my husband, Ken.


Thank you sincerely for your help.


Stella Burnette Forinash

(Brian David Hill's grandmother)

████████████  Martinsville, VA 24112

Phone: 276-632-2599

Judge (in Brian David Hill's Virginia Probation case),

Brian David Hill is asking for early release of his probation.  Do you know why Judge William Lindsay Osteen, Jr. (Greensboro, NC) gave Brian 10 years of probation instead of 5 in 2014?

We know the name and history of the real person who put the CP (child porn) on Brian's computer on **July 20, 2012**.  We actually believe it was a CP Virus, and not actual CP.  The one who put it on Brian David Hill's computer was Reidsville, NC Detective, Robert W. Bridge who at the time was working for the Reidsville, NC police department.  His sister, Melanie Bridge (now Melanie (Bridge) Earles) was working as the Rockingham County, NC chief assistant district attorney in July, 2012 under the Rockingham County District Attorney, Phil Berger, Jr.  who is the son of the NC president pro tempore Senator, Phil Berger, Sr.  Phil Berger Sr. was also the Mayodan, NC town attorney in 2012.  We met him in March, April and May, 2012 when we visited the town hall meetings in Mayodan, NC with our grandson, Brian David Hill who was writing an alternative news site (USWGO) in Mayodan, NC from 2009-2012.

On **July 20, 2012** Detective Robert W. Bridge hacked into Brian's IP address and into his computer.  He claimed he saw child porn on Brian's computer.  Mr. Bridge notified NC SBI Agent, Gerald Thomas on August 7, 2012 to obtain an administrative subpoena for the IP address 24.148.156.2 to get the Internet information from July 21, 2012 as to whose name this IP address is in and the physical address of that IP address.   Every single email we received from my daughter and grandson had that same IP address.   Brian had also been writing to Phil Berger, Sr, Reidsville, NC town hall, Mayodan, NC town hall, Madison, NC

town hall, Rockingham County, NC sheriff's office and other Rockingham County towns about a petition he had gotten in May, 2012. All places he sent emails had the Hills' IP address 24.148.156.2 in his emails in 2012. On Wednesday, August 22, 2012 (1 month and 2 days after Robert W. Bridge hacked into my grandson's computer), he contacted Mayodan. NC police detective, Todd Brim about the child porn in the computer at the above IP address. Then on **August 28, 2012** they went to his sister's office, the District Attorney's office in Rockingham County, NC (Wentworth, NC) and got assistance with writing the 23 page search warrant, then went to Winston Salem, NC to get a judge to sign it. They then took the search warrant to my daughter's & grandson's rented house with Mayodan, NC police chief, Caruso whom we saw at the various town hall meetings.

My husband and I had just attended my youngest grandson's Army ceremony in Georgia in August, 2012 and were visiting to tell my daughter & grandson about it. My grandson was fighting some type of computer virus which kept his attention that entire morning. Then as we were eating lunch, there was a knock on the door. The Mayodan police chief handed the search warrant to my daughter. We (my daughter, grandson, husband and me) were told to leave the house and had to stand or sit on the steps on the front porch for hours while Det. Robert W. Bridge & Det. Todd Brim searched their entire rented house where they had lived for over 7 years. We saw them taking computers, hard drives, DVD's etc to their cars. All of my grandsons' USWGO material was taken on that day. They told my daughter & grandson to come to the Mayodan, NC police station the next day to pick up a copy of the inventory of things they took. The next day my daughter had planned to stop by the police station to pick

up the list, eat breakfast, then visit us in Martinsville, VA where we all had planned lunch. Instead she was interrogated by the same one who hacked into Brian's computer on **July 20, 2012** (two detectives), then they questioned Brian by himself for an hour at lunch time without obeying the Americans with Disabilities Act, without getting someone who knows autism to help my grandson and without having Brian's mom to check his glucose and got a false confession. When we got to the police station to see where our daughter & grandson were, we saw 2 very happy detectives who had already gotten the false confession at lunchtime by questioning this disabled young man alone.

