# EXHIBIT 5

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID
HILL'S NOTICE OF FILING EVIDENCE NECESSARY
BEFORE THE HEARING, AND REQUEST TO TAKE IT
INTO CONSIDERATION AT THE HEARING"
by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



*Error! 31 pages, not 17* (handwritten)

## TABLE OF CONTENTS
## EXHIBIT 5

| DOCUMENT INDEX | PAGE | DESCRIPTION |
|---|---|---|
| 1. court-orders.pdf | 3-10 | Three court orders from the record of the Trial Court for the City of Martinsville. |
| 2. brian-hill-foia-request-1.pdf | 11-13 | Response from City of Martinsville and Martinsville Police Department to Brian D. Hill's FOIA Request filed in 2023. |
| 3. Pete Compton Letter -fireplace expert.pdf | 14-14 | Pete Compton expert witness letter about carbon monoxide gas found in Triplex after Brian Hill arrested for indecent exposure, the carbon monoxide gas issue continued until Pete Compton found the metal tin and removed the metal tin from the affected area. Pete said: "In my 25 years of doing this type of work, this was the first time I have ever seen tin covering holes where it is important to vent gas heaters." |
| 4. Piedmont Community Services Psychiatric report Oct 2018_redacted.pdf | 15-21 | Medical record/psychiatric record of examination of Brian David Hill by Dr. Conrad Daum where Brian talked about his indecent exposure charge and was given a diagnosis of "psychosis". Psychosis is a symptom caused by intoxication of carbon monoxide. |
| 5. Medical Records 9-21-2018 color.pdf | 22-28 | Seven pages of Hospital Records from Sovah Hospital in Martinsville, Virginia. One page says: "Corrections: (The following items were deleted from the chart)". So laboratory tests which were ordered after Brian was detained by the police for indecent exposure, it was then deleted from the chart afterwards. Cover Up??? |
| 6. Carilion Clinic medical records yellow marked.pdf | 29-31 | Carilion Clinic medical record concerning labortory testing of Brian David Hill, Collected On July 31, 2018 (07/31/18 1122), abnormal results found. That was a few months before Brian Hill was arrested for indecent exposure on September 21, 2018. |

VIRGINIA:  IN THE GENERAL DISTRICT COURT FOR THE CITY OF
MARTINSVILLE

COMMONWEALTH OF VIRGINIA,    )
                             )
v.                           )          CASE NO: C18-3138
                             )
BRIAN DAVID HILL,            )
                Defendant.   )

## ORDER

This case came this day to be heard upon the written motion of the Defendant, BRIAN

DAVID HILL, by counsel, who moved, pursuant to Rule 7C:5 of the Rules of the Supreme Court

of Virginia, that the Commonwealth's Attorney be directed to permit the Defendant discovery in

this case, as set forth in said Rule, and

It appearing to the Court that discovery pursuant to Rule 7C:5  should be granted to the

Defendant, it is hereby ORDERED and DECREED that the Commonwealth's Attorney permit

counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the

preliminary hearing, the following:

(1)    Any relevant written or recorded statements or confessions made by the

Defendant, or copies thereof, or the substance of any oral statements or confessions made by the

Defendant to any law enforcement officer, the existence of which is known to the attorney for the

Commonwealth;

(2)    A copy of any criminal record of the accused; and

(3)    Any exculpatory information or evidence as set forth by *Brady v. Maryland* and

its progeny that is known to the Commonwealth.

And it is further ADJUDGED, ORDERED and DECREED that the Commonwealth shall

promptly notify counsel for the Defendant of the existence of any additional material

subsequently discovered which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

ENTER this 28 day of November, 2018.

_____
Judge

I ASK FOR THIS:

_____
Scott Albrecht, Esq. (VSB #88411)
Office of the Public Defender
P.O. Drawer 31
Martinsville, VA 24114
T: (276) 666-2206 ext. 106
F: (276) 666-8929
salbrecht@mar.idc.virginia.gov
*Counsel for Defendant*

SEEN and Agree :

_____
*Attorney for the Commonwealth*
City of Martinsville, Virginia
P.O. Box 1311
Martinsville, VA 24112
T: (276) 403-5470

RECEIVED
DATE/TIME 11-28-18 11 A.
BY D. Collins D. Clerk
MARTINSVILLE GENERAL DISTRICT COURT

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF MARTINSVILLE

COMMONWEALTH OF VIRGINIA,
        Plaintiff

vs.                              CR19-009

BRIAN DAVID HILL,
        Defendant.

## ORDER REGARDING DISCOVERY

Came this day, the Defendant, Brian David Hill, by counsel, who moved, pursuant to Rule 3A:11 of the Rules of Court, that the Commonwealth's Attorney be directed to permit the Defendant discovery in this case, as set forth in the said Rule, and upon the motion of the attorney of the Commonwealth requesting reciprocal discovery under the said Rule; and,

It appearing to the Court that discovery pursuant to Rule 3A:11(b) should be granted to the Defendant, it is hereby ORDERED that the Commonwealth's Attorney permit counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the trial or sentencing, the following:

(1)    Any relevant written or recorded statements or confessions made by the Defendant, or copies thereof, or the substance of any oral statements or confessions made by the Defendant to any law enforcement officer, the existence of which is known to the attorney for the Commonwealth, any certificates of analysis pursuant to §19.2-187, and any relevant written reports of autopsies, ballistic tests, fingerprint analyses, handwriting analyses, blood, urine, and breath tests, other scientific reports, and written reports of a physical or mental examination of the Defendant or the alleged victim made in connection with this particular case, or copies thereof, that are known by the Commonwealth's Attorney to be within the possession, custody, or

1

control of the Commonwealth.

