# EXHIBIT 6

**attached to:** "CRIMINAL DEFENDANT BRIAN DAVID HILL'S NOTICE OF FILING EVIDENCE NECESSARY BEFORE THE HEARING, AND REQUEST TO TAKE IT INTO CONSIDERATION AT THE HEARING" by Brian David Hill

Case no. 4:20-cr-00027 W.D.VA; civil no. 1:13-cr-435-1, M.D.N.C.

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



(Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

United States of America

               Plaintiff(s),

v.

Brian David Hill

               Defendant(s).

CASE NO. 4:20-cr-00027

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

    The following is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia:

Exhibit 6-Feb audio recording Haylea Workman and Brian Hill Feb 28, 454068(audio amplified).wav
Recording dated February 28, 2024.

    The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Virginia

    Dated this 21st day of Dec., 2024.

Brian D. Hill
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1