

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE    Retail

P    US POSTAGE PAID
$10.45
Origin: 24112
12/21/24
5156520362-18

PRIORITY MAIL®

2 Lb 1.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 12/23/24

C001

SHIP TO:
STE 540
210 FRANKLIN RD SW FL R
ROANOKE VA 24011-2208

USPS TRACKING #
9505 5104 2591 4358 4971 29

PS00001000014    EP14F July 2022
OD: 12 1/2 x 9 1/2

FROM:
U.S.W.G.O.
Brian D. Hill - Ally of Q
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
WWG1WGA Q Intel - MAGA
Drain the Swamp - INVESTIGATE!
JusticeForUSWGO.wordpress.com

JusticeForUSWGO.NL

RECEIVED
DEC 23 2024
USDC Clerk's Office
Mail Room

Fragile
CD discs

TO:
Clerk of the Court
U.S. District Court
210 Franklin Road S.W.
Suite 540
Roanoke, VA 24011

To schedule free Package Pickup,
scan the QR code.
USPS.COM/PICKUP