In the United States District Court
For the Western District of Virginia

| | |
|---|---|
| **Brian David Hill,** ) | |
| **Defendant** ) | |
| ) | Criminal Action no. 4:20-cr-00027 |
| v. ) | |
| ) | Other case no. 1:13-cr-435-1, |
| **United States of America,** ) | M.D.N.C. |
| **Plaintiff** ) | |
| ) | |
| ) | |

CRIMINAL DEFENDANT BRIAN DAVID HILL'S NOTICE OF FILED LAWSUIT IN RESPONSE TO DKT. #11 AND DKT #23 CONCERNING FRAUD UPON THE COURT, LIES, AND DUE PROCESS DEPRIVATION BY THE UNITED STATES OF AMERICA (PLAINTIFF)





**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
**310 Forest Street,**
**Apt. 2 Martinsville,**
**Virginia  24112**
**(276) 790-3505**
c/o: **Rbhill67@comcast.net**; Roberta Hill

Pro Se ~~Appellant~~                    – JusticeForUSWGO.wordpress.com

COVER PAGE

1

Criminal defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Probationer") files this notice of a filed lawsuit concerning the U.S. Probation Office's fraud upon the court filing initiated at Document #11 and the U.S. (United States of America) Attorney Office's fraud upon the court filing at Document #23. This lawsuit was necessary before the hearing to thwart the planned injustices by the filed falsehoods, and is concerning evidence proving fraud upon the court in the above-named case. The lawsuit is as follows:

1. The civil case has been docketed as of February 6, 2025 as civil case number: **4:25-cv-00004**. Entitled: Brian David Hill (Plaintiff) vs. Haylea Workman and Drew Inman (Defendants). Western District of Virginia. Lawsuit is pending and IFP Application is still pending as of the day of this pleading.

2. The Defendants are (1) Haylea Workman of the United States Probation Office for the Western District of Virginia, and (2) Drew Inman of the United States Attorney Office for the Western District of Virginia.

3. Both engaged in fraud upon the court in their filings in Documents #11 and #23. They have made such frauds because they want to target Brian's attorney/client privileged materials including evidence Brian will use against the government, they want to target Defendant's and his

2

family's/friends/associates first amendment right to freedom of speech and free press, they want to target his legal papers and digital evidence, and they caused the prejudice of the judge of this case to work against the Defendant (Dkt. #30) since Defendant has been wrongfully vilified by Haylea Workman, and Defendant fears the judge will refuse to accept any evidence except whatever the U.S. Attorney says and files. Defendant fears this hearing will be a one-sided hearing where only the government is listened to, so they will have that guaranteed win (when the hearing is one-sided) which violates fair and impartial proceedings required by due process of law, and evidence will be limited in what the Defendant is allowed to be brought up. The Defendant has evidence which disproves the Government's false claims in their filings. The Defendant does not wish to be the victim of a trial by ambush on February 18, 2025. So, Defendant filed this lawsuit to disprove the lies of the United States Probation Office and United States Attorney Office to make sure the slanderous/defamatory/libelous claims are challenged by the Defendant once and for all. Lies should not be tolerated in this court or in any court. Lies are a sign that a case or prosecution is a weak or unfounded on. See ~ John H. Wigmore, Evidence in Trials at Common Law § 278, at 133 (James H. Chadbourn ed., rev. ed. 1979) (*"It has*

*always been understood -the inference, indeed, is one of the simplest in human experience - that a party's falsehood or other fraud in the preparation and presentation of his cause, his fabrication or suppression of evidence by bribery or spoliation, and all similar conduct is receivable against him as an indication of his consciousness that his case is a weak or unfounded one; and from that consciousness may be inferred the fact itself of the cause's lack of truth and merit. The inference thus does not necessarily apply to any specific fact in the cause, but operates, indefinitely though strongly, against the whole mass of alleged facts constituting his cause.")*

4. The Defendants in the lawsuit Haylea Workman and Drew Inman alleged things which were not true and omitted things in their filings to fit their political narrative against Brian David Hill. For example: Drew Inman and Haylea Workman neglected to inform the federal judge in the modification petition (Dkt. #11) that the supervisor probation officer on April 25, 2024, said verbally in the recorded conversation that: "**You're welcome to record me**, you don't need to turn off the...flip off the app. **You're free to do that if you want to**." See **Hill v. Workman**, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2-6. See **Hill v. Workman**, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2, pg. 32-34. Also

4

typed affidavits were filed by both Defendant Brian Hill and Roberta Hill to the same effect. See **Hill v. Workman, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2-5**. Assistant U.S. Attorney Drew Inman neglected to bring up the facts that the supervisor probation office had saved (**He saved the recording file**) the recorded conversation on Brian Hill's cell phone device which stopped further recording after it was saved, and never asked for it to be deleted, and on April 25, 2024 **no** probation officer ever verbally accused Brian Hill of any law violation regarding the conversation record on that day but instead the supervisor said Brian is free to record the conversation. Again, the bald-headed supervisor (name not known) told Brian Hill that he was free to record on April 25, 2024. So, the claim of Brian violating the Virginia wiretapping statute for oral communication is a fraud as both Drew Inman and Haylea Workman neglected to bring up about the recorded verbal approval given by the bald-headed supervisor to record the conversation on that day. The bald-headed supervisor's picture is in filing: **Hill v. Workman, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2-7**. The U.S. Government has a false narrative being built and continues to build a further false narrative against Brian Hill because Brian D. Hill is formerly of USWGO Alternative News, worked with FederalJack.com, and even had articles

on Infowars.com before Brian was framed with child porn. Brian was sued by Righthaven LLC over his alternative news blog. See Righthaven LLC v. Hill, 1:11-cv-00211, (D. Colo.). Brian was involved with a number of alternative media outlets before he was set up. Brian cannot sit there and take their lies anymore. Brian is sick and tired of being lied about in the federal court and begging Roger Stone by phone calls and text messages for a full pardon from Donald Trump which may or may not ever happen. Brian continues to be a victim of lies and fraud. Brian begged the campaign office of Donald Trump for a full pardon and those requests went unanswered because of the lies and prejudice caused by the United States of America. Brian has had enough of being defamed and slandered. Brian has taken enough punishment for simply being a former alternative newsman.

5. Brian the Defendant is not filing this lawsuit over money but simply wants an injunction against those who have lied against Brian Hill for years and continues to lie in federal court against Brian David Hill including in this case which still has a pending decision over Dkt. #11 and Dkt. #23 as of right now. They lie and lie, tell one falsehood after another. The due process rights of Brian Hill have been taken away, the due process rights of Brian Hill have been deprived, and constitutional

rights of Brian Hill have been violated by the United States of America. The Defendant is sick of this. The Defendant has the evidence disproving the false statements by the U.S. Government in this case and will not sit there and let the lies triumph over truth. The truth and evidence is what the federal courts should be in favor of. Even if the truth is inconvenient to the U.S. Government and its prosecution against Brian D. Hill.

6. Brian wants no more lies and fraud to be used against Brian the Defendant. All lies need to cease and desist. Brian David Hill wants a cease and desist on all lies uttered by or written by Drew Inman, Anand Prakash Ramaswamy, Haylea Workman, Kristy Burton, and all other liars to stop lying about Brian David Hill in federal court. All lies need to stop.

7. The lawsuit is to stop the lies and injustices, to stop the due process deprivation, to legally put a stop to the unfairness Defendant had suffered of every past proceeding and will suffer more unfairness in future proceedings, and to stop the terror/fear Brian has felt for years. Brian has lived in terror and fear that his health problems worsen which can be proven to the judge upon request. Brian has lived in fear by these liars. Brian is afraid of the U.S. Government lying about him while the Federal Public Defender allows them to lie as much as they want. Brian's last

A1C is 9.7 which is extremely high type one diabetes blood glucose level. Brian's eye had bleeding due to his diabetes as found out by the eye doctor at Harmen Eye Center. Brian's health worsens when lies are told about him as Brian constantly worries about the U.S. Probation Office and federal government lying about him. This needs to stop as lying affects somebody's health in a negative manner.

The Defendant also wishes to file a photo with the Court showing the picture of the bald-headed supervisor and Haylea Workman with the U.S. Department of Homeland Security t-shirt. That way the Court can ask that supervisor about his approval of Defendant Brian D. Hill recording in his own home on April 25, 2024. It is appropriate since that same photo was filed in the lawsuit. Hill v. Workman, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2-7.



Another question should be asked. Why is a Federal Probation Officer wearing a U.S. Department of Homeland Security (DHS) t-shirt when she is supposed to be a federal probation officer??? Why is Haylea Workman wearing a DHS homeland security t-shirt???

Respectfully filed with the Court, this the 8th day of February, 2025.

Respectfully submitted,

*Brian D. Hill*
Signed
Brian D. Hill
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again

Family provided text of link: https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html -- JusticeForUSWGO.wordpress.com
Family provided text of link: USWGO.COM // JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Petitioner/Defendant hereby certifies that on February 8, 2025, service was made by mailing the original of the foregoing:

"CRIMINAL DEFENDANT BRIAN DAVID HILL'S NOTICE OF FILING EVIDENCE NECESSARY BEFORE THE HEARING, AND REQUEST TO TAKE IT INTO CONSIDERATION AT THE HEARING"

by deposit in the United States Post Office, in an envelope or box, Postage prepaid, on February 8, 2025 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| DREW O. INMAN<br>PA Bar No. 328494<br>Assistant United States Attorney<br>P.O. Box 1709<br>Roanoke, VA 24008-1709<br>540-857-2250 (Office)<br>540-857-2614 (Fax)<br>drew.inman@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill |

10

| February 8, 2025 | Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

Family provided text of link: Friend's justice site: JusticeForUSWGO.wordpress.com
Family provided text of link: JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html

  

My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.

**THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY**

THE CIA AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.

11



My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.