CLERK'S OFFICE U.S. DISTRICT. COURT
AT DANVILLE, VA
FILED

FEB 14 2025

LAURA A. AUSTIN, CLERK
BY: BMcAbee
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

Brian David Hill,　　　)
Defendant　　　　　　　)
　　　　　　　　　　　　)  Criminal Action no. 4:20-cr-00027
v.　　　　　　　　　　　)
　　　　　　　　　　　　)  Other case no. 1:13-cr-435-1,
United States of America,　)  M.D.N.C.
Plaintiff　　　　　　　　)
　　　　　　　　　　　　)
　　　　　　　　　　　　)

DEFENDANT BRIAN DAVID HILL'S
MOTION FOR A CONTINUANCE
TO LOOK FOR A PRIVATE ATTORNEY





Brian David Hill – Ally of Qanon
Founder of USWGO Alternative News
310 Forest Street,
Apt. 2 Martinsville,
Virginia  24112
(276) 790-3505
c/o: Rbhill67@comcast.net; Roberta Hill

Pro Se Appellant　　　　　　　– JusticeForUSWGO.wordpress.com

COVER PAGE

1

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Probationer") files this motion with this honorable court asking for a continuance of the hearing dated February 18, 2025 (Dkt. #27) concerning the petition for modification (Dkt. #11) and the U.S. Government's motion/position-paper (Dkt. #23). This Motion is being filed under Declaration pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury. The facts in support of this motion are as follows:

1. Brian David Hill, the Defendant in this case, has his family members Roberta Hill, Stella Forinash, and Kenneth Forinash. They are looking for a private lawyer to represent the Defendant not only in this pending proceeding regarding the modification petition (Dkt. #11) and motion/position-paper (Dkt. #23); but is also seeking a private attorney to file a Motion with this Court asking for early termination pursuant to 18 U.S.C. § 3583(e)(1) based on evidence that the Defendant is a low risk of recidivism and any other material evidence and relevant evidence. The private Attorney in the future will have the evidence and can present it, but the Defendant needs more time. The Defendant has medical appointments to deal with and the winter weather, so seeking private counsel is still ongoing. A few have shown interest but Brian's family is

making sure to find an affordable attorney who can also get the job done. Tuesday of next week is too soon.

2. Brian's family doesn't have enough time to find a private attorney by Tuesday, February 18, 2025, that is affordable and can get the job done in this case by the hearing date. It is going to take at least a month if not two to three weeks. Brian keeps begging his grandma to find an private attorney before the hearing but she has repeatedly told the Defendant that there isn't enough time to find and secure the services of a private attorney by next Tuesday.

3. It is evident and this Court is aware that there has been more wintery weather in Roanoke, in Martinsville, and other U.S. District Courthouses within the Western District of Virginia and making it more difficult find a private attorney by Tuesday of next week. For example, on February 11, 2025, federal courthouses were closed due to the winter storm and/or freezing rain, and opened up later the next day than the normal business hours. This motion is being filed on Friday, February 14, 2025. The private attorneys won't just take a case quickly to represent a criminal defendant, they usually do the research needed to see if they have a good faith basis to represent the Defendant in a case. For this reason as well,

the Defendant needs time for his family to seek an affordable private attorney.

4. The Defendant feels that his family and him need more time to seek the best affordable private attorney needed to demonstrate to this Court that the Defendant should not be given more stringent conditions of supervised release but instead the lawyer will give good reasons why the Defendant's supervised release should be terminated. The private lawyer can file a motion pursuant to 18 U.S.C. § 3583(e)(1). The lawyer can show evidence to mitigate the elements of the offense as to why the punishment should be decreased and not increased.

5. The Defendant has served a lot of years of supervised release without ever filing a formal motion asking for early termination. The Defendant should at least be given a chance to have a private attorney file a counter motion to the U.S. Government's motion (Dkt. #23) asking for early termination for whatever the good reasons are.

6. The court appointed lawyer Nia Vidal has already understood that the Defendant was allowed to record the conversation on April 25, 2024, when the supervisor probation officer told the Defendant that he can record if he wanted to. The court appointed attorney already got the U.S. Probation Office to admit that the Defendant was authorized to use the

devices. The court appointed attorney had done enough research thanks to the investigator at the Federal Public Defender Office, the situation is ripe where now a private attorney is needed to push for terminating the supervised release. The private lawyer can even present the evidence to demonstrate better supervised release conditions and/or even file the counter motion for early termination. The attorney Nia Vidal is limited in what she can do for the Defendant. Defendant needs the time to have his family seek the right private counsel to represent the Defendant then the Defendant will seek to have this private attorney push for termination of supervised release once and for all, or for better conditions rather than worse conditions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025.

*Brian D. Hill*
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

## CONCLUSION

1. The Defendant asks this Honorable Court to grant this motion asking for a continuance on the hearing (Dkt. #27) dated February 18, 2025, giving the Defendant and his family more time to seek private counsel to push for termination of supervised release and more favorable supervised release conditions by showing the mitigating evidence and making such demonstration in good faith. The Defendant needs 30 days or in the alternate, three weeks. The Defendant hopes for 30 days since it takes time for the private attorneys to do research before accepting a case.

2. Furthermore, The Defendant asks for a continuance on the hearing (Dkt. #27) dated February 18, 2025, to have enough time for Defendant and Defendant Brian's family to seek an affordable private attorney to represent the Defendant.

3. The Defendant would like to request any other and further relief as the court may deem to be just and proper.

Respectfully filed with the Court, this the 14th day of February, 2025.

Respectfully submitted,

*Brian D. Hill*
Signed
_____
Brian D. Hill
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

6



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again

Family provided text of link: https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html  -- JusticeForUSWGO.wordpress.com
**Family provided text of link**: USWGO.COM // JUSTICEFORUSWGO.NL

<u>Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!</u>

## CERTIFICATE OF SERVICE

Defendant hereby certifies that on February 14, 2025, service was made by filing the original of the foregoing:

"DEFENDANT BRIAN DAVID HILL'S MOTION FOR CHALLENGING JURISDICTIONAL DEFECTS/ISSUES OF THE PROCEEDINGS AND CASE BEFORE THE COURT, RE: DKT. #11, #23, AND #27" and attachments

by personal delivery by the Defendant with the foregoing pleading to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| DREW O. INMAN<br>PA Bar No. 328494<br>Assistant United States Attorney<br>P.O. Box 1709<br>Roanoke, VA 24008-1709<br>540-857-2250 (Office)<br>540-857-2614 (Fax)<br>drew.inman@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | |
|---|---|
| Date of signing:<br><br>February 14, 2025 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Family provided text of link: Friend's justice site: JusticeForUSWGO.wordpress.com
Family provided text of link: JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html





My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.



**THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY**

THE CIA AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.

U.S.W.G.O.

My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.