CLERK'S OFFICE U.S. DISTRICT COURT
AT DANVILLE, VA
FILED

In the United States District Court
For the Western District of Virginia

FEB 14 2025

LAURA A. AUSTIN, CLERK
BY: BMcAbee
DEPUTY CLERK

)
**Brian David Hill,** )
**Defendant** )
) Criminal Action no. 4:20-cr-00027
v. )
) Other case no. 1:13-cr-435-1,
**United States of America,** ) M.D.N.C.
**Plaintiff** )
)
)

---

### DEFENDANT'S REQUEST TO COURTROOM DEPUTY THAT HE BE ALLOWED TO PRESENT AUDIO CD DISCS EVIDENCE, EVIDENCE (PRO SE INFORMAL LETTER) AT HEARING

---



**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
310 Forest Street,
Apt. 2 Martinsville,
Virginia 24112
(276) 790-3505
c/o: Rbhill67@comcast.net; Roberta Hill

---

*Pro Se Appellant*           – JusticeForUSWGO.wordpress.com

COVER PAGE

1

Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Probationer") files this REQUEST with the Courtroom Deputy concerning the modification hearing (Dkt. #27) on February 18, 2025, or on any other future date concerning the modification hearing:

1. The Defendant requests that he be allowed to bring AUDIO CD discs (and copies for the U.S. Attorney) (that security allows it) to the courtroom for the hearing and present these as evidence of his compliance with supervised release. That he presents these as evidence of proving that he did not unlawfully intercept the oral communications on April 25, 2024. That he presents these as evidence of proving that he was authorized by USPO Jason McMurray to watch Disney+ streaming TV show Star Wars shows like Mandalorian and yes Disney+ with Star Wars category/theme can be on ROKU which was one of the devices found on April 25, 2024. Jason approved that which was why he discussed verbally over the phoner with the Defendant about watching Mandalorian. That it proves the Defendant was authorized to use the devices at issue on April 25, 2024. That the Defendant was allowed to play video games without the monitoring software as long as they were not connected to the internet. Jason McMurray was real clear on that for years of the supervision of Brian David Hill, the probationer/supervisee. Jason allowed the Defendant to play video games

2

like Legend of Zelda: Tears of the Kingdom, Xenoblade Chronicles. Jason McMurray knew because he also played video games according to his obituary. Jason knew those video games were not going to cause any criminal behavior. Video games are not even illegal. Defendant can make sure to bring a copy for the opposition counsel/prosecutor.

2. The Defendant requests that he be allowed to bring signed affidavits, misc. material evidence, copies of court transcripts regarding Jason McMurray statements, the letter from the lawyer that the U.S. Probation Office said when Brian asked his lawyer for access to his probation file to prove that U.S. Probation Officer Jason McMurray allowed Brian to use the internet capable devices at issue on April 25, 2024, the letter said Brian was allowed to use the devices. Defendant can make sure to bring a copy for the opposition counsel/prosecutor.

3. The Defendant requests that he be allowed to bring any other documentation/paper evidence in opposition to the U.S. Attorney arguments and claims as to the modification petition in Document #11 and the U.S. Attorney's claims in Document #23. Along with a copy for the opposition counsel.

4. Pretty much the Defendant requests with the courtroom deputy that he be allowed to bring to the courtroom the Audio CD discs along with papers

describing what is on those audio CD discs, and copies for the opposing counsel for the hearing. The evidence, the proof which is on those audio CD discs. The evidence and proof are important for justice and a fair impartial court hearing. The Defendant has a constitutional right to present evidence in his defense and any evidence which negate the offense accusations as long as it is admissible under the Federal Rules of Evidence. The Defendant should not be barred from presenting any evidence and proof. Especially prima facie evidence. The constitutional issue of a judge blocking the Defendant from presenting any evidence and proof deprives the Defendant of due process of law under the Fifth Amendment of the United States Constitution. Both sides can submit evidence.

5. Brian wishes to present the evidence of the audio recording of his supervised release visit dated February 28, 2024. As well as a copy for the prosecutor/opposing counsel.

6. Brian wishes to present the evidence of the audio recordings of his supervised release visit dated April 25, 2025. As well as a copy for the prosecutor/opposing counsel. The recordings are lawful as the bald-headed U.S. Probation Officer supervisor as seen in Case 4:20-cr-00027-TTC Document #32, Page 8 of 12, Pageid#: 471, he gave verbal permission to record the conversation. Only one-party consent is needed. Defendant and

Roberta Hill both filed affidavits about this permission which was given. See **Hill v. Workman, 4:25-cv-00004, (W.D. Va. Feb 06, 2025) ECF No. 2-5, pages 1 through 6 of 6, Pageid#: 91, 92, 93, 94, 95, 96**. The officer saved the recording to the Defendant's cell phone and then in the next recording the supervisor U.S. Probation Officer said Brian is free to record. He can verify this if subpoenaed by this Court or if he is present on the day of the hearing to testify. The supervisor Probation Officer can attest to allowing the recording of the conversation that day.

7. Brian wishes to present the evidence of the audio recording of his supervised release visit dated June 25, 2024. As well as a copy for the prosecutor/opposing counsel.

8. Brian wishes to present the evidence of the audio recording of his supervised release visit dated August 27, 2024. As well as a copy for the prosecutor/opposing counsel.

9. Brian wishes to present the evidence of the audio recording of his supervised release visit dated November 19, 2024. As well as a copy for the prosecutor/opposing counsel.

10. Brian wishes to present the evidence of the audio recordings of nineteen (19) different phone call conversation recordings between Brian D. Hill and U.S. Probation Officer Jason McMurray since he is now deceased and can

no longer be able to testify due to this circumstance. See Document #29,

**United States v. Hill, 4:20-cr-00027, (W.D. Va. Dec 23, 2024) ECF No. 29, pages 28-33: Pageid#: 288-293**.

11. Brian wishes to present the evidence of the email printout between Roberta Hill and U.S. Probation Officer Jason McMurray from the year of 2023 proving that he gave Brian David Hill permission to freely travel into the state of North Carolina on any day trip without asking for additional permission to see his hospitalized granddad James Mercer and that includes Kay Mann who was married to James Mercer. Kay Mann and James Mercer are both deceased now due to health complications and old age. See Document #29-4, Filed 12/23/24, Page 3 of 15, Pageid#: 330. Why would Jason McMurray give broad permission to travel out-of-state for Defendant to go on day trips at any time for even his hospitalized granddad without additional permission??? Because Defendant is not a high recidivist risk. Defendant is not a high recidivist risk (yeah I said it twice because you need to understand that). Defendant has never been charged with child pornography since 2013 of what happened in 2012. Defendant has never raped anybody, and Defendant has never molested anybody. The Defendant has never groomed anybody sexually. The Defendant has no victims. Defendant has never been charged with assault. The Defendant has never

been charged with and convicted of any violent crime. So, Jason McMurray the Senior U.S. Probation Officer trusted Defendant to freely travel to North Carolina at any time for any day trip to see his hospitalized granddad James Mercer in 2023. Defendant is not a high recidivist risk. The email proves that as to why it should be presented as evidence at the federal court hearing. This evidence should not be ignored, and cannot legally be ignored if it comports with the Federal Rules of Evidence. This is prima facie evidence.

12. Every piece of evidence Defendant is requesting that he present at the hearing, and that security allow him to bring the AUDIO CD discs and paper documentation evidence to the modification hearing, Defendant agrees to produce a copy of that for the prosecutor, for the opposing counsel in this case. Along with a description of what is on each audio CD disc.

13. As long as each piece of evidence complies with the Federal Rules of Evidence, Defendant has a CONSTITUTIONAL due process right to present this evidence in a hearing before this court, he has a constitutional right under due process of law by the Fifth Amendment of the United States Constitution.

14. Defendant agrees to provide a list to his court appointed attorney Nia Vidal or any private attorney (who agrees to represent Defendant) of things he wishes to present at the modification hearing in regard to any evidence

favorable to the Defendant and copies to be made to the opposing counsel. In fact, if this list is pretty much complete, then the Defendant can simply present this filing to his attorney and show his attorney all of the very evidence proof documents and Audio CD Discs he wishes to present at the modification hearing.

15. The Defendant requests that the courtroom provide a CD Player equipment to play every audio track of the Audio CD evidence discs for the hearing and at the hearing. This is evidence and evidence should not be ignored. I'm sure every federal courtroom has equipment to play videos and audio discs of evidence. I'm sure the courtroom deputy is aware of if the courtroom has a CD Player to play audio CDs as evidence.

The Defendant requests that he be allowed to take AUDIO CD Discs and paper evidence to the courtroom to present to the judge and prosecutor at the modification hearing. The Defendant has a constitutional right under due process of law to present his side of the story. **Constitutionally as an Article III court of the U.S. Constitution as well as the Bill of Rights, the hearing is not supposed to be a kangaroo court (a predetermined conclusion and evidence being ignored) and is not supposed to be one-sided where only one party's evidence is reviewed, accepted, and taken into consideration.** The Defendant has a right to present any **mitigating evidence** and the federal prosecutor must disclose any

evidence which mitigates the offense according to Virginia State Bar Rule 3.8. See Rule 3.8 - Additional Responsibilities Of A Prosecutor, Va. R. Sup. Ct. 3.8 ("**A lawyer engaged in a prosecutorial function shall:**…(d) **make timely disclosure to counsel for the defendant, or to the defendant if he has no counsel, of the existence of evidence which the prosecutor knows tends to negate the guilt of the accused, mitigate the degree of the offense**, or **reduce the punishment**, except when disclosure is precluded or modified by order of a court…"). The Defendant has a right to present <u>**mitigating evidence**</u> in his defense regardless of what type of hearing is held in this criminal case.

Respectfully filed with the Court, this the 14th day of February, 2025.

Respectfully submitted,

*Brian D. Hill*
Signed
_____
Brian D. Hill
Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again

Family provided text of link: https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html -- JusticeForUSWGO.wordpress.com

Family provided text of link: USWGO.COM // JUSTICEFORUSWGO.NL

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Defendant hereby certifies that on February 14, 2025, service was made by filing the original of the foregoing:

"DEFENDANT'S REQUEST TO COURTROOM DEPUTY THAT HE BE ALLOWED TO PRESENT AUDIO CD DISCS EVIDENCE, EVIDENCE (PRO SE INFORMAL LETTER) AT HEARING"

by personal delivery by the Defendant with the foregoing pleading to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| | |
|---|---|
| DREW O. INMAN<br>PA Bar No. 328494<br>Assistant United States Attorney<br>P.O. Box 1709<br>Roanoke, VA 24008-1709<br>540-857-2250 (Office)<br>540-857-2614 (Fax) | |

10

| drew.inman@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>February 14, 2025 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>_____<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Family provided text of link: Friend's justice site: JusticeForUSWGO.wordpress.com
Family provided text of link: JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html

  

My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.

### THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY

THE CIA AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.



My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.