# CERTIFICATION OF HAND DELIVERY BY BRIAN DAVID HILL

## RE: United States of America v. Brian David Hill;
## Criminal Action no. 4:20-cr-00027, Other case no. 1:13-cr-435-1, M.D.N.C.

| ATTN: Clerk of the U.S. District Court<br>CC: Asst. U.S. Attorney Drew Inman<br>(By CM/ECF NEF) | Filed with: Clerk, U.S. District Court<br>700 Main Street, Suite 202<br>Danville, VA 24541 |
|---|---|

**Clerk of the U.S. District Court,**   **CC: Asst. U.S. Attorney Drew Inman,**

*Note: Please attach this document to every pleading document filed today since no envelope was used. Since the deputy clerk files the envelope scan for every usual pleading, this is in lieu of an envelope since the following pleadings were hand delivered.*

I, Brian David Hill, hereby certify that the following pleadings were hand delivered to the office of the Clerk of the United States District Court for the Western District of Virginia, Danville Division, on February 14, 2025, at time: **2:45 PM**:

1. DEFENDANT BRIAN DAVID HILL'S MOTION FOR CHALLENGING JURISDICTIONAL DEFECTS/ISSUES OF THE PROCEEDINGS AND CASE BEFORE THE COURT, RE: DKT. #11, #23, AND #27
2. Letter to Hon. Thomas T. Cullen about modification petition hearing – February 14, 2025 – Re: Dkt. #11, 23, 27
3. DEFENDANT'S NOTICE OF APPEAL
4. DEFENDANT'S REQUEST TO COURTROOM DEPUTY THAT HE BE ALLOWED TO PRESENT AUDIO CD DISCS EVIDENCE, EVIDENCE (PRO SE INFORMAL LETTER) AT HEARING
5. DEFENDANT BRIAN DAVID HILL'S MOTION FOR A CONTINUANCE TO LOOK FOR A PRIVATE ATTORNEY

CLERK'S OFFICE U.S. DISTRICT COURT
AT DANVILLE, VA
FILED

FEB 14 2025

LAURA A. AUSTIN, CLERK
BY: BMcAbee
DEPUTY CLERK

/s/ Brian D. Hill
Signed
Brian D. Hill
Brian David Hill
Defendant
310 Forest Street, Apartment 2
Martinsville, VA 24112
(276) 790-3505
Former news reporter and founder of USWGO Alternative News

**U.S.W.G.O.**

JusticeForUSWGO.wordpress.com or JusticeForUSWGO.NL

Page 1 of 1 - CERTIFICATION OF HAND DELIVERY - dated Feb 14, 2025.