CLERK'S OFFICE U.S. DISTRICT. COURT
AT DANVILLE, VA
FILED

FEB 14 2025

LAURA A. AUSTIN, CLERK
BY: _Bry Abee_
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

|  |  |  |
|---|---|---|
| **Brian David Hill,** | ) | |
| **Defendant** | ) | |
|  | ) | **Criminal Action no. 4:20-cr-00027** |
| v. | ) | |
|  | ) | **Other case no. 1:13-cr-435-1,** |
| **United States of America,** | ) | **M.D.N.C.** |
| **Plaintiff** | ) | |
|  | ) | |
|  | ) | |

## DEFENDANT'S NOTICE OF APPEAL





**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
**310 Forest Street,**
**Apt. 2 Martinsville,**
**Virginia 24112**
**(276) 790-3505**
**c/o: Rbhill67@comcast.net; Roberta Hill**

*Pro Se Appellant*          – JusticeForUSWGO.wordpress.com

COVER PAGE

1

Notice is hereby given that Criminal Defendant Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Defendant", "Petitioner") in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the judgment/order (See Document #33) entered in this action on the 11th day of February, 2025.

---

* See Rule 3(c) for permissible ways of identifying appellants.

---

Respectfully filed with the Court, this the 14th day of February, 2025.

Respectfully submitted,

_Brian D. Hill_
Signed

**Brian D. Hill**

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

**U.S.W.G.O.**

Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again
Family provided text of link: https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html  -- JusticeForUSWGO.wordpress.com
**Family provided text of link**: USWGO.COM // JUSTICEFORUSWGO.NL

2

Petitioner also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Petitioner requests that copies be served with the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Defendant hereby certifies that on February 14, 2025, service was made by filing the original of the foregoing:

"DEFENDANT'S NOTICE OF APPEAL"

by personal delivery by the Defendant with the foregoing pleading to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| DREW O. INMAN PA Bar No. 328494 Assistant United States Attorney P.O. Box 1709 Roanoke, VA 24008-1709 540-857-2250 (Office) 540-857-2614 (Fax) drew.inman@usdoj.gov | |

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| | Respectfully submitted, |
|---|---|
| Date of signing:<br><br>**February 14, 2025** | *Brian D. Hill*<br>Signed<br>_____<br>**Brian D. Hill**<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |

Family provided text of link: Friend's justice site: JusticeForUSWGO.wordpress.com

Family provided text of link: JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html

  

My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.

## THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY

THE CIA AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.



My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.