AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Brian David Hill
ISSUED AS DETAINER- MARTINSVILLE CITY JAIL
*Defendant*

Case No. 4:20CR00027-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Brian David Hill ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Violating the terms of supervised release imposed by the Court on September 12, 2019.

Date: 03/20/2026

[signature]
*Issuing officer's signature*

City and state: Roanoke, Virginia

Honorable Thomas T. Cullen, U.S. District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*