# In The United States District Court
# For The Western District of Virginia

United States of America, Plaintiff

Criminal Case no. 4:20-CR-27

v.

Brian David Hill, Defendant

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
April 13, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

## Motion/Letter To Court

I am aware I am already charged with a supervised release violation. I like to request Attorney Nia Vidal, Assistant Federal Public Defender to represent me in the Supervised Release Violation proceedings as I may be facing an unfair rigged bench trial in the General District Court in the City of Martinsville due to ineffective counsel: Heath Sabin, 21 Ellsworth Street, Martinsville, VA 24112, 276-632-1980. On March 11, 2026 I had a mental breakdown just like Amanda Bynes in California, I asked for mental help when found naked just like Amanda Bynes. I told police I have Autism, Diabetes, OCD, and wanted help. The Police Knew I was having a mental breakdown. Body camera footage will prove it. I asked for mental help. They never medically cleared me because they never took me to the hospital. They took me before the Magistrate and had reservations about signing the charges. She said being naked is not illegal, said I have had to be obscene. Asked Officer O'Hara if I was obscene, asked under Oath/Penalty of perjury.

Officer O'Hara said under Oath he isn't aware whether I was obsene or not. Of course I wasn't since I was having a mental breakdown. She refused to sign the warrants because he admitted under Oath as to lack of obscenity as required by law. See Price v. Commonwealth, 214 Va. 490, 493, 201 S.E. 2d 798, 800 (1978). Then Officer O'Hara changed his statements under oath to Defendant made an obscene display to get the charges to stick. That contradicts his original statements under oath, which is perjury. The two charges coming from Officer O'Hara who admitted lack of obscenity then changed his statements to get my charges to stick on March 11, 2026. Then on the same day I was interviewed by Martinsville Police Officer Lieutenant D A GL #237. It got to a point where I complained about not getting mental help I asked for. I reported the drug house with chemical smells to them, my mom reported it to U.S. ICE, speak spanish, house next to my Mom's triplex. The Officer argued back with me. I told him his underling lied under Oath, he was mad. I yelled at him saying "YOUR CORRUPT". He stood up, raised his voice and said "INTERVIEW OVER, GET OUT OF HERE." He said "You think Your gonna raise your voice and say that, your gonna regret it." I told him "your corrupt, your corrupt, your corrupt..." and he closed the door. Officer Harmone witnessed this, she is a jail officer, Sheriff's Office, along with another officer saw D A GL being angry with me. On March 12, 2026, Defendant was released on bond.

Note: President Trump needs to Full Pardon me.
JusticeForUSWGO.wordpress.com

Defendant agreed to follow new rules by caretaker Roberta Hill and to Keep his promise made on March 11, to get help at Piedmont Community Services. On Friday, March 13 2026, Defendant voluntarily applied for mental help/health services at Piedmont Community Services as witnessed by Roberta Hill. First counseling appointment was set for March 26, 2026. Defendant called his U.S. Probation Officer Sidney Edwards to notify him of this appointment. Defendant told Roberta of his concern of retaliation by LT. D A GL #237 when he said Defendant will regret it. On March 19 2026, Martinsville Police came to Defendant's apartment to arrest him with claims that Defendant did obscene display on ~~March~~ January 15 and 22. Defendant cannot remember those dates. The officer said "you can not be naked.." while telling Roberta Hill a different story. Defendant wonders if there even is proof and suspects these are false charges. Since March 11, Defendant was appointed Attorney Heath Sabin on March 12, 2026. Since the date of this pleading Heath Sabin has not met with Defendant, not discussed what to file with the General District Court, not filed any request for a mental evaluation despite Defendant's autism spectrum disorder, OCD and anxiety.

JusticeForUSWGO.wordpress.com

Heath Sabin not discussed even filing a motion for discovery. He has a reputation in Martinsville City Jail as being an agent of the state or agent of the court, only wants guilty pleas. Defendant can be found innocent/not guilty under Virginia Code §19.2-271.6, Evidence of Defendant's mental condition admissible, as well as Va. Code §19.2-303.6. Defendant can be found innocent of all charges. Heath Sabin is doing nothing to have Defendant found innocent. Defendant will not face a fair trial under Heath Sabin. The Martinsville City Jail didn't give the Defendant his appointment with Piedmont Community Services on March 26. Defendant isn't getting the mental help he sought. Defendant believes false charges were filed against him by Martinsville and evidence exists to prove it which mitigates the elements of the Supervised Release Violation charge. The records of the Magistrate prove the contradictions under Oath. Defendant needs counsel to prove the false charges which impacts the elements of the violation charge, Defendant is innocent of the violation charge. Respectfully Filed on March 29 2026.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
55 W. Church St.
Martinsville, VA 24112

Brian David Hill #302614

GREENSBORO NC 270
PIEDMONT TRIAD AREA
3 APR 2026 PM 2 L

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of The Court
U.S. District Court
210 Franklin Rd. S.W., Suite 540
Roadoke, VA 24011-2208

RECEIVED
APR 13 2026
USDC Clerk's Office
Mail Room

04/10

24011

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.