In The United States District Court
For The Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
April 14, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ T. Costa
DEPUTY CLERK

United States of America, Plaintiff

v.

Brian David Hill, Defendant

Case no. 4:2020-CR-00027

# April 6th Status Letter

Defendant Brian David Hill would like to file a true and correct photocopy of a Motion/Pleading filed with the Martinsville General District Court on April 6, 2026 by envelope/mailing. The first two criminal charges filed against Defendant on March 11, 2026, are defective on it's face because Officer O'Hara originally filed three (3) arrest warrant charges under oath which were rejected by the Magistrate because no law was broken when Defendant was not obscene because of having a mental breakdown. Magistrate asked Officer O'Hara under oath if Defendant was obscene. O'Hara responded with "I don't know whether he was or wasn't", and the Magistrate refused to sign the warrants, said there is a lack of evidence of obscenity. O'Hara changed his story in two new arrest warrants to Defendant made an obscene display, all to get the charges to stick. That is perjury, turning a mental breakdown into a false

Mr. Sabin isn't obtaining the proof of perjury at the Magistrate's Office to support any motion to dismiss he should have filed on behalf of Defendant. The Magistrate has Knowledge of the contradictions. 2nd: Heath Sabin isn't filing any Notice or motion for a mental evaluation and a lack of intent defense under Virginia Code § 19.2-271.6, despite the fact that law has a deadline of filing 21 days before the trial in the General District Court. Defendant should have been given a court ordered mental evaluation due to evidence of having autism spectrum disorder, obsessive compulsive disorder, and generalized anxiety disorder. Defendant has been diagnosed with autism since age 4 by the TEACCH program of the University of North Carolina. This is extremely important for Defendant to not face a wrongful conviction over his charges. Defendant Fires Heath Sabin as counsel and requests new legal counsel to represent Defendant in all charges pending before this court. Respectfully Filed with this Court. This the 5th day of April, 2026.

Brian D. Hill
Signed

Brian David Hill
#302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com