Please File Detainer as separate attachment on CM/ECF to main document. Proves Officer DA GL #237 served the Detainer, same one who threatened Brian Hill on March 11, 2026. Same officer who said Brian will regret it. File this note. Thanks
File all in color.

Clerk please file in color please send me letter ~~Hill~~ verifying that ~~Brian~~ you filed this and last 4-page letter I filed, please file this sticky note

4:20-CR-27

Clerk, Please send me reply letter confirming receipt of this pleading and last mailed pleading

Please notify Attorney Nia Vidal of the Federal Public Defender since she is listed in Docket 4:20-CR-27. File Note, both sides on record. WWG1WGA
Trump pardon Brian
JusticeForUSWGO.wordpress.com
NCSWIC