In the Martinsville General District Court
Commonwealth of Virginia

City of Martinsville,
Commonwealth of Virginia, Plaintiffs
v.
Brian David Hill, Defendant

4 charges:
Cases no.
GC26-604
GC26-605

# Motion For New Counsel/Lawyer

Defendant Brian David Hill (Defendant) respectfully requests new counsel/lawyer over the basis that current court appointed counsel Heath Sabin, Esq. is ineffective counsel. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L. Ed. 2d 674 (1984). 1st: Heath Sabin has not met with Defendant since the first two criminal charges filed on March 11, 2026. It is now April 5, 2026, and Mr. Sabin has not discussed filing any motions including any motion for discovery or even a motion to dismiss. Defendant is aware that the first two charges on March 11, 2026 by Officer O'Hara of Martinsville Police Department are defective because O'Hara filed three charges originally, Magistrate asked O'Hara under oath if Defendant was obscene. O'Hara responded with "I don't know whether he was or wasn't". Magistrate refused to sign those warrants, said there is lack of EVIDENCE of Defendant being obscene. O'Hara changed his statements in two new charges saying Defendant made an "abscene display" which contradicts his previous statements under oath to the very same Magistrate. O'Hara perjured himself under oath to obtain the first two charges against Defendant on March 11, 2026. Mr. Sabin should have filed a Motion to dismiss~~ed~~ the charges on the perjury alone.

charge. A false charge. Arguably even if it wasn't a false charges, even though Officer O'Hara changed his story under oath to the same Magistrate which means O'Hara's statements lack credibility, Virginia Code § 19.2-271.6 creates a lack of intent defense to all charges due to Defendant's documented mental health condition of autism spectrum disorder, obsessive compulsive disorder, and generalized anxiety disorder. Defendant cannot legally be convicted of all charges if his state/Commonwealth court appointed lawyer Heath Sabin, Esq., 276-632-1980, does his job and is effective counsel. Defendant voluntarily signed up for Piedmont Community Services on March 13, 2026, and U.S. Probation Officer was notified of this. Defendant would like a condition added to his supervised release requiring treatment over his behavior on March 11, 2026, until the treatment provider determines it is no longer needed, hopefully Piedmont Community Services. Defendant requests change of conditions rather than revocation since two charges were caused by perjury and Defendant has lack of intent under Va Code 19.2-271.6.

Respectfully Filed with this Court. This the 6th day of April, 2026.

Brian D. Hill
Signed

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

JusticeForUSWGO.wordpress.com

# Certificate of Service

Defendant Brian Hill Files this pleading with the Clerk. Since Defendant is in Forma pauperis, Defendant requests the Clerk serve a copy of this pleading with the Plaintiffs counsel such as the Commonwealth's Attorney. This the 5th day of April, 2026.

Brian D. Hill
Signed

Brian David Hill
#302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com