...an David Hill #302614

GREENSBORO NC 270
9 APR 2026 PM 3 L




RECEIVED
APR 14 2026
USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court
210 Franklin Rd. S.W., Suite 510
Roanoke, VA 24011-2208

24011-220803

Legal Mail