In The United States District Court
For The Western District of Virginia

United States of America, Plaintiff

v.

Brian David Hill, Defendant

Case #
4:2020-CR-27

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
April 20, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

# Why Continue The Wrongful Conviction?

Why does the wrongful conviction and lies continue against Brian D. Hill, causing repeated anxiety and stress against an innocent man that he would have a mental breakdown on March 11, days after being threatened by his Probation over legally recording conversations he is a party to as Virginia is a one party consent recording law, consent state, being told legally recording under one party is somehow illegal? Why did the forensic report from the North Carolina State Bureau of Investigation -SBI say: "454 Files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013" yes 2013 when the computer was seized on August 28, 2012? How could Brian continue downloading files to a computer already seized for 11 months of that time? Why would Robert Bridge of Reidsville, NC Police Department work with NC SBI Agent Gerald Thomas in 2012, who violated agency practices, because he was already caught manufacturing evidence in a state murder case of Dr. Kirk Turner, an acquitted dentist? Was Brian Hill framed and set up with a crime he clearly did not do for over ten years ???

Note: Clerk, Please send reply letter back acknowledging receipt. Thank You.

Why would Roger Stone, who is friends with the United States President Donald John Trump vouch for Brian Hill to be fully pardoned? Why did Roger J. Stone say last year in a text message that "I have all your information to know that what they are doing to you is wrong and illegal"? -JusticeForUSWGO.wordpress.com, yes The Stone Zone. Even Tucker Carlson said in a Joe Rogan interview that the Government can plant child abuse images on your computer to discredit you. My family has some photos of the SBI forensic report on Jan. 22, 2015 with the download dates before the U.S. Attorney covered up that very forensic report. Why is there a forensic report proving Brian Hill's innocence? Did Brian even read that forensic report before falsely pleading guilty in 2014??? Should Brian Hill be pardoned or aquitted???

Respectfully Filed with the U.S. District Court. This the 15th day of April, 2026. God Bless You all. I forgive you all.

Brian D. Hill
Signed

Where We Go One We Go All.

Two Martinsville charges are False charges due to perjury. contradictory statements under oath on March 11, 2026.

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

Don't Forget Roger J. Stone the wingman of current U.S. President Donald J. Trump. Roger Stone knows the truth. Please Fully Pardon Brian David Hill. Please. Thank You.

Brian David Hill #302614
Martinsville City Jail
55 West Church St.
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
18 APR 2026 PM 4 L

UNITED STATES OF AMERICA
FOREVER USA

RECEIVED

APR 20 2026

USDC Clerk's Office
Mail Room

Clerk of The Court
4:2020-CR-00027
U.S. District Court
210 Franklin Road, S.W., Suite 510
Roanoke, VA 24011-2208

24011-220803

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.