The United States District Cot For The Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
April 23, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ T. Costa
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant

Case no. 4:2020-CR-00027

# Time To Investigate Phil Berger For Setting Me Up

This Court and U.S. Probation Officer Sidney Edwards need to understand that photos were taken of the North Carolina State Bureau of Investigation (SBI) investigation Forensic report which had proven Brian D. Hill was framed with child porn and gave a false confession. It said in part: "454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013." Asus Eee PC netbook had no files of interest noted. Computers seized on August 28, 2012, verified by warrant. For 11 months of the reported download dates, computer was in custody of Mayodan Police and NC SBI office in Greensboro, NC. At the time, Phil Berger Sr. was town Attorney of, yes, Mayodan, NC. Phil Berger Jr. at the time was District Attorney of Rockingham county, also [redacted] named in the SBI Forensic report. Mayodan is located in Rockingham county. Detective Robert Bridge who originally investigated Brian Hill, his sister Melanie Bridge, worked for Phil Berger Jr., as Assistant District Attorney of Rockingham county. Detectives worked on search warrant at Phil Berger's office, yes the District Attorney Office in Rockingham County.

In 2012, Brian Hill operated USWGO Alternative News at uswgo.com. See Wayback Machine for uswgo.com during August 2012 at web.archive.org. Search Archive.org for USWGO news 2012 articles to find news articles Brian Hill had published against Phil Berger Senior before Brian Hill was targeted in Mayodan. Evidence shows that Brian Hill was framed/set-up and gave a false confession. Defendant calls on Sam Page and every NC representative to conduct an investigation into whether Phil Berger Senior and/or Phil Berger Junior took any part in framing Brian D. Hill with yucky sick child porn files. Brian wants to know if Phil Berger Senior and/or Junior was ever involved with Jeffrey Epstein or P. Diddy or any of the Pedophile Rings or Drug Cartels. If they are, then they are the primary suspects in setting up Brian Hill. Why Did Robert Bridge move to Virginia after Brian Hill moved to Virginia? Is Robert Bridge a hacker of computers? Win32:MolVampire.A eset Virus Radar? Time for Phil Berger to be criminally investigated for answers on set up. Respectfully Filed with the Court. This the 19th day of April, 2026.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

God Wins. God Bless You. JusticeForUSWGO.wordpress.com
The Deep State Can Frame You - The Documentary, on Rumble
Q-17 WWG1WGA - NCSWIC USWGO Alternative News