Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
21 APR 2026 PM 4 L

UNITED STATES OF AMERICA
FOREVER / USA

RECEIVED
APR 23 2026
USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court Urgent
210 Franklin Rd S.W., Suite 540
Roanoke, VA 24011-2208

24011-220803

Legal Mail