In The United States District Court For The Western District Of Virginia

United States of America, Plaintiff
v.
Brian David Hill, Defendant

Case: 4:20-CR-27

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/29/2026
LAURA A. AUSTIN, CLERK
BY: s/ C. Amos
DEPUTY CLERK

# Status Letter April 28, 2026

Defendant Brian David Hill files this status letter dated April 23, 2026. Defendant met with Heath Sabin, Esq. on April 22, 2026 after pressure and pro se filings to get this lawyer to do his job. Heath Sabin said the judge is putting the Defendant on the mental heath docket, Defendant will agree to get mental health treatment and comply with Piedmont Community Services to keep his promise to his mother Roberta Hill. Defendant loves his mother and grandparents, and wants to keep his word to his mother and Medicaid paid for caregiver under home healthcare. You can contact Heath Sabin to verify this fact: 276-632-1980, hsabin.law@gmail.com; P.O. Box 1144, Martinsville, VA 24114. When ~~If the Defendant~~ The Defendant complies with mental health services and gets a favorable decision, Defendant requests that the modification of conditions be started by the U.S. Probation Office for mental heath services to require Defendant comply with them and comply with whatever General District Court orders, and asks for dismissal of revocation petition by the U.S. Probation Office and asks the U.S. Probation Office for mental health treatment in lieu of petition for revocation. Virginia Code §19.2-271.6 became law to prevent criminalization of autism and autistic behaviors like wandering and skin sensensitivity nakedness.

The Defendant already notified U.S. Probation Officer Sidney Edwards about seeking help at Piedmont Community Services on Friday, March 13, 2026. The Defendant had a mental breakdown and got separated for over a month at Martinsville City Jail, separated from his mother in Apartment 1 - Defendant in Apartment 2, his mother is his caregiver under home healthcare program by Medicaid. A mental breakdown requires mental help, not revocation. Autism is not a crime and should require mental health services when it is needed. In the Defendant's case, mental health is needed for the mental breakdown. Imprisoning Defendant over a mental episode is hurting his mental health and will not get him the help he needs. Separating the Defendant from his family for a long time will harm the Defendant's mental heath, make his anxiety and stress worse, and not get him the help he needs.

Defendant is trying to contact Roger Jason Stone while in Martinsville City Jail to push for a full pardon so the ~~Defend~~ Defendant's wrongful conviction can go away forever; as well as Carol Gabbard the family member of Tulsi Gabbard who is Director of National Intelligence (DNI) because Defendant is a target of the Black Hats of the Deep State Swamp JusticeForUSWGO.wordpress.com; The Frame Up Of Journalist Brian D. Hill book on Amazon; One Nation Under Blackmail vol. 1 and 2 by Whitney Webb; Leaked SBI report at archive.org; Wayback Machine uswgo.com on August 2012; USWGO 2012 articles on archive.org. Brian D. Hill is a political Hostage since 2014, a hostage.

Defendant is sorry for having a mental breakdown. That is why Defendant sought help on Friday, March 13, 2026. The U.S. Probation Office should be in touch with Heath Sabin, Esquire on the proceedings of Defendant's state case(s). Defendant also requested a pardon form from U.S. Senator Tim Kaine, so Defendant can file his pardon application with U.S. Pardon Attorney Ed Martin with the noted support of Roger Jason Stone of The Stone Zone who also Knows Alex Jones of Infowars.com (Defendant's uswgo.com articles are on the Infowars website; Attorney Nia Vidal in Roanoke is aware of this as well as Roger Stone supporting Defendant's claim of wrongful conviction) ~~awell~~ as well as Roger Knowing U.S. President Donald Trump.

Time For a full Pardon for Political hostage Brian D. Hill who ran USWGO Alternative News, has autism spectrum disorder, and has evidence he was set up as supported by the download dates July 2012 and July 28, 2013 in the State Bureau of Investigation (SBI) forensic report after computer was seized on August 28, 2012. 11 months of that time Defendant didn't even have his seized computer: JusticeForUSWGO.wordpress.com. After the SRV is resolved, Defendant is seeking a lawyer to petition the State of Virginia for removal from the sex offender registry since the Defendant is a virgin, has no victims, got set up and plead guilty to technical possession of child porn, never charged with a violent crime, and the U.S. Attorney did promise or say that the Defendant can petition for removal after ten years.

If the court grants Defendant's petition, then Defendant will then request an end to the special conditions restricting internet and restricting internet capable devices. Defendant on record has never reoffended because of being set up from 2012 to 2013, as stated in NC SBI report by Special Agent Rodney V. White and Special Agent L. D. Shanll, the date range. The Defendant had never been charged with the same type of charge of possession again since 2012. Fourteen years later the Defendant has stayed clean. The internet restrictions should end. In fact all ~~unnessary~~ unnecessary stress and anxiety caused by the U.S. Probation Office should end. U.S. Senior Probation Officer Jason McMurray would have supported this in 2024, if he had not died of cancer. Time for all stress and anxiety issues of Brian David Hill to be addressed since Defendant is working on getting the mental help he needs. Respectfully Filed with the Court, this the 23rd day of April, 2026.

Brian D. Hill
Signed

Clerk, Please send a letter confirming receipt of this pleading. Thank you.

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

One Nation Under Blackmail - Whitney Webb
The Frame Up of Journalist Brian D. Hill on Amazon
The Deep State Can Frame You - The documentary - Rumble.com
God Wins/Jesus Wins/WWG1WGA/NCSWIC - Qanon

Brian David Hill #302614
Martinsville City Jail
55 W. Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
25 APR 2026 PM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
APR 29 2026
USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court, Urgent
210 Franklin Rd S.W. Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail