In The United States District Court for The Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/29/2026
LAURA A. AUSTIN, CLERK
BY: s/ C. Amos
DEPUTY CLERK

United States of America, Plaintiff                Case:
v.
Brian David Hill, Defendant                4:20-CR-27

# Emergency Plea To President Trump for Full Pardon

CC: Nia Vidal, Attorney at Law
CC: U.S. DOJ Pardon Attorney Ed Martin

I, Brian D. Hill, Defendant of criminal case no. 4:2020-CR-00027, and Middle District of North Carolina criminal case no. 1:13-CR-435-1; ask the clerk to File this letter, then ask the U.S. Attorney to forward this to Pardon Attorney Ed Martin on Defendant's emergency plea to President Donald Trump for a Full Pardon, to end supervised release once and for all. Stanley Bolten at StanleyBolten@justiceForUSWGO.NL emailed important information to Ed Martin with support/endorsement of Roberta Hill, Defendant's mother; Kenneth Forinash-ret. USAF and Stella Forinash, Defendant's grandpa and grandma, and Roger Stone of The Stone Zone. The Defendant written/typed a sentencing letter in both Roger Jason Stone's criminal case and Elmer Stewart Rhodes Oath Keepers criminal case. Defendant agrees to file a DOJ pardon form and asserts wrongful conviction/actual innocence to justify why President Trump should fully pardon Defendant Brian David Hill, end supervised release once and for all. Ed Martin, the Defendant used to be involved with Infowars.com, FederalJack.com, USWGO Alternative News, and he interviewed Virgil H. Goode.

The public website JusticeForUSWGO.wordpress.com serves as an archive of evidence for investigators and White Hats to investigate and determine if Brian David Hill was wrongfully convicted. Roger Stone believes what they done to Defendant was wrong and illegal. According to 18 U.S.C. Sec. 3583(2) Defendant was convicted of a Class C or D felony, and supervised release by law after imprisonment should have been "not more than three years", yet Defendant is having to serve 18 years of supervised release and restrictions on internet including internet capable devices. That is despite the fact that Defendant has no victims in his Presentence Investigation (PSI) report. Corpus delecti, no crime can exist without an injured party. Defendant had never committed any violent crime. Defendant has autism spectrum disorder, obsessive compulsive disorder, generalized anxiety disorder, and type one brittle diabetes. Defendant has never raped, never molested, never murdured, never shoplifted, never charged with assault, never groomed anybody sexually, and is a virgin. Virginia legislator passed a law: Virginia Code §19.2-271.6, to decriminalize autism and decriminalize the behavors of autism. Yet instead of the U.S. Probation Office pushing for Defendant to get mental help; they push revocation and forcefully ~~separately~~ separating Defendant from his family, his caregiver paid for by Medicaid, his mother. The U.S. Probation Office has knowing spread lies and filed lies under penalty of perjury since 2015 against Brian D. Hill. See Dkt. 32, Brian David Hill v. Haylea Workman civil case. It is clear that the Federal Probation is out to get Brian Hill. They lied about different things under oath.

The North Carolina (NC) State Bureau of Investigation (SBI) Forenic case File said the Following on suspect/subject Brian David Hill in 2012-2013: In the analysis "454 Files have been downloaded with the eMule program between July 20 2012, and July 28, 2013." This is by SBI Special Agent Rodney V. White, ~~revied revied~~ reviewed by Special Agent L. D. Shank. Defendant's computer was seized on August 28, 2012. For 11 months of that time, Defendant's computer was in the custody of Mayodan Police Department and NC SBI. Talk about an admission of planting evidence on Defendant's computer after it was hacked into by Win32:MoliVampire.A - See ESET VirusRadar. Attorney Nia Vidal is aware of all this including Roger Stone being in contact with Defendant in Defendant's bid in pushing for a full pardon. Defendant falsely plead guilty in 2014 without ever reviewing over the NC SBI forensic report. Attorney Eric David Placke never shown the Defendant the forensic report in his Federal criminal case. The Defendant had a mental breakdown on March 11, 2026 due to stress and anxiety caused by the U.S. Probation Office, Sidney Edwards telling Defendant that recording his conversation he is a party to is somehow illegal under a one party consent law state such as Virginia. The witnesses in favor of a full pardon for Defendant Brian David Hill are as follows: Roger Jason Stone, Attorney Susan Basko, Roberta Hill, Stella Forinash, Kenneth Forinash, and hopefully Elmer Stewart Rhodes of Oath Keepers. Defendant asks for a full pardon as soon as possible to obtain his life back.

I Declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2026.

Brian D. Hill
signed

Thank you. Please forward to Pardon Attorney Ed Martin and to Attorney Vidal, Thank you U.S. Attorney. I will File my pardon application as soon ~~as soon~~ as possible with the U.S. Department of Justice (DOJ). Revocation over mental breakdown is wrong. Please stop the madness.

Respectfully Filed with the U.S. District Court, this the 21st day of April 2026. Mailed to the Clerk of the Court, deposited on April 21, 2026 in Martinsville City Jail Mail Room, and Defendant Brian David Hill is In Forma Pauperis, requests all parties be notified by CM/ECF. Thank You.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

The Deep State Can Frame You. - the documentary
One Nation Under Blackmail vol. 1 and vol. 2 - Whitney Webb
Leaked SBI report on Archive.org
uswgo.com August 2012 on Wayback Machine
Archive.org - search uswgo 2012 articles
Disclaimer: Family gave me this info, memorized.

Brian David Hill = Innocence - WWG1WGA - NCSWIC
Justice For Brian D. Hill of USWGO Alternative News
God Wins - Jesus wins - Angels win. I call on Angels to assist me, guide me. God Bless You all.

Mailed to the Clerk on April 22, 2026 since it took time for a backup photocopy to be made in case original is lost.

Clerk,

Please send a letter acknowledging filing and receipt since Defendant has no acess to a phone except PayTel. No need to send the entire docket but I appreciate it, It did help me. Thank You.

You can save resources by sending me the last page of docket to verify filing my pleading. Thank you.

Thank you all,
God Bless You.
Sidney Edwards didn't understand or believe my autism and OCD.

Brian D. Hill
signed

Brian David Hill
#302614
Martinsville, VA 24112
55 West Church Street
Martinsville City Jail

JusticeForUSWGO.wordpress.com

One Nation Under Blackmail - Whitney Webb - Vol. 1 and 2

I love my mom, my Family, my Friends. I miss them. Blue hearts to my friends. I love my friends, my bestie. I love my bestie, miss my bestie. I want my life back, Trump, please pardon me. I like to date women, and have ~~Frieds~~ ~~but~~ Friends but Probation wants me alone.

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

RECEIVED
APR 29 2026
USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court
210 Franklin Road, S.W, RM 540
Roanoke, VA 24011

Legal Mail

