CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
5/6/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:20-cr-00027 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRIAN DAVID HILL, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

This matter is before the court on Defendant Brian David Hill's "Emergency Plea to President Trump for Full Pardon." (ECF No. 57.) The court does not process or rule on requests for presidential pardons, and accordingly no action will be taken on his request.

Hill additionally asks that "the U.S. Attorney . . . forward this to Pardon Attorney Ed Martin . . . ." (*Id.*) The court has neither the power nor the prerogative to enforce that request, and thus no further action will be taken *by the court* on Hill's Emergency Plea. He is free, however, to petition the President directly and request that he exercise the pardon power in this case. *See* U.S. Const. art. II, sec. 2 ("The President . . . shall have Power to grant Reprieves and Pardons for Offences against the United States . . . .").

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 6th day of May, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE