In The United States District Court For The Western District of Virginia

United States of America, Plaintiff
V.
Brian David Hill, Defendant

Case: 4:2020-CR-00027

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
05/21/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

# Status Report May 4, 2026

Defendant Brian David Hill, files this status report dated May 4, 2026 with the U.S. District Court for an update regarding the court ordered mental evaluation regarding the four charges in General District Court. A 90-day evaluation was ordered for both sanity and competency. Defendant is now currently being evaluated at the Southern Virginia Mental Health Institute at 382 Taylor Drive, Danville, VA 24541. They actually want to help the Defendant get the help he needs compared to Martinsville City Jail. The Defendant fully agrees to get the help he needs at this facility in addition to the court ordered eval, because what happened on March 11 was a mental health crisis, and the U.S. Probation Office ignored Defendant's mental health crisis and treated it as a criminal matter, merely as treating it as simply a lawbreaking matter, ignoring Defendant's autism, OCD, and anxiety; the U.S. Probation clearly doesn't want the Defendant to get any help at all but simply lock away the Defendant, away in a Federal Prison somewhere, and try to find any excuse possible to imprison the Defendant over and over again, while the clients of Jeffrey Epstein can rape hundreds to thousands of underage girls, and the corrupt U.S. Department Of Justice protects the rapists with impunity, the DOJ gives actual child rapists a pass while treating the Defendant worse than a terrorist. This is wrong on so many levels.

The Defendant is able to do different fun activities at the mental hospital such as arts and crafts, exercise, chaplin services, music drumming, and getting the help he needs. The Defendant will prove he is pursuing not just getting the help he needs, but also doing rehabilitation. Rehabilitation is something the U.S. Probation Office should be doing, but instead they push for every little excuse they can to throw the Defendant in Federal Prison without a care in the world. They already took away Defendant's second Amendment right, his right to vote, and took away Defendant's First Amendment right to freedom of speech and freedom of the Press by not allowing the Defendant to ever use the internet again or they control and restrict Defendant's lawful internet activities if he is ever allowed online at all. Does that not violate Brian Hill's constitutional rights under the ~~1st Amentmend~~ 1st Amendment to free speech and free press? Did Congress ever intended to give the Probation Officers absolute power to take away freedom of speech and freedom of Press anytime they wanted from Probationers and Supervisees. The U.S. Probation Office has taken away Brian Hill's 1st Amendment right to freedom of speech and freedom of press since 2019. They treat his autism with disrespect, discrimination, and desdain. Congress cannot set up a Judicial Law Enforcement agency such as the United States Probation Office for the sole purpose of violating every right guarantied by the U.S. Constitution for every American citizen. The Federal Probation Office was meant to only deter criminal behavior, allow all lawful behavior, and rehabilitate those convicted of crimes. The U.S. Probation Office and their one size fits all policies against the Defendants' like Brian Hill not only isolate him from society, they treat Brian as a risk to society rather than rehabilitating him, but it also violates all of Defendant's Constitutional rights altogether.

Brian Hill isn't even guilty here when the North Carolina (NC) State Bureau of Investigation (SBI) case files on Brian David Hill said: in the analysis "454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013." Computer was seized on August 28, 2012, again on August 28 2012. For 11 months of the 1 year download date range in the SBI forensic report, it was in the custody of the Mayodan Police Department in NC and NC SBI office in Greensboro, NC under SBI Special Agent Rodney V. White. Read all articles in the website of JusticeForUSWGO.wordpress.com. Learn the real truth about Brian D. Hill.

One witness Defendant wishes to introduce to this court is Roger Jason Stone with phone number (202) 262-3034, who is aware of the fear, anxiety, stress the Defendant was experiencing before his mental breakdown on March 11, 2026. Another witness is Roberta Hill with phone number 276-790-3505. Defendant shall prove to this court that he is seeking the mental help he needs and doing rehabilitation at Southern Va. Mental Health Institute (SVMHI), proving revocation is unwarranted here, revocation is unjust. Respectfully Filed with the Court, this the 4th day of May, 2026.

Brian D. Hill
signed

Brian David Hill
Mental Health Patient
Southern Va. Mental Health Institute
382 Taylor Drive
Danville, VA 24541

One Nation Under Blackmail – Whitney Webb books vol. 1 and 2
The Deep State Can Frame You – the documentary
The Frame Up of Journalist Brian D. Hill book on Amazon.

Brian David Hill

GREENSBORO NC 270
PIEDMONT TRIAD AREA
19 MAY 2026 PM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
MAY 21 2026
USDC Clerk's Office
Mail Room

ATTN: Clerk of The Court
U.S. District Court
210 Franklin Road, SW, Suite 510
Roanoke, VA 24011

24011-220803

Legal Mail