Dear Judge CC: Martin, Ed DOJ CC: U.S. Attorney

May 9, 2026

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
05/21/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

I am Defendant Brian David Hill. I am sorry for having a mental breakdown on March 11, 2026. I want the Court to know how I feel as to what led up to that mental breakdown. Ever since I ran USWGO Alternative News from 2009-2012, NC Senator Phil Berger Senior and his big lawyer family retaliated against me for articles I written. Roberta Hill, Stella and Kenneth Forinash are witnesses to this. I feel like demons have taken over the U.S. Probation Office, the way they lie about me even when there is evidence to prove they lied about me in multiple Federal Courts, in multiple proceedings. They don't care, they don't want to help me when I need help dealing with these demons who constantly want me isolated from society when I got proof from the NC SBI that I was setup with child ~~porn~~ images, my family seen this proof, they are on my side. I never raped, I never murdered, I never molested, I never did arson, I never been charged with a violent crime. The Federal Probation wants me to kill myself, they are licking their lips every day thinking about it. They want me to have no friends, no girlfriend, always isolated from society, they want me alone. The internet should be a First Amendment right but the Probation took away my First Amendment right to Free Press and Freedom of Speech. I am in fear of the Feds, I fear for my life every single day. The only Probation Officer who was honest, respectful, decent, and not out to get me was Senior U.S. Probation Officer Jason McMurray. Unfortunately he died. He protected me from these lying demons, for years Jason protected me. After he died, I was no longer safe, I lived in fear every day, felt like I am not a patriot of America anymore, I don't celebrate the 4th of July for years because I feel America is a corrupt country and doesn't deserve it. Sidney Edwards threatened me on Mar 6, days before March 11. They broke me on March 11. I live in constant fear every fear every day that I continually beg Roger Stone to have President

Trump grant me a full pardon because the same DOJ who prosecutes me isn't going to pardon me. Roger Stone 202-262-3034. I feel like a hostage, like a Prisoner OF WAR. USPO Sidney Edwards does not want me to get any help. He told my mom he thought I do my hand washing routines, my OCD, on purpose, my hand and body washing routines, he thought I did it on purpose, but I didn't. He threatened me, told me it is illegal for one party to record the conversation when it is not in Virginia. Sidney scares me, he scares me. I don't get a good feeling from this guy, he is not the same as Jason. I believe Jason had seen the NC SBI Forensic report and that is why he told my family members behind my back: "I know he is innocent." Jason knew somehow that I was set up, and the NC SBI forensic report proves it. I plead guilty to technical possession because they claimed it was on my computer based on the advice of Eric Placke, Esq., but I didn't put it there. Jason was a fair probation officer, he wasn't out to get me. Kristy Burton, Sidney Edward, and Haylea Workman were out to get me. I understand how much stigma my Federal charge from 2013 can carry. I faced torture, mistreatment, being lied about, and almost killed. I took photos of the NC SBI report, I know I was set up in 2012-2013. I have proof somebody else put things on my computer but that stigmatization, it dehumanizes us and gives them the excuse to mistreat us, ignore evidence, lie about us, and bully us accused people. I pray your honor that you will see reason. Thank You,

One Nation Under Blackmail - Whitney Webb.

Brian D. Hill
signed
Brian David Hill

Filed: May 9, 2026

Southern Va. Mental Health Institute
382 Taylor Drive, Danville, VA 24541
JusticeForUSWGO.wordpress.com

The Frame Up of Journalist Brian D. Hill book
The Deep State Can Frame You - the documentary Rumble.com