In ~~Di~~ The U.S. District Court For The Western District of Virginia

United States of America, Plaintiff,
v.
Brian David Hill, Defendant

Case no. 4:20-CR-27

Evidence of Low Temperatures of January 15 and 22

Defendant Brian David Hill had a staff person at Southern Va. Mental Health Institute check temperatures of January 15 and 22, 2026, to see if Martinsville Police's accusations in 2 of their misdemeanors made any sense. I assume they are claiming night time, on two random dates, that Defendant was naked, and temperatures at those times are dangerous.

Jan 22: Morning 12:00AM-11:00AM: Temperatures will start in the mid-to-low 30's, decreasing slightly towards dawn. Evening 6PM-11PM: Temperatures will drop rapidly into the 20s°F and eventually to a low of 18°F. High 53° Low 25°

Jan 15: High 42° Low 22°. Source AccuWeather with the assistance of Google AI overview. Thank you SVMHI staff for the research.

These accusations make no sense since the temperatures are in the 20s° below freezing, and a naked body in below freezing temperatures is at high risk of hyperthermia which is extremely dangerous. Either those charges are bogus or Defendant put himself in serious danger risking death which that would be an behavior of insanity. Either bogus charges or insane acts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2026. Respectfully filed with the Court on May 9, 2026.

The Frame Up of Journalist Brian D. Hill - book
One Nation Under Blackmail - Whitney Webb

Brian D. Hill
signed
Brian David Hill (Patient)
Southern Va. Mental Health Institute
382 Taylor Drive, Danville, VA 24541

WWG1WGA
JusticeForUSWGO.wordpress.com

hourly temperatures for martins

Sign in

AI Mode All News Forums Images Shopping Short videos More Tools

AI Overview

Based on the AccuWeather monthly forecast for January 2026, January 22, 2026, in Martinsville, VA, was a cold day with a forecasted high of 38°F (3°C) and a low of 18°F (−8°C). AccuWeather

Here is an approximate hourly temperature breakdown for that day, based on that specific 2026 data:

- **12:00 AM - 3:00 AM:** Low 20s (≈ 20°F – 22°F)
- **6:00 AM:** Low 20s (≈ 19°F)
- **9:00 AM:** Mid 20s (≈ 24°F)
- **12:00 PM:** Mid 30s (≈ 34°F)
- **3:00 PM - 4:00 PM (High):** ≈ 38°F
- **6:00 PM:** Low 30s (≈ 32°F)
- **9:00 PM:** Mid 20s (≈ 25°F)

Conditions were generally described as a cold day with increasing

Ask anything

- **How this compares to the average** for late January in Virginia?

2026 - Martinsville, VA Monthly Weather | AccuWeather
10-Day • 44° 37° • 58° 28° • 37° 23° • 46° 20° • 52° 28° • 53° 23° • 40° 28° • 55° 21° • 47° 24° • 59° 37° • 71° 31° • 69° 26° • 5...





AI can make mistakes, so double-check responses

AccuWeather
https://www.accuweather.com › january-weather

Martinsville, VA Monthly Weather | ...

January Weather in Martinsville. Martinsville's January 2026 forecast shows **daily high temperatures ranging from** ° to °, with overnight lows between ° and °. Read more

## People also ask

What is the black population in Martinsville, Virginia?

What month will it snow in Virginia?

What is the average salary in Martinsville VA?

What is the average temperature in January in Virginia?

Weather Spark
https://weatherspark.com › ... › Virginia › Martinsville

Martinsville January Weather, Average Temperature ...

January Weather in Martinsville Virginia, United States. Daily high temperatures are **around 48°F**, rarely falling below 34°F or exceeding 64°F. The lowest ... Read more

The Weather Channel
https://weather.com › weather › Martinsville+Virginia+...

Monthly Weather Forecast for Martinsville, Virginia 24112

Clear to partly cloudy. **Low 47F**. Winds SSW at 5 to 10 mph. Record Low31°. Read more

Frosty nights ahead in the Midwest, Northeast. Here's when the coldest nights are expec... A Southwest heat

Martinsville, VA 73°F

Address, City or Zip Code

TODAY HOURLY 10-DAY RADAR MINUTECAST® MONTHLY AIR QUALITY HEALTH & ACTIVITIES

January 2026 10-DAY →

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 44° 37° | 58° 28° | 37° 23° | 46° 20° | 52° 28° | 53° 23° | 40° 28° |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 55° 21° | 47° 24° | 59° 37° | 71° 31° | 59° 26° | 55° 37° | 66° 53° |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 62° 29° | 51° 22° | 59° 20° | 49° 27° | 42° 22° | 41° 11° | 51° 33° |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 38° 18° | 45° 14° | 38° 15° | 47° 11° | 53° 25° | 55° 23° | 33° 14° |