ATTN: Clerk!!!

May 9, 2026

Note to court.

I, Brian Hill asked the staff to print pages ~~in~~ for the temperatures but they printed it in 4-1 page print mode, so some text is small in regard to evidence of low temperatures. Clerk, please file everything in color and make sure the small text is readible since the staff accidently used the wrong print setting. Please give the original paper with small text directly to the judge in case the CM/ECF has any issues, then the papers can be copied for the U.S. Attorney, see if all text is legible after scanning into CM/ECF system

Case: 4:2020-CR-27

Thank You,
Brian David Hill
Brian D. Hill
Signed

JusticeForUSWGO.wordpress.com