Brian David Hill

GREENSBORO NC 270
PIEDMONT TRIAD AREA
19 MAY 2026 PM 1 L

UNITED STATES OF AMERICA
FOREVER USA

RECEIVED
MAY 21 2026
USDC Clerk's Office
Mail Room

ATTN: Clerk of The Court
U.S. District Court
210 Franklin Road, S.W. Suite 510
Roanoke, VA 24011

24011-220803

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.