May 9, 2026 | Letter To Judge | Case # 4:2020-CR-27

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
05/21/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Dear Judge, CC: U.S. Attorney CC: Ed Martin, U.S. DOJ

I think it is time for the judges, the U.S. Attorney, and the U.S. Probation Office to request a copy of the North Carolina (NC) State Bureau of Investigation (SBI) Forensic case file on suspect/subject: Brian David Hill, dated 2012-2013, by Special Agent Rodney V. White at the Greensboro, NC, Office of the NC SBI. Federal law said for one count I can serve no more than three years of supervised release after imprisonment. That is the law. Yet I am serving more than 14 years with no victims here, 14 years or more of supervised release when I am a virgin, have no violence charges here. I never raped, I never molested, I never murdered, I never shoplifted. I have the proof I was set up with possession of CP on my computer. The proof is at the NC SBI office, in their case File on Brian Hill. It said: "454 Files had been downloaded with the eMule© program between July 20 2012, and July 28, 2013." Computer seized on August 28, 2012, and for 11 months of the download date range, I did not have my computer but the police/SBI did. Robert Bridge hacked into my computer in 2012. Phil Berger Senior needs to be investigated for me being Framed. I took photos of the proof, they are in many hands. WWG1WGA Please give me my life back. / Thank You,

My family and Friends runs justice for me website.

Brian D. Hill
signed

USWGO
Q
Qanon
WWG1WGA

Brian David Hill
Defendant/Patient
Southern Virginia Mental Health Institute (SVMHI)
382 Taylor Drive
Danville, VA 24541
JusticeForUSWGO.wordpress.com

The Frame Up of Journalist Brian D. Hill book on Amazon
The Deep State Can Frame You - the documentary - Rumble.com