In The United States District Court For The Western District of Virginia

United States of America, Plaintiff
v.
Brian David Hill, Defendant

Case:
4:20-CR-27

# Mental Health Services Status Report May 9, 2026

Defendant Brian David Hill files this declaration with an attached copy of the Patient Itinerary Week schedule dated 05/06/2026 - 05/08/2026, all ~~appointed~~ appointments were attended by Defendant in the filed schedule.

On March 11, 2026, after the mental breakdown, Defendant had promised his mother Roberta Hill to get help for his mental breakdown so it never happens again. Defendant shows proof to this Court that he attended all appointments in the attached schedule by Southern Virginia Mental Health Institute in Danville, VA. Defendant is getting the help he promised to get.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2026.

Brian D. Hill
Signed

Filed with the court on May 9, 2026.

Note: May 8 2:30PM cancelled, arrived on time.

Brian David Hill
Defendant/Patient

Southern Virginia Mental Health Institute (SVMHI)
382 Taylor Drive
Danville, VA 24541

JusticeForUSWGO.wordpress.com

One Nation Under Blackmail book by Whitney Webb
The Frame Up of Journalist Brian D. Hill on Amazon
The Deep State Can Frame You - the documentary on Rumble.com

## Patient Itinerary Week

Report Date & Time: 5/5/2026 4:58 PM

Pages: 57 of 76

Run By: [illegible]

**Unit: SVMHI H**

**Fin: 5682731739 HILL, BRIAN DAVID MRN: 568273**

**05/06/2026 11:00:00 AM - 05/08/2026 02:30:00 PM**

| Day | Date | Session Time | Location | Session Name | Facilator |
|---|---|---|---|---|---|
| Wednesday | 05/06/2026 | 11:00 AM - 11:45 AM | SVMHI D-7 | SVMHI Healthy Boundaries | SVMHI SW 8 |
| | | 01:30 PM - 02:15 PM | SVMHI Media D-62 | SVMHI Competency Restoration | SVMHI Psychology 1 |
| | | 02:30 PM - 03:15 PM | SVMHI D-7 | SVMHI A Better You | SVMHI CTRS 1 |
| Thursday | 05/07/2026 | 11:00 AM - 11:45 AM | SVMHI D-53 | SVMHI Music Relaxation | SVMHI MT 1 |
| | | 01:30 PM - 02:15 PM | SVMHI D-79 | SVMHI Spiritual Wellness | SVMHI Chaplain 1 |
| | | 02:30 PM - 03:15 PM | SVMHI Bedside | SVMHI OT Sessions | SVMHI OT 3 |
| Friday | 05/08/2026 | 11:00 AM - 11:45 AM | SVMHI D-7 | SVMHI Healthy Boundaries | SVMHI SW 8 |
| | | 01:30 PM - 02:00 PM | SVMHI H-DR | SVMHI Assorted Games | SVMHI PSR 2 |
| | | 02:30 PM - 03:00 PM | SVMHI H-DR | SVMHI Mindfulness | SVMHI PSR 2 |