Clerk,

Please file in color, the entire document

Thank You

— Brian D. Hill

JusticeForUSWGO.wordpress.com

May 9, 2026