In The United States District Court For The Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
05/21/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant

Case no.
4:2020-CR-27

Time To Question The Entire Supervised Release

Defendant Brian David Hill would like this Court to question the entire supervised release sentence as to whether it is necessary and whether it is even constitutional; whether perjury, cover ups and fraud upon the court justifies the U.S. Probation Office targeting Defendant, lying about the Defendant, unneccessary restrictions being placed on Defendant, hostility against the Defendant's and his Family's and Friend's First Amendment rights to freedom of speech and free press, and the U.S. Probation Office ignoring all evidence favorable to Defendant because it doesn't fit the narrative of the U.S. Department Of Justice (DOJ). The very same DOJ pushing to ~~imprisn~~ wrongfully imprison the Defendant; has put victims of serial child rapist Jeffrey Epstein in danger by not redacting the names of victims while redacting the bad guys in the Jeffrey Epstein Files released by the DOJ pursuant to an Act Of Congress. The same DOJ protects the clients of Jeffrey Epstein, as if serial child rapists get special treatment and are safe from prosecution; while the DOJ lies about the Defendant and the corrupt DOJ takes away Defendant's rights under the U.S. Constitution including freedom of speech and free press. Our Constitutional rights are not privileges, not even the Federal Courts have a right to take away an American citizen's constitutional rights. That is wrong, that is illegal, while politicians are being blackmailed, while judges are being blackmailed. See book: One Nation Under Blackmail by Whitney Webb, Vol. 1, Vol. 2. The Pedophile Rings have infiltrated the U.S. Government.

There are good guys/girls who see the bad guys/girls in Government committing crimes, endless crimes, endless corruption, endless abuse and torture, endless lying, endless stealing, endless framing innocent people, and endless wickedness, endless wickedness. See bible verses Psalm 64, Psalm 68, Psalm 69, and Psalm 26. The good people in our government are sick of the bad guys in our government.
Brian David Hill is innocent, a set up victim. Roger Jason Stone knows the truth, go ahead and call him. Roger Stone can be contacted at 202-262-3034, again 202-262-3034. Roger Stone knows "454 files had been downloaded with the eMule program between July 20, 2012 and July 28, 2013.", while computer was seized on August 28, 2012. So 11 months of that download date range period, computer was in the custody of the Mayodan Police Department and North Carolina (NC) State Bureau of Investigation (SBI). The very NC SBI forensic report by Greensboro, NC SBI Special Agent Rodney V. White, proves Defendant was framed with CP. Is further supervised release warranted here??? Respectfully Filed with the Court, this the 5th day of May, 2026.

May 5, 2026.

Brian D. Hill
signed

Brian David Hill
Patient
Southern Virginia Mental Health Institute.
382 Taylor Drive
Danville, VA 24541
JusticeForUSWGO.wordpress.com

Q

Q

Q

One Nation Under Blackmail, book by Whitney Webb
The Frame Up of Journalist Brian D. Hill book
The Deep State can Frame You – the documentary – Rumble.com

Where We Go One We Go All

Brian David Hill

GREENSBORO NC 270
PIEDMONT TRIAD AREA
19 MAY 2026 PM 1 L




RECEIVED
MAY 21 2026
USDC Clerk's Office
Mail Room

ATTN: Clerk of the Court
U.S. District Court
210 Franklin Road S.W, Suite 510
Roanoke, VA 24011

24011-220803

Legal Mail