13 MAY 2026 PM 5 L

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

OFFICIAL BUSINESS

GREENSBORO NC 270
9 MAY 2026 PM 1 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 24011
02 7H
0006155042
$ 000.74⁰
MAY 08 2026

RECEIVED
MAY 26 2026
USDC Clerk's Office
Mail Room

Legal Mail

Brian David Hill
#302614
~~Martinsville City Jail~~
55 W. Church St.
Martinsville, VA 24112

RETURN TO SENDER
No longer at this address

NIXIE 274 DE 1 0005/19/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 24011220840 *0180-04954-09-29

UTF

2411240820938