In The United States District Court for The Western District of Virginia

United States of America, Plaintiff,

v.

Brian David Hill, Defendant.

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
May 29, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

case no. 4:2020-CR-27

Defendant's Letter to Federal Probation

Defendant Brian Hill Files this letter with the court public record for the U.S. Probation Office and CC: Sidney Edwards. It is time for Sidney Edwards to request a copy of the North Carolina (NC) State Bureau of Investigation (SBI) Forensic case File report dated 2012, SBI Agent Rodney V. White, subject/suspect Brian David Hill, with download dates between "July 20, 2012, and July 28, 2013", on Page IV, and read it as well as the date of seizure of the Defendant's computer which is on August 28, 2012. Proof Brian was set up because for 11 months of that download date range, computer was in the custody of Mayodan Police and NC SBI. The photos of page IV of the report are in many hands, so Defendant's Family can provide a copy of the photos to the U.S. Probation Office in the event they cannot obtain the report of the NC SBI from the NC SBI. This proves the Defendant was Framed/set-up in 2012. Respectfully Filed with the Court on May 26, 2026. Brian D. Hill signed

Proof of set up on:
JusticeForUSWGO.wordpress.com

WWG1WGA

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

Amazon: The Frame Up of Journalist Brian D. Hill
Rumble: The Deep State Can Frame You - the documentary