4:2020-CR-27

Clerk,
Please mail me docket sheet after filing everything.
Also five white envelopes and one manilla envelope
with address of 382 Taylor Drive, Danville, VA from
SVMHI facility, they never mailed any of them. They were
mailed by Officer Lt. Duncan of Martinsville City
Jail, five per week, instead of Southern Virginia.
Southern Virginia violated my right to mail U.S. Court.
Please confirm all was filed. Thank You.

Brian D. Hill
Signed

May 26, 2026