Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
27 MAY 2026 PM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
MAY 29 2026
USDC Clerk's Office
Mail Room

ATTN: Clerk of The Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail