In The United States District Court for The Western District of VA

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
June 01, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

case no.
4:2020-CR-27

# Time To Resolve This Federal Nightmare

Defendant Brian David Hill, likes to get help with Piedmont Community Services and never want to repeat the mental breakdown of March 11. I need to resolve the issues and all issues now. I will speak my mind without fear. In 2012-2013, I was set up and gave a false confession in the town of Mayodan, North Carolina. Robert Bridge hacked my computer, which explains the download dates of July 20, 2012, and July 28, 2013, at the NC State Bureau of Investigation, in the forensic report, and computer seized on August 28, 2012. Win32/MoliVampire. A Eset virus radar.

1. Defendant had not repeated the same offense of 2012 because Defendant was set up in 2012. It is 2026, and the Defendant has no victims, Defendant had never raped, never murdered, never molested, never charged with ~~assaut~~ assault, never done drugs, and never drunk alcohol.

2. Defendant had been subjected to cruel and unusual punishments of wrongful internet restrictions, not allowed Nintendo Switch, not allowed things ~~repeatedly~~ allowed by USPO Jason McMurray, restrictions on Defendant's freedom of

Speech and Freedom of press. Freedom of Speech includes both the right to speak and the right to be heard. ~~Press~~ Free Press includes the right to present the news, and the right to read the news and watch the news. For somebody who has not repeated 2012 because of being set up in 2012, any restrictions on Defendant's 1st Amendment rights is cruel and unusual punishment in violation of the Eighth Amendment of the US Constitution. Internet restrictions violates Defendant's 1st Amendment rights, and especially when Defendant has never repeated 2012 because he was SET UP/FRAMED in 2012. The photos of Page IV of the NC SBI Forensic report proves that Defendant was set up in 2012-2013. Roberta Hill can provide the photos proof to the court. It is cruel and unusual punishment to not allow the Defendant to use the internet, as well as violate Defendant's First Amendment to not allow Defendant to use the internet. Isolating Defendant from society is anti-rehabilitative which is the opposite of the purpose of Federal Probation and Supervised Release. Defendant is not being allowed to do lawful activities out of fear of what the Feds think Defendant can do in the future, that is Pre-crime which is orwellian and authoritarian, like the movie Minority Report starring Tom Cruise. Defendant is a virgin with autism, yet is being treated as a subject of pre-crime restrictions and enforcement, that violates the U.S. Constitution as well as common sense. Also the U.S. Attorney to Eric Placke in email said that upon Defendant pleading guilty, he can apply/petition for removal from the sex registry after ten years. Why is the

Defendant still on restrictions when he is a virgin??? Defendant never was charged with the same charge from 2012, 14 years later and he has not been accused of possession to charge him because the Defendant was set up; why keep the special conditions going? He was set up in 2012-2013.

3. Defendant could push for deffered prosecution over March 11, get help at Piedmont Community Services, then after completing treatment will not be convicted of his two charges, and the Defendant pushes his false charges of Jan 15 and 22 to be dismissed since temperatures were in the 20s°F for the lows for both days according to AccuWeather DATA, a risk of hypothermia and frostbite. Defendant isn't going out naked in 20° temperatures, those two charges are false as they make no logical sense. Defendant agrees to get mental health services for March 11, and asks Federal Probation to contact Attorney Heath Sabin to arrange Defendant getting help, modify conditions instead of pushing for revocation, allow Defendant to have deferred prosecution, and get help instead of revocation with no conviction. Respectfully Filed with the court on May 26, 2026. Thank You.

Brian D. Hill
Signed

WWG1WGA
God Wins
NCSWIC
Med Beds please.

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

ian David Hill#302614
artinsville City Jail
5 West Church St.
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
28 MAY 2026 PM 1 L

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of The Court
U.S. District Court
210 Franklin Road, S.W., Suite 540
Roanoke, VA 24011-2208

RECEIVED
JUN 0 1 2026
USDC Clerk's Office
Mail Room

24011-220803

Legal Mail