In The United States District Court For The Western District of Virginia

United States of America, Plaintiff,
v.
Brian David Hill, Defendant.

Case no.
4:2020-CR-27

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JUN 08 2026
LAURA A. AUSTIN, CLERK
BY: E. Jones
DEPUTY CLERK

Important Information about March 11

Defendant Brian David Hill has important information about what led up to March 11 mental breakdown. Defendant had let his terrarium with tropical pitcher plants go with mold, mildew, and/or Fungus for months, witnessed by U.S. Probation Officer Sidney Edwards. For the past few years, Defendant and his mother living in a Triplex, had neighbors who played loud spanish music, spoke spanish or in a foreign language, and had weird smells strongly coming from their house into me and my mom's Apartments. It was a fruity chemical smells which we were breathing in a lot of times over the past few years. I believe there is a chance USPO Sidney Edwards smelled those chemical smells when he did the home visits at my Apartment. I was breathing in those chemical fumes coming from the neighbors not far from our Triplex, the neighbors house was close to the Triplex. We had to buy air purifiers to use but it may not have covered our entire apartments. My mom anonymously reported this to ICE, she may have proof of what she filed with ICE. Me and my mom suspect that they were making drugs, that our neighbor's who speak spanish, vehicles coming and going, weird chemical smells, gave weird looks at us, loud music, mostly men.

I suspect they ran a drug lab in that house. My mom can testify about this to this court. It was reported to ICE ~~aft~~ after Trump became President. What can chemical drugs in the air do to the Defendant with Autism and OCD? Maybe What happened on March 11? What does second-hand smoke ~~due~~ do to somebody when it is chemical drugs in the air? Is that not involuntary intoxication? Isn't that a defense to crazy behaviors like indecent exposure? What does chemical drugs in the air do to the mental state of somebody accused of nighttime nudity at around a shed? Should Defendant be sent to Federal Prison over a behavior caused by second-hand breathing in of possibly K2 or meth or any chemical drug produced by spanish speaking neighbors? Doesn't that make the Defendant a victim of crime on March 11? Involuntary intoxication. Sidney Edwards and Roberta Hill are witnesses. Time for this court to consider dismissal of the violations and law enforcement to investigate the drug cartels in Martinsville.

Respectfully Filed with the Court, this the 31st day of May, 2026.

Brian D. Hill
Signed

Brian David Hill
#302614
Martinsville City Jail
55 West Church Street
Martinsville VA 24112
JusticeForUSWGO.wordpress.com

Note to Clerk: Please mail docket sheet to Defendant after Filing this. Please File in color. Thanks.

Brian David Hill=Innocence
WWG1WGA

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
4 JUN 2026 PM 4 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
JUN 08 2026
USDC Clerk's Office
Mail Room

Clerk of The Court
U.S. District Court
210 Franklin Road, S.W., Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.