In The United States District Court For The Western District of VA

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
JUN 08 2026
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

case no.
4:20-CR-27

Deferred Prosecution or Finding of Not Guilty

Defendant Brian David Hill would like to notify this Court that in the event the Defendant is found not guilty, any charges dismissed, or is granted deferred disposition then Defendant is entitled to expungement of both the police report and criminal case pursuant: Virginia Code §19.2-392.2. On both March 12 and March 13, Defendant had notified U.S. Probation Officer Sidney Edwards about taking the initiative of getting help at Piedmont Community Services over the mental crisis breakdown on March 11, 2026. Defendant was originally out on bond on March 12, but was arrested on March 19, 2026 for charges regarding Jan 15 and 22, 2026. Defendant filed mitigating evidence (See DKt. #61) with temperature DATA proving that the low temperatures on both Jan 15 and 22 were in the lower 20's°F below freezing (32°F) which risks hypothermia and frostbite. Bringing facts of serious doubt to whether the charges of Jan 15 and 22 on March 19 are legitimate or illegitimate. Temperatures are scientific evidence

In the event the Defendant's charges are dismissed, and if Defendant gets any deferred disposition or finding of not guilty, Defendant is entitled to expungement, and would like dismissal of any petition(s) for revocation of supervised release based on the four misdemeanor charges against Defendant. Martinsville Police treated the Defendant's mental health crisis on March 11 as a criminal matter. They ignored VA Code §19.2-271.6. On May 5, the Defendant learned Officer O'Hara had made a false statement about being unsuccessful in tazing Mr. Hill, also there is lack of evidence of obscenity. See Price v. Commonwealth, 214 Va. 490, 493 201 S.E.2d 798, 800 (1974). The Defendant had filed "Important Information about March 11" on June 1, 2026, and "Letter To Judge - June 3, 2026". The Defendant would like the U.S. Probation Office to require the Defendant to get help at Piedmont Community Services instead of pushing for revocation (DKt. 62), especially if Defendant is not convicted of his misdemeanor charges.

Respectfully Filed on June 4, 2026 with the Court.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

WWG1WGA
Qanon

Please drop Federal Detainer. Please let me get help.
Thank You.

June 4, 2026

Clerk,

Please confirm filing of pleading. Thanks

Please acknowledge receipt.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
6 JUN 2026 PM 6 L

Freedom 250

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
JUN 08 2026
USDC Clerk's Office
Mail Room

Clerk of The Court
U.S. District Court
210 Franklin Road, S.W., Suite 540
Roanoke, VA 24011-2208

2401?-220840

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.