In The United States District Court For The Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
JUN 11 2026
LAURA A. AUSTIN, CLERK
BY: m. poff
DEPUTY CLERK

United States of America, Plaintiff
V.
Brian David Hill, Defendant.

case no.
4:20-CR-27

Letter To Judge - June 5, 2026

Defendant Brian D. Hill Knows Roger Jason Stone, 202-262-3034, and hopes Roger Stone can persuade President Donald Trump to personally visit the website JusticeForUSWGO.wordpress.com which is Justice For Brian D. Hill of USWGO Alternative News. The State Bureau of Investigation (SBI) Forensic report in North Carolina (NC) proves the frame up of Mr. Hill in Page IV, 11 months of the download date range in the report the Defendant didn't even have his computer on record. Photos were taken of Page IV. Defendant needs to be acquitted, and get his life back. President Trump can still do the right thing and fully pardon Brian Hill the original political hostage before the January 6 hostages (J6) was known to the media. Brian Hill prays to God every day that President Trump will fully pardon him for being set up/framed. God Bless

Respectfully filed with the court on June 5, 2026.

Brian D. Hill
Signed

JusticeForUSWGO.wordpress.com
WWG1WGA
Please acknowledge receipt.

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

The Frame Up of Journalist Brian D. Hill - book Amazon
The Deep State Can Frame You - the documentary Rumble.com