How do I know for a fact that it was Reidsville, NC detective Robert W. Bridge who hacked into my grandson's computer on **July 20, 2012** and put the CP (or CP virus) in my grandson's computer? Because he admitted to picking an IP address at random on that day (without probable cause and without first obtaining a search warrant) and putting in sharing files with his equipment. You can see the **August 28, 2012** search warrant yourself in Pacer: Document **# 84 Apr 27, 2015 Citation: United States v. HILL, 1:13-cr-00435, (M.D.N.C.)**

How do I know the date these 2 police detectives did the search warrant and removed Brian's computer and hard drives? The search warrant above, Mayodan police records and I was there.

Brian's court appointed attorney refused to show the NC SBI discovery report to Brian, and when my husband was asking him questions about it on the phone, he said that we would not be allowed to see it. Then he wrote that to us in an email. Brian was appointed a 2nd attorney in 2014 who let all of us (Brian, his mom & grandparents) come to his office in Greensboro, NC in 2015 to see the discovery after Brian got home from jail. I was the one who spotted the download dates. I am an accountant.

**August, 2012** was the first and only police raid I have ever been involved in so when I saw the dates on the NC SBI report that items of interest was being downloaded, I was shocked. Also I was dreading seeing photos of CP (even if they would be distorted or hard to see) and was relieved there were no photos at all in that report. I was told later that those photos are required proof if there really was CP in my grandson's computer. Brian confessed to being the owner of the computer that they claimed CP was in. He constantly said he was innocent and did not put CP in his computer, didn't even and still does not know if there was CP in it. There was a virus in it. We all know that because Brian was fighting that virus on the day the police seized it. His court appointed attorney called us the night before trial was to begin in 2014 and said he had nothing to offer in Brian's defense, and if we (Brian's mom & grandparents) didn't tell Brian to confess to CP, he would be given 20 years in prison based on the prosecution's discovery (that we weren't allowed to see). Another attorney told us that night that it didn't make any difference if Brian put it in there or not, he was the one who owned the laptop computer with child porn in it.

So when we read the discovery in 2015 from the NC SBI located in Greensboro, NC, it read that items of interest were being downloaded from **July 20, 2012 until July 28, 2013**. I remembered the search & removal of all computers & parts was in **August, 2012**. According to the NC SBI, this stuff was being downloaded for **11 months after** these 2 police detectives took this computer. There is no way that Brain could be downloading CP when he no longer had it. **He was not in possession of this computer in 2013 at all.** In 2022 I was reading over the search warrant when I noticed who had gone into Brian's computer on the exact day that the Mayodan police & the NC SBI said that CP was first in Brian's computer.

The one who hacked into Brian David Hill's IP address without probable cause and without a search warrant (which is equal to someone entering your house without permission or without a search warrant) on **July 20, 2012** no longer works at the Reidsville police department.  He is now a salesman.   Robert Bridge; Raleigh-Durham-Chapel Hill, NC Area.   Experienced technologist with a background in digital forensics, cyber-crime, networking.  International Association of Computer Investigative Specialists.  He is a boys scout master who mentors young men as they grow into adulthood.

https://www.linkedin.com/in/rwbridge

His sister, Melanie Bridge Earles is now the assistant district attorney in Catawba County, NC.

https://www.linkedin.com/in/melanie-earles-a6656226

Judge (in Brian's Virginia probation case), we (Brian's family) ask that you will remove Brian from probation as well as the sex registry in view of the proof that he is innocent of actually downloading CP, and someone else hacked into his computer & put that CP virus in it).  His name on the sex registry was also to be removed in November, 2024 (10 years).  We (Brian's mom & 2 grandparents) told Judge Osteen to his face in court in September, 2014 that Brian is innocent, and we had written that in court records along with other witnesses.  Now we give the name of the person who put that on Brian's computer on July 20, 2012.  He (Reidsville, NC police detective Bridge was the one in the search warrant on August 28, 2012 who admitted to hacking into Brian's computer on that date in July, 2012 without probable cause.  Brian is smart (as Judge Osteen said), but his autism is a communication disability as well as a developmental disability.

He was diagnosed with this when he was 3 years old (PDD).  At the time, we thought he couldn't hear but learned that his hearing was perfect.   There was a communication problem which he continues to have.  We do think with this new information as well as Brian's good behavior and what all Brian wrote to probation (Some days his autism, OCD and type 1 brittle diabetes makes it hard, and he did have a medical emergency in 2018 after being exposed to carbon monoxide in his home for almost a year) that you try to be a fair judge and that hopefully after learning the new evidence here, you will approve his request to terminate his probation early and to remove him from the sex registry.  He has been on probation & been on the sex registry for over 9 ½ years at this time.

I also am including 6 pages of proof where Detective Robert Bridge admits to going into Brian's computer (IP address) on the very same day that the NC SBI in Greensboro, NC said that files of interest were being downloaded and some other proof which can be verified in the NC federal court records on Pacer from 2014-2023.

To which ever judge is now in charge of this case.  Brian has been a resident of Virginia since August, 2012, and it's time that Virginia & North Carolina know the entire story that Brian is innocent and didn't put that CP on his computer & doesn't want it or any part of CP or a CP virus!

The **Proof** is on the next 6 pages and also on the Pacer court records:  It is document number 307 Attachments 1-10 on Apr 20, 2022    United States v Brian Hill (1:13-cr-00435).  The search warrant document where this police admits to randomly picking an

IP address on July 20, 2012 is Case 1:13-cr-00435-TDS Document 84-2 Filed 4/27/15 Page 18 of 23 pages.

For your convenience, you can read this and other proof on the next 6 pages, especially document #33 on 09/16/2014, page 6 of 26 where it states:  "None of the children have been identified as part of a known series by the National Center for missing and exploited children (NCMEC) (further proof that it was a cp virus?).

My sincere thanks,

Stella Burnette Forinash

(Brian David Hill's grandmother)

████████████    Martinsville, VA 24112

My email is kenstella@comcast.net.

May 20, 2024

CC to Brian's probation office in Roanoke, VA

.

# Here is the proof:

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 18 of 23

59.    Your affiant then selected the option to monitor a particular IP address; in this case 24.148.156.211 on July 20, 2012. When the IP address was online in the eDonkey Network, your affiant's computer would automatically begin to download the files available for trade by the suspect computer. This is done through a law enforcement-only designed system, which your affiant refers to as Undercover Investigative Software (hereinafter referred to as UIS), currently used in state and local Peer-to-Peer P2P file sharing investigations and utilized through the CPS suite of tools. It this particular case it was used to request a download of the files of child pornography from IP address 24.148.156.211. Downloading is a transfer of data from one computer to another. Since your affiant was doing the download, your affiant was receiving data, which was transmitted from another computer. This software is designed by and for law enforcement and only available to law enforcement officers who have attended the appropriate training. Your affiant has done so and conducts that training for others. The UIS is designed to connect directly to one IP address and browse or download from one specific peer at a time using technology to block all other IP addresses from delivering any piece of the file. The UIS is a P2P file sharing client similar to other file sharing which are free and available to the public.



59.    **Your affiant then selected the option to monitor a particular IP address; in this case 24.148.156.211 on July 20, 2012. When the IP address was online in the eDonkey Network, your affiant's computer would automatically begin to download the files available for trade by the suspect computer. This is done through a law enforcement-only designed system, which your affiant refers to as Undercover Investigative Software (hereinafter referred to as UIS), currently used in state and local Peer-to-Peer P2P file sharing investigations and utilized through the CPS suite of tools. It this particular case it was used to request a download of the files of child pornography from IP address 24.148.156.211. Downloading is a transfer of data from one computer to another. Since your affiant was doing the download, your affiant was receiving data, which was transmitted from another computer. This software is designed by and for law enforcement and only available to law enforcement officers who have attended the appropriate training. Your affiant has done so and conducts that training for others. The UIS is designed to connect directly to one IP address and browse or download from one specific peer at a time using technology to block all other IP addresses from delivering any piece of the file. The UIS is a P2P file sharing client similar to other file sharing which are free and available to the public.**

#59

9. _____ 8/28/12   _____ 8/28/12
Signature: Judicial Official/Date       Signature: Law Enforcement/Date

_____                 _____ 8/28/2012
Additional Affiant: Signature/Date      Additional Affiant: Signature/Date

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 19 of 23

65.   The IP address 24.148.156.211 was first logged in the CPS undercover system by the automated tools previously described on 07/20/2012 offering to participate in the distribution of child Pornography known to me. Between 07/20/2012 and 07/26/2012, the IP address 24.148.156.211 was logged, showing a continual pattern of child pornography, by the automated tools. That IP address was logged as offering to participate in the distribution of 3 files of known or suspected child pornography during that period of time. Of those 3 files logged your affiant has seen in prior investigation and can attest that he knows personally that 2 of them are indeed child pornography as defined by the North Carolina General Statutes. The other 1 are known by other officers participating in the undercover operation to be child pornography. The 2 that are known by your affiant can be described as follows:

Ed2k hash value: 60492779477159DD2DA1DB8EE57D6995. File name: "[filename]." Detective Bridge has personally seen and knows the file with this digital signature to be a movie file that [graphic description of child sexual abuse material omitted].

ED2k hash value: A09A2871D9140290887128F7FD593234. File Name: "[filename]". Detective Bridge has personally seen and knows the file with this digital signature to be a video that [graphic description of child sexual abuse material omitted].

#65

Attachment D

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Robert W Bridge, (YOUR AFFIANT) being duly sworn, do hereby depose and say:

**BACKGROUND ON AFFIANT: Robert W Bridge, Reidsville Police Detective employment, educational and training background is as follows:**

https://www.linkedin.com/in/rwbridge

Page 3 of 6

Signature: Judicial Official/Date          Signature: Law Enforcement/Date

                                           _____    7
Additional Affiant: Signature/Date          Additional Affiant: Signature/Date

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 10 of 23

## BACKGROUND ON PEER-TO-PEER NETWORKS AND THIS UNDERCOVER OPERATION

17.   Your affiant knows from training and experience that child pornography comes from many
      sources. Computers have revolutionized the way in which those sources and users interact.
      Computers have also revolutionized the way in which collectors and users of child pornography
      can keep their collections. The development of computers and the Internet has greatly changed
      and added to the way in which child pornography is disseminated, collected, and viewed.

70.   Your affiant determined, by using Internet websites that the IP address 24.148.156.211 where
      child pornography was downloaded from, on the dates listed above was owned by Earth Link as
      the Internet Service Provider (ISP). On August 7, 2012 I contacted SBI Agent Gerald Thomas
      who forwarded my request for an administrative subpoena to Cheryl King of the NCSBI. Ms.
      King filed and administrative subpoena for the IP address 24.148.156.211 for the subscriber
      information on July 21, 2012 at 0400 GTC. Records below indicate 24.148.156.21 was assigned
      to the following Earth Link customer for the time request. The following information was
      returned by Earth Link on August 8, 2011:

5.    On Wednesday, August 22, 2012 at 1400 hours, Reidsville Police Detective Robert Bridge
      contacted me in reference to a child pornography case in the Town of Mayodan, North Carolina.
      According to Detective Bridge, he discovered that an IP address registered to Roberta Hill was
      being used to download and view child pornography. Detective Bridge is a member of the
      Internet Crimes Against Children (ICAC) Task Force. He has received training and resources to
      successfully investigate cybercrimes involving child pornography.

6.    Detective Bridge requested that I confirm that no other "Wi-Fi" signals were in the area of the
      Hill residence, located at 413 North 2nd Avenue in Mayodan, North Carolina. Furthermore, he
      requested that we confirm any known occupants of the residence. Through my knowledge and
      previous experience, I know the residence is occupied by Roberta Hill and her son, Brian D. Hill.
      I drove to the residence and confirmed that no unsecured "Wi-Fi" signals were present at the time
      of this affidavit. I also checked the utilities and confirmed that Roberta Hill resides and the
      aforementioned address.

Page 4 of 6

_9._ Signature: Judicial Official/Date

Signature: Law Enforcement/Date

Additional Affiant: Signature/Date

Additional Affiant: Signature/Date

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 19 of 23

## SPECIFIC FACTS ABOUT THE IP ADDRESS AND PLACE TO BE SEARCHED

65.   The IP address 24.148.156.211 was first logged in the CPS undercover system by the automated tools previously described on 07/20/2012 offering to participate in the distribution of child Pornography known to me.   Between 07/20/2012 and 07/26/2012, the IP address 24.148.156.211 was logged, showing a continual pattern of child pornography, by the automated tools.   That IP address was logged as offering to participate in the distribution of 3 files of known or suspected child pornography during that period of time.   Of those 3 files logged your affiant has seen in prior investigation and can attest that he knows personally that 2 of them are indeed child pornography as defined by the North Carolina General Statutes.   The other 1 are known by other officers participating in the undercover operation to be child pornography.   The 2 that are known by your affiant can be described as follows:

66.   Utilizing the UIS, your affiant connected to the IP address 24.148.156.211 on July 21, 2012 between 0550 hrs EDT and 1639 HRS EDT and was able to directly download parts (1153339KB) of 2 video files of the sexual performance of a child.   Your affiant has viewed the said file and it is believed to be Child Pornography based upon North Carolina Statutes, and is described as follows:

The file names were Mom & Daughter In Bath.mpg with an ED2k hash value of 60492779477159DD2DA1DB8EE57D6995 Detective Bridge has personally seen and knows the file with this digital signature to be a movie file that shows an adult female in a shower

_2._ Signature: Judicial Official/Date

Signature: Law Enforcement/Date

Additional Affiant: Signature/Date

Additional Affiant: Signature/Date          19

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 20 of 23

Page **5** of 6

_2. ~~Andal~~_  8/28/12
Signature: Judicial Official/Date

_GBim_  8/28/12
Signature: Law Enforcement/Date

_Katt pd_  8/28/12    6
Additional Affiant: Signature/Date

Additional Affiant: Signature/Date

---

Case 1:13-cr-00435-TDS   Document 84-2   Filed 04/27/15   Page 9 of 23

---

Case 1:13-cr-00435-TDS   Document 307-9   Filed 04/20/22   Page 33 of 33

---

Case 1:13-cr-00435-TDS **Document 84-2** Filed 04/27/15 **Page 19** of 23

According to the **North Carolina Bureau of Investigation's** Case number 2012-02146 915, files of interest were being downloaded from July 20, 2012 until July 28, 2013. This was the time frame of 11 months when Brian Hill no longer had that laptop.

"None of the children have been identified as part of a known series by the National Center for missing and exploited children (NCMEC)" Document #33, Filed 09/16/2014, Page 6 of 26

---

**SBI CASE NUMBER:** 2012-02146 (915)

**SYNOPSIS:**

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and Usenet Binary Files.

The results of the analysis are as follows:

Area Search Keywords:    One search keyword "very sexy"

eMule Known.met:   The Known.met saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 494 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

---

**NC SBI report July 20, 2012-July 28. 2013 (Police got computer Aug. 28. 2012)**

**Page 6 of 6**







# Autism

## COMMUNICATION

### IN CRIMINAL JUSTICE SITUATIONS

- May not understand rights or warnings
- May become anxious in new situations
- May not understand consequences of their actions
- If verbal, may produce false confession or misleading statement

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHIEF PROBATION OFFICER
210 FRANKLIN RD SW
ROOM 402
ROANOKE, VA 24011

9590 9402 6641 1060 7896 15

7021 1970 0002 2191 5458

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**USPS TRACKING #**

GREENSBORO NC 270

02 MAIL EXPRESS L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6641 1060 7896 15

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

STELLA FORINASIT

MARTINSVILLE, VA 24112