(2)      Any exculpatory information or evidence under the guidelines established by Brady v. Maryland, 373 U.S. 83 (1963), and subsequent case law, whether by way of statements, real evidence, scientific analysis, or reports, known to or in the possession of the Commonwealth.

(3)      The Commonwealth shall promptly notify counsel for the Defendant of the existence of any additional material subsequently discovered (until the time of trial and at trial) which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

It appearing to the Court that the motion for reciprocal discovery filed by the attorney for the Commonwealth pursuant to Rule 3A:11 should also be granted, it is hereby ORDERED that counsel for the Defendant permit the Commonwealth's Attorney to inspect, copy, or photograph, within a reasonable time, but not less than ten days before the trial or sentencing, any written reports of autopsy examinations, ballistic tests, fingerprints, blood, urine, and breath analyses, and other scientific tests that may be within the Defendant's possession, custody, or control and which the defense intends to proffer or introduce into evidence at the trial or sentencing.

It is further ORDERED that the Defendant disclose whether he or she intends to introduce evidence to establish an alibi, and, if so, to disclose the place at which he or she claims to have been at the time of the commission of the alleged offense.

It is further ORDERED that if the Defendant intends to rely upon the defense of insanity or feeblemindedness, the Defendant shall permit the Commonwealth to inspect, copy, or photograph any written reports of physical or mental examination of the Defendant made in connection with this particular case.

2

It is further ORDERED that the inspection and copying or photographing by the counsel

for the Defendant shall take place at the office of the Commonwealth's Attorney at Martinsville,

Virginia, or at some other mutually agreeable location, by appointment or at any convenient time

during regular office hours, and that the inspection and copying or photographing by the attorney

for the Commonwealth shall take place at the office of the counsel for the Defendant, or at some

other mutually agreeable location, by appointment or at any convenient time during regular

office hours.

ENTERED this 6ᵗʰ day of February, 2019.

_____
Judge

I ASK FOR THIS:

_____
Scott Albrecht (VSB #88411)
Office of the Public Defender
P. O. Drawer 31
Martinsville, VA  24114
276-666-2206
276-666-8929 (fax)
salbrecht@mar.idc.virginia.gov

SEEN:

_____
Counsel for the Commonwealth

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF MARTINSVILLE

COMMONWEALTH OF VIRGINIA,
        Plaintiff

vs.                            CR19000009-00

BRIAN DAVID HILL,
        Defendant.

## ORDER REGARDING DISCOVERY

Came this day, the Defendant, Brian David Hill, by counsel, who moved, pursuant to Rule 3A:11 of the Rules of Court, that the Commonwealth's Attorney be directed to permit the Defendant discovery in this case, as set forth in the said Rule, and upon the motion of the attorney of the Commonwealth requesting reciprocal discovery under the said Rule; and,

It appearing to the Court that discovery pursuant to Rule 3A:11(b) should be granted to the Defendant, it is hereby ORDERED that the Commonwealth's Attorney permit counsel for the Defendant to inspect and copy or photograph, within a reasonable time, before the trial or sentencing, the following:

(1)    Any relevant written or recorded statements or confessions made by the Defendant, or copies thereof, or the substance of any oral statements or confessions made by the Defendant to any law enforcement officer, the existence of which is known to the attorney for the Commonwealth, any certificates of analysis pursuant to §19.2-187, and any relevant written reports of autopsies, ballistic tests, fingerprint analyses, handwriting analyses, blood, urine, and breath tests, other scientific reports, and written reports of a physical or mental examination of the Defendant or the alleged victim made in connection with this particular case, or copies thereof, that are known by the Commonwealth's Attorney to be within the possession, custody, or

1
279

control of the Commonwealth.

(2)    Any exculpatory information or evidence under the guidelines established by _Brady v. Maryland_, 373 U.S. 83 (1963), and subsequent case law, whether by way of statements, real evidence, scientific analysis, or reports, known to or in the possession of the Commonwealth.

(3)    The Commonwealth shall promptly notify counsel for the Defendant of the existence of any additional material subsequently discovered (until the time of trial and at trial) which falls within the scope of this motion and make all such additional material available to the Defendant's attorney in accordance with the text and intention of this Motion.

It appearing to the Court that the motion for reciprocal discovery filed by the attorney for the Commonwealth pursuant to Rule 3A:11 should also be granted, it is hereby ORDERED that counsel for the Defendant permit the Commonwealth's Attorney to inspect, copy, or photograph, within a reasonable time, but not less than ten days before the trial or sentencing, any written reports of autopsy examinations, ballistic tests, fingerprints, blood, urine, and breath analyses, and other scientific tests that may be within the Defendant's possession, custody, or control and which the defense intends to proffer or introduce into evidence at the trial or sentencing.

It is further ORDERED that the Defendant disclose whether he or she intends to introduce evidence to establish an alibi, and, if so, to disclose the place at which he or she claims to have been at the time of the commission of the alleged offense.

It is further ORDERED that if the Defendant intends to rely upon the defense of insanity or feeblemindedness, the Defendant shall permit the Commonwealth to inspect, copy, or photograph any written reports of physical or mental examination of the Defendant made in connection with this particular case.

2

It is further ORDERED that the inspection and copying or photographing by the counsel for the Defendant shall take place at the office of the Commonwealth's Attorney at Martinsville, Virginia, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours, and that the inspection and copying or photographing by the attorney for the Commonwealth shall take place at the office of the counsel for the Defendant, or at some other mutually agreeable location, by appointment or at any convenient time during regular office hours.

ENTERED this 15th day of July, 2019.

Judge

I ASK FOR THIS:

Scott Albrecht (VSB #88411)
Office of the Public Defender
P. O. Drawer 31
Martinsville, VA  24114
276-666-2206
276-666-8929 (fax)
salbrecht@mar.idc.virginia.gov

SEEN:

Counsel for the Commonwealth

3

281



February 10, 2023

Brian David Hill

310 Forest Street, Apt. 1

Martinsville, VA 24112

Dear Mr. Hill,

Please see the following information in regards to your FOIA request. These answers were provided by Police Chief Rob Fincher.

#1

The Martinsville Police Department utilizes a server-based video system created by COBAN Tech Corporation which is now owned by Safe Fleet Inc. This system has a programed Digital Video Management System or DVMS. The DVMS follows a retention system for those videos that have not been marked as evidence by the Commonwealth's Attorney's Office. If the Commonwealth's Attorney's Office designates a video as evidence it is retained indefinitely. All other videos are subject to the DVMS retention schedule. The DVMS begins cleanup when a video is within the minimum and maximum hold period for its event classification and when the disk usage is more than 80% and have not been accessed in 150 days. DVMS cleanup refers to changing the file allocation address of that data file to allow for other data to be stored in place of that file. This is like all computer systems in that if you tell the computer to delete an item, it is not actually deleted but designated to be overwritten. The event type retention schedule for the DVMS is as follows;

| Event Type | Minimum Days | Maximum Days |
|---|---|---|
| Assist other Agency | 183 | 200 |
| Assist other Officer | 183 | 200 |
| Vehicle Crash | 183 | 200 |
| Alarm – Business/Residential | 120 | 150 |
| Body Camera default | 183 | 200 |
| Criminal Apprehension | 365 | 400 |
| CIT – ECO – TDO | 183 | 200 |

| Disorderly Person / Group | 183 | 200 |
|---|---|---|
| Domestic | 365 | 400 |
| DUI-DUID | 365 | 400 |
| Funeral Escort | 30 | 31 |
| General Assistance | 180 | 200 |
| General Traffic Stop | 365 | 400 |
| Interview Rooms | 365 | 366 |
| Pursuit | 365 | 400 |
| Redlight/Stop Sign | 200 | 201 |
| Suspect Interview | 365 | 400 |
| Speeding | 183 | 200 |
| Training | 200 | 300 |
| Victim Interview | 183 | 200 |
| Video Training | 10 | 11 |
| Witness Interview | 183 | 200 |

#2

If a court receives an item as evidence or potential evidence, then the court retains those items in their evidence storage. A court can issue a preservation order in certain circumstances for a limited time with certain data evidence. I have not heard of one ever being used for video data. It is mostly used for cellphone and telephone data. If litigation is filed within a court then the status of a video regarding that case would then be changed to "evidence" and then retained indefinitely. Notice of that litigation would have to be served on the department within the retention period followed. If a suit is filed after the evidence has been destroyed there is no way to "un-destroy" an item.

#3

In the records logs, I see that two videos, one body camera and one in-car camera, that were labeled David Hill from that date were removed (deleted) by the DVMS system on 4/9/2019. Neither video was indicated as evidence, so unfortunately, we do not have either. If I had the videos, I would have no problem giving them to you but unfortunately, I do not.

Sincerely

Kendall Davis

Public Information Officer

City of Martinsville



To Whom This May Concern:

On January 30, 2019 I went to the house at 310 Forest St., Martinsville, Va 24112 to measure and give a price for a Chimney cover. Roberta Hill and her parents: Ken & Stella Forinash escorted me to Apt 1 to show me the fireplace which had a small amount of white residue inside, no damage to the ceiling and wall around the fireplace. They then escorted me downstairs to Apt 2 where parts of the ceiling above the fireplace had fallen and there was a lot of damage in the remaining ceiling below the hearth of the fireplace in apt 1 located above apt 2 and a lot of damage along the wall in apt 2 above and on both sides of the fireplace as well as a lot of white residue inside of the fireplace. After this, we went down another flight of stairs to the basement where the gas boiler heater and the gas hot water heater were located to show me that there would be 3 holes in the chimney.

I then went outside and got my ladder to measure the chimney. This was when I found out that all 3 holes were covered with tin. Knowing that the gas boiler heater & gas hot water heater needed to be vented at all times, I immediately removed the tin covering the hole so carbon monoxide would no longer go through the house. Ms Hill had informed me that she had called a chimney sweep in Rocky Mount, VA in October, 2017 to clean the chimney and to put screen on all holes after the family spotted birds going into their fireplace the year before. In my 25 years of doing this type of work, this was the first time I have ever seen tin covering holes where it is important to vent gas heaters. I showed the family the tin I had just removed and had them to climb my ladder to look at the chimney. We then went back in the house, and I informed them that the white residue inside both fireplaces was from the gas that had no other place to escape and informed them that they had been exposed to carbon monoxide ~~poisoning~~, *GA* but now that the tin had been removed, there should no longer be any problems. I returned to *ER* the house on February 4, 2019 and installed a stainless steel multifaceted chimney cap vented with screen on all 4 sides.

Signed as a witness on this date: _Kenneth R. Forinash 6-13-19_

_Elmer P. Compton #_        6-13-19

**Pete Compton    ACE Chimney & Wildlife; Bassett, VA**

**Phone 276-629-4453**



**PIEDMONT COMMUNITY SERVICES**
Martinsville Office

64712

7-17-19

20 _____

RECEIVED OF Brian Hill

Thirteen + 04/100 _____ **DOLLARS**

FOR Medical Records

CLIENT # 174826          AMOUNT PAID $ 13.00

☑ **CASH**    ☐ **MONEY ORDER**    ☐ **CHECK**    **CHECK #** _____

**BALANCE DUE $** _____    **BY** _____

✕ Close  🖨 Print

BRIAN HILL (174826) [DOB: 5/26/1990]

| DIAGNOSIS | | | |
|---|---|---|---|
| Axis/Order | Axis 3/1 | Diagnosis | (F42.9) Obsessive-compulsive disorder, unspecified |
| Axis/Order | Axis 3/2 | Diagnosis | (F84.0) Autistic disorder |
| Axis/Order | Axis 3/3 | Diagnosis | (F29) Unspecified psychosis not due to a substance or known physiological condition |
| Axis/Order | Axis 3/4 | Diagnosis | (F41.1) Generalized anxiety disorder |
| **WHODAS 2.0 General Disability** | | | |
| | Assessment Date | General Raw Score | General Average Score |
| | | | |
| | Score description | Raw Score | Average Score |
| | Cognition | | |
| | Mobility | | |
| | Self-care | | |
| | Getting along | | |
| | Life activities | | |
| | Participation | | |

EXHIBIT PAGES 16 OF 17

After document loads, press CTRL+P to print --- Then hit the 'x' in the corner to close.       Page 1 of 5

 **Piedmont Community Services**
13 MOSS ST SOUTH
MARTINSVILLE, VA 24112

| Client Name: | BRIAN HILL | SSN/Acct # | ████0319 / 174826 |
|---|---|---|---|
| Address: | 310 FOREST ST APT 2 MARTINSVILLE VA 24112-4939 | Date/Time: | 10/24/2018 9:51 AM to 10:23 AM |
| Insurance: | | Employee Name: | CONRAD DAUM / MD |
| Diagnosis: | | Visit Type/CPT | Med Note [Jail] / Nonbill |
| DOB | 5/26/1990 | | |
| Notes: | Non-Face-to-Face Service | | |

## HISTORY

**Chief Complaint: Notes:**
"guy in hodie threatened to kill my mother if I didn't do what he said" "meltdown" He was arrested for walking down the street naked and charged with a probation violation.

**History of Present Illness (HPI): Notes:**
local is mental, quality he agreed to zyprexa and zoloft. severity moderate, duration 1st admit 2013 ONLY, time of tx start here 2013, context jail inmate. associated he was convicted for child porn and is on sex registry. He believes he was convicted unfairly by a conspiracy of the court officials. He believes Critical documents proving his innocence were deliberately destroyed. Modify is tx accepted, ills see med hx.

**Past Medical / Family Medical / Social Hx: .**
LEGAL HX: He would only discuss the child pron and probation violation convictions.

PSYCH HX: He tried suicide, but no family hx, he denied wanting to harm self or others the past month. He denied any SUD or tobacco, Hx autism, OCD, GAD

MEDICAL HX: Diabetes, IBS, Eczema, op only wisdom teeth, no fx hx, hypoglycemic seizures, hx concussions during seizures.

FAMILY HX: 0 kids, 1/2 sisters=2, 0 brothers, mom living, dad hx unknown no hx of inpatient , SUD, jail. Hx Hypertension, ulcerative colitis,

SOCIAL HX: born Orlando FL, raised NC, some HS, single, no church, on disability, lives alone with caretaker's help.

**Review of Symptons (ROS)**

**Constitutional: Notes:**
sleeping ok

**Eyes: Notes:**
see ok

**Ears, Nose, Mouth, Throat: Notes:**
hear ok

**Cardiovascular: Notes:**
no chest pain

EXHIBIT PAGES 17 OF 17

Case 4:20-cr-00027-TTC   Document 29-6   Filed 12/23/24   Page 18 of 31

After document loads, press CTRL+P to print -- Press the 'X' in the corner to close.          Page 2 of 5

**Respiratory:** Notes:
breathing ok

**Musculoskeletal:** Notes:
no LBP

**Integumentary (skin and/or breast):** Notes:
no tattoos

**Neurological:** Notes:
seizure hx and diabetic foot neuropathy

**Endocrine:** Notes:
diabetes

**Hematologic/Lymphatic:** Notes:
no nodes

**Allergic/Immunologic:** Notes:
allergy see list

**Genitourinary:** Notes:
bladder frequency

**Gastrointestinal:** Notes:
GERD SX, episodic diarrhea

## EXAM

**Constitutional Vital Signs:**

**Musculoskeletal**

**Muscle strength and tone:** Notes
ok

**Gait and station:** Notes
ok

EXHIBIT PAGES 18 OF 17

After document loads, press CTRL+P to print -- Then hit the 'X' in the corner to close.    Page 3 of 5

**Behavior**

**Appearance:** Well-groomed

**Activity:** Normal

**Attitude:** Cooperative

**Articulation (Speech):** Normal Rate, Rhythm, Volume

**Sensorium**

**Consciousness:** Alert

**Orientation:** Full

**Memory:** Intact

**Attention/Concentration:** Adequate

**Emotion**

**Affect:** Comfortable and Reactive

**Mood:** Euthymic

**Congruency:** Congruent

**Suicidal Ideation:** None

**Homicidal Ideation:** None

**Thought**

**Thought Process:** Goal-directed

**Thought Content:** Delusional

**Intelligence:** Average

**(based upon fund of knowledge, comprehension, and vocabulary)**

**Insight:** Full

**Judgement:** Intact

**Perception:** Normal

**Impression**

**Brief summary of present status of case:** Notes
aims=0

## DIAGNOSES

**Current Diagnoses:**
**Effective Date :** 10/24/2018
1 (F42.9) Obsessive-compulsive disorder, unspecified
  **Diagnosed By :**    **Diagnosed Date :**
  **Onset Date :**    **Previous Onset Date :**
  **Onset Prior to Admission:**
  **R/O:** No
  **Notes:**
  **Date Updated:** 03/21/2017
  **SNOMED:** -

2 (F84.0) Autistic disorder
  **Diagnosed By :**    **Diagnosed Date :**
  **Onset Date :**    **Previous Onset Date :**
  **Onset Prior to Admission:**
  **R/O:** No
  **Notes:**
  **Date Updated:** 03/02/2016
  **SNOMED:** -

3 (F29) Unspecified psychosis not due to a substance or known physiological condition
  **Diagnosed By :**    **Diagnosed Date :**
  **Onset Date :**    **Previous Onset Date :**
  **Onset Prior to Admission:**
  **R/O:** No
  **Notes:**

**Date Updated:** 10/24/2018
**SNOMED:** -

4 (F41.1) Generalized anxiety disorder
**Diagnosed By :**    **Diagnosed Date :**
**Onset Date :**    **Previous Onset Date :**
**Onset Prior to Admission:**
**R/O:** No
**Notes:** BRITTLE DIABETES
**Date Updated:** 10/24/2018
**SNOMED:** -

**WHODAS 2.0 General Disability    Assessment Date:**
**Raw Score:    Avg Score:**
  **Cognition:**
  **Mobility:**
  **Self-care:**
  **Getting along:**
  **Life activities:**
  **Participation:**

**Psych Diagnoses & Status**

**Diagnosis:** all

**Status:** Stable

**Medical Diagnoses & Status**

## COLUMBIA ASSESSMENT

**1) Wished to be Dead:**
Have you wished you were dead or wished you could go to sleep and not wake up?: No

**2) Suicidal Thoughts:**
Have you actually had any thoughts of killing yourself?: No

**6) Suicidal Behavior Question:**
Have you ever done anything, started to do anything, or prepared to do anything to end your life?: Yes

**Was this within the past three months?** (please explain): No

## SUMMARY

**Service Modality:** Non-Face-to-Face Service

**Current Medications:**
**Medication:** insulin aspart U-100 100 unit/mL subcutaneous solution
**Start Date:** 10/24/2018
**Dosage:**
**Frequency:**

**Medication:** olanzapine 2.5 mg tablet
**Start Date:** 10/24/2018
**Sig:** Take 1 Caplet By Oral Route 1 time at bedtime for mood swings

**Medication:** sertraline 50 mg tablet
**Start Date:** 10/24/2018
**Sig:** Take 1 Caplet By Oral Route 1 time after breakfast for anxiety

**Plan**

**Medication Changes:** .

**Next Appointment: Date**
pm

**E/M Level:** 5

**E/M Score:** 5

EXHIBIT PAGES 20 OF 17

After document loads, press CTRL+P to print -- Page right-tol. 'X' in the corner to close.        Page 5 of 5

Employee Signature

*CDaum MD*

10/24/18 2:51 PM
CONRAD DAUM - MD
MD

*CDaum MD*

Supervisor's Signature
Approved by CDAUM on 10/24/18
CONRAD DAUM, MD, MD

EXHIBIT PAGES 21 OF 17

Brian Hill
MRN: MM00370912
ACCT: MM7806761243

# Sovah Health Martinsville

320 Hospital Drive
Martinsville, VA 24112
276-666-7237

7806761243

**Emergency Department
Instructions for:**        **Hill, Brian D**

**Arrival Date:**          **Friday, September 21, 2018**

Thank you for choosing **Sovah Health Martinsville** for your care today. The examination and treatment
you have received in the Emergency Department today have been rendered on an emergency basis only
and are not intended to be a substitute for an effort to provide complete medical care. You should contact
your follow-up physician as it is important that you let him or her check you and report any new or
remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a
single emergency care center visit.

**Care provided by:**  Hinchman, Brant, DO

**Diagnosis:**      Abrasion, right knee; Abrasion of unspecified front wall of thorax

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| VIS, Tetanus, Diphtheria (Td) - CDC<br>Abrasion, Easy-to-Read<br>Knee Pain, Easy-to-Read | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>   When: Tomorrow; Reason: Further diagnostic<br>work-up, Recheck today's complaints, Continuance<br>of care<br>**Emergency Department**<br>   When: As needed; Reason: Fever > 102 F,<br>Trouble breathing, Worsening of condition | None |
| **SPECIAL NOTES** | |
| None | |

**National Hopeline Network:**  1-800-784-2433

**If you received a narcotic or sedative medication during your Emergency Department stay you
should not drive, drink alcohol or operate heavy machinery for the next 8 hours as this medication
can cause drowsiness, dizziness, and decrease your response time to events.**

I hereby acknowledge that I have received a copy of my transition care record and understand the
above instructions and prescriptions.

_Brian D. Hill_

**Brian Hill**

_Jenica Sate, RN, BSN_

**ED Physician or Nurse**
09/21/2018 04:52

**EXHIBIT PAGES 22 OF 17**

Sovah Health - Martinsville
Job 23328 (05/17/2019 13:34) - Page 1 Doc# 1

EMERGENCY DEPARTMENT RECORD
Physician Documentation
Sovah Health Martinsville
Name: Brian Hill
Age: 28 yrs
Sex: Male
DOB: 05/26/1990
MRN: MM00370912
Arrival Date: 09/21/2018
Time: 04:04
Account#: MM7806761243
Bed ER 9
Private MD:
ED Physician Hinchman, Brant
HPI:
09/21
04:40 This 28 yrs old White Male presents to ER via Law Enforcement with    bdh
complaints of Knee Pain.
09/21
04:48 28-year-old male with diabetes and autism presents for evaluation    bdh
after complaining of right knee pain and scrapes and abrasions.
Patient was apparently taking pictures of himself in the nude across
town this evening and when police attempted apprehend him brain
through Briar patch. Patient does report scratches and abrasions to
the right knee but no pain on range of motion. Unknown last tetanus..

Historical:
- Allergies: Ranitidine;
- PMHx: autism; Diabetes - IDDM; OCD;
- Exposure Risk/Travel Screening:: Patient has not been out of the
country in last 30 days. Have you been in contact with anyone who
is ill that has traveled outside of the country in the last 30
days? No.
- Social history:: Tobacco Status: The patient states he/she has
never used tobacco. The patient/guardian denies using alcohol,
street drugs, The patient's primary language is English. The
patient's preferred language is English.
- Family history:: No immediate family members are acutely ill.
- Sepsis Screening:: Sepsis screening negative at this time.
- Suicide Risk Screen:: Have you been feeling depressed in the last
couple of weeks? No Have you been feeling hopeless to the extent
that you would want to end your life? No Have you attempted suicide
or had a plan to attempt within the last 12 months? No.
- Abuse Screen:: Patient verbally denies physical, verbal and
emotional abuse/neglect.
- Tuberculosis screening:: No symptoms or risk factors identified.
- The history from nurses notes was reviewed: and my personal history
differs from that reported to nursing.

ROS:
09/21
04:49 All other systems are negative, except as documented below.    bdh

Constitutional: Negative for chills, fever. Respiratory: Negative for

Brian Hill
MRN: MM00370912
ACCT: MM7806761243

## FOLLOW UP INSTRUCTIONS

Private Physician
    When: Tomorrow
    Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care

Emergency Department
    When: As needed
    Reason: Fever > 102 F, Trouble breathing, Worsening of condition

7806761243

Brian Hill
MRN: MM00370912
ACCT: MM7806761243

**MRN # MM00370912**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
Call ERT, IV saline lock

**Chart Copy**

7806761234

cough, dyspnea on exertion, shortness of breath. MS/extremity:
Positive for pain, Negative for decreased range of motion,
paresthesias, swelling, tenderness, tingling. Skin: Positive for
abrasion(s), Negative for rash, swelling.

Exam:
09/21
04:49 Constitutional: This is a well developed, well nourished patient who bdh
is awake, alert, and in no acute distress. Head/Face: Normocephalic,
atraumatic. Eyes: Pupils equal round and reactive to light,
extra-ocular motions intact. Lids and lashes normal. Conjunctiva
and sclera are non-icteric and not injected. Cornea within normal
limits. Periorbital areas with no swelling, redness, or edema. ENT:
Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membranes moist. No
meningismus. Neck: Supple, full range of motion without nuchal
rigidity, or vertebral point tenderness. No Meningismus. No JVD
Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No
gallops, murmurs, or rubs. No JVD. No pulse deficits. Respiratory:
Lungs have equal breath sounds bilaterally, clear to auscultation and
percussion. No rales, rhonchi or wheezes noted. No increased work
of breathing, no retractions or nasal flaring. Abdomen/GI: Soft,
non-tender, with normal bowel sounds. No distension or tympany. No
guarding or rebound. No pulsatile mass. Back: No spinal
tenderness. No costovertebral tenderness. Full range of motion.
Skin: Multiple superficial abrasions to the groin and abdomen
without fluctuance or tenderness. MS/ Extremity: Pulses equal, no
cyanosis. Neurovascular intact. Full, normal range of motion. No
peripheral edema, tenderness. Abrasion to right knee but nontender,
no deformity or swelling. Ambulating without difficulty. Neuro:
Awake and alert, GCS 15, oriented to person, place, time, and
situation. Cranial nerves II-XII grossly intact. Psych: Awake,
alert, with orientation to person, place and time. Behavior, mood,
and affect are within normal limits.

Vital Signs:
09/21
04:09 BP 124 / 86; Pulse 119; Resp 19; Temp 98; Pulse Ox 98% ; Weight 99.79 jt
kg; Height 6 ft. 0 in. (182.88 cm); Pain 0/10;
09/21
05:01 BP 119 / 80; Pulse 106; Resp 16; Temp 98.2; Pulse Ox 99% ; Pain 0/10; jt
09/21
04:09 Body Mass Index 29.84 (99.79 kg, 182.88 cm)                            jt

MDM:
09/21
04:04 MSE Initiated by Provider.                                             bdh
09/21
04:50 Differential diagnosis: fracture, sprain, penetrating trauma, et al.   bdh
ED course: Cleared from a psychiatric standpoint by Behavioral
Health. Patient will be discharged to jail. No new complaints.. Data
reviewed: vital signs, nurses notes. Counseling: I had a detailed

discussion with the patient and/or guardian regarding: the historical
points, exam findings, and any diagnostic results supporting the

discharge/admit diagnosis, the need for outpatient follow up, to
return to the emergency department if symptoms worsen or persist or
if there are any questions or concerns that arise at home.

09/21
04:16 Order name: Call ERT; Complete Time: 04:25                          bdh
09/21
04:16 Order name: IV saline lock; Complete Time: 04:36                    bdh
09/21
04:29 Order name: Other: NO suicidal homicidal risk; Complete Time: 05:03  bdh

Dispensed Medications:
Discontinued: NS 0.9% 1000 ml IV at 999 mL/hr once
09/21
04:36 Drug: Tetanus-Diphtheria Toxoid Adult 0.5 ml {Manufacturer: Grifols  lbl
Therapeutics. Exp: 09/27/2020. Lot #: A112A. } Route: IM; Site: right
deltoid;
09/21
05:04 Follow up: Response: No adverse reaction                            lbl
09/21
04:36 Drug: NS 0.9% 1000 ml Route: IV; Rate: 999 mL/hr; Site: right arm;  lbl
Delivery: Primary tubing;
09/21
05:11 Follow up: IV Status: Completed infusion                            dr


Disposition:
09/21
04:52 Electronically signed by Hinchman, Brant, DO at 04:52 on 09/21/2018.  bdh
Chart complete.

Disposition:
09/21/18 04:52 Discharged to Jail/Police. Impression: Abrasion, right knee,
Abrasion of unspecified front wall of thorax.
- Condition is Stable.
- Discharge Instructions: VIS, Tetanus, Diphtheria (Td) - CDC,
Abrasion, Easy-to-Read, Knee Pain, Easy-to-Read.

- Medication Reconciliation form.
- Follow up: Private Physician; When: Tomorrow; Reason: Further
diagnostic work-up, Recheck today's complaints, Continuance of
care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition.
- Problem is new.
- Symptoms have improved.


Order Results:
There are currently no results for this order.
Signatures:

Dispatcher MedHost                            EDMS
Tate, Jessica, RN                    RN       jt
Hinchman, Brant, DO                  DO       bdh

```
Ramey, Nicole                                    nmr
Bouldin, Lauren, RN                        RN   lbl
Reynolds, Daniel R                         RN   dr

Corrections: (The following items were deleted from the chart)
09/21
04:48 09/21 04:16 COMPREHENSIVE METABOLIC PANEL+LAB ordered. EDMS             EDMS
09/21
04:48 09/21 04:16 COMPLETE BLD COUNT W/AUTO DIFF+LAB ordered. EDMS            EDMS
09/21
04:49 09/21 04:16 CPK, TOTAL+LAB ordered. EDMS                               EDMS
09/21
04:50 09/21 04:16 ALCOHOL, ETHYL+LAB ordered. EDMS                           EDMS
09/21
04:50 09/21 04:16 STAT OVERDOSE PANEL+LAB ordered. EDMS                      EDMS
09/21
04:52 09/21 04:52 09/21/2018 04:52 Discharged to Jail/Police. Impression:    bdh
Abrasion, right knee; Abrasion of unspecified front wall of thorax.
Condition is Stable. Discharge Instructions: Medication
Reconciliation. Follow up: Private Physician; When: Tomorrow; Reason:
Further diagnostic work-up, Recheck today's complaints, Continuance
of care. Follow up: Emergency Department; When: As needed; Reason:
Fever > 102 F, Trouble breathing, Worsening of condition. Problem is
new. Symptoms have improved. bdh
09/21
04:54 09/21 04:16 URINALYSIS W/REFLEX TO CULTURE+LAB ordered. EDMS           EDMS

*****************************************************************************
```



**CARILION CLINIC**

ROANOKE
ENDOCRINOLOGY CCR3
3 RIVERSIDE CIRCLE

Hill, Brian David
MRN: 7244793, DOB: 5/26/1990, Sex: M
Visit date: 12/22/2017

**Reviewed by List**

Balakrishnan, Shyam E, MD on 1/15/2018 18:06

**Results**

CBC WITH AUTO DIFF (CBCD) (Order 368602037)

CBC WITH AUTO DIFF (CBCD) [368602037] (Abnormal)                    Resulted: 07/31/18 1210, Result status: Final result

Ordering provider: Balakrishnan, Shyam E, MD 07/31/18 1110          Resulting lab: GENESYS MARTINSVILLE
**Specimen Information**

| Type | Source | Collected On |
|------|--------|--------------|
| Blood, Venous | — | 07/31/18 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC | 8.0 | 4.8 - 10.8 x10 | — | gen martinsvi |
| RBC | 5.53 | 4.50 - 5.30 x10 | H | gen martinsvi |
| Hemoglobin | 16.3 | 13.0 - 16.0 G/DL | H | gen martinsvi |
| Hematocrit | 49.1 | 37.0 - 49.0 % | H | gen martinsvi |
| MCV | 89 | 78 - 98 fL | — | gen martinsvi |
| MCH | 29.5 | 27.0 - 34.6 pg | — | gen martinsvi |
| MCHC | 33.2 | 33.0 - 37.0 g/dL | — | gen martinsvi |
| RDW | 12.3 | 11.5 - 14.5 % | — | gen martinsvi |
| Platelet Count | 235 | 130 - 400 x10 | — | gen martinsvi |
| MPV | 8.9 | 7.4 - 10.4 fL | — | gen martinsvi |
| Seg | 65.5 | 42.0 - 75.0 % | — | gen martinsvi |
| Lymph | 20.9 | 21.0 - 51.0 % | L | gen martinsvi |
| Monos | 11.4 | 2.0 - 13.0 % | — | gen martinsvi |
| Eos | 1.6 | 0.0 - 10.0 % | — | gen martinsvi |
| Baso | 0.6 | 0.0 - 2.0 % | — | gen martinsvi |
| Absolute Neut | 5.30 | 1.80 - 7.70 x10 | — | gen martinsvi |
| Absolute Lymph | 1.70 | 1.00 - 5.00 x10 | — | gen martinsvi |
| Absolute Mono | 0.90 | 0.00 - 0.80 x10 | H | gen martinsvi |
| Absolute Eos | 0.10 | 0.00 - 0.70 X 10 | — | gen martinsvi |
| Absolute Basophils | 0.00 | 0.00 - 0.20 X10 | — | gen martinsvi |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 212 - gen martinsvi | GENESYS MARTINSVILLE | Unknown | 1107 A Brookdale St Martinsville VA 24112 | 09/14/10 1517 - Present |

**Reviewed by List**

Balakrishnan, Shyam E, MD on 8/1/2018 10:31

**Results**

COMPREHENSIVE METABOLIC PANEL(COMP) (Order 368602038)

COMPREHENSIVE METABOLIC PANEL(COMP) [368602038] (Abnormal)          Resulted: 07/31/18 1210, Result status: Final result

Ordering provider: Balakrishnan, Shyam E, MD 07/31/18 1110          Resulting lab: GENESYS MARTINSVILLE
**Specimen Information**

EXHIBIT PAGES 29 OF 17



**CARILION CLINIC**

MARTINSVILLE FP IM
1107A BROOKDALE
STREET

Hill, Brian David
MRN: 7244793, DOB: 5/26/1990, Sex: M
Visit date: 7/31/2018

| Type | Source | Collected On | | |
|---|---|---|---|---|
| Blood, Venous | — | 07/31/18 1122 | | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 135 - 145 mmol/L | — | gen martinsvi |
| Potassium | 4.4 | 3.5 - 5.3 mmol/L | — | gen martinsvi |
| Chloride | 101 | 98 - 110 mmol/L | — | gen martinsvi |
| CO2 | 29 | 21 - 31 mmol/L | — | gen martinsvi |
| Urea Nitrogen | 10 | 7.0 - 22.0 mg/dL | — | gen martinsvi |
| Creatinine | 1.02 | 0.50 - 1.40 mg/dL | — | gen martinsvi |
| Glom Filt Rate, Estimated | 87 | >60 | — | gen martinsvi |
| Glucose, Bld | 237 | 70 - 99 mg/dL | H | gen martinsvi |
| Total Protein | 7.1 | 6.0 - 8.3 g/dL | — | gen martinsvi |
| Albumin | 4.0 | 3.2 - 5.5 g/dl | — | gen martinsvi |
| Calcium | 9.2 | 8.5 - 10.7 mg/dL | — | gen martinsvi |
| Total Bilirubin | 0.5 | 0.0 - 1.3 mg/dL | — | gen martinsvi |
| Alkaline Phosphatase, Serum | 77 | 42 - 121 IU/L | — | gen martinsvi |
| AST | 18 | 15 - 45 IU/L | — | gen martinsvi |
| ALT | 18 | 10 - 60 IU/L | — | gen martinsvi |
| Globulin | 3.1 | g/dl | — | gen martinsvi |
| A/G Ratio | 1.3 | — | — | gen martinsvi |
| Anion Gap | 11.4 | mmol/L | — | gen martinsvi |
| Osmolality | 280.56 | mmol/L | — | gen martinsvi |
| Bun/Creatinine | 9.80 | RATIO | — | gen martinsvi |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 212 - gen martinsvi | GENESYS MARTINSVILLE | Unknown | 1107 A Brookdale St Martinsville VA 24112 | 09/14/10 1517 - Present |

**Reviewed by List**

Balakrishnan, Shyam E, MD on 8/1/2018 10:31

**Results**

**HEMOGLOBIN A1C(HA1C) (Order 368602039)**

| HEMOGLOBIN A1C(HA1C) [368602039] (Abnormal) | Resulted: 07/31/18 1149, Result status: Final result |
|---|---|

Ordering provider: Balakrishnan, Shyam E, MD  07/31/18 1110     Resulting lab: GENESYS MARTINSVILLE

**Specimen Information**

| Type | Source | Collected On | | |
|---|---|---|---|---|
| Blood, Venous | — | 07/31/18 1122 | | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 9.1 | 3.8 - 5.9 % | H | gen martinsvi |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 212 - gen martinsvi | GENESYS MARTINSVILLE | Unknown | 1107 A Brookdale St Martinsville VA 24112 | 09/14/10 1517 - Present |

**Reviewed by List**

Balakrishnan, Shyam E, MD on 8/1/2018 10:31
Balakrishnan, Shyam E, MD on 7/31/2018 11:50

**EXHIBIT PAGES 30 OF 17**



MARTINSVILLE FP IM
1107A BROOKDALE
STREET

Hill, Brian David
MRN: 7244793, DOB: 5/26/1990, Sex: M
Visit date: 7/31/2018

## END OF REPORT