Brian David Hill #302624
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
JUN 2026 PM 5 L

Freedom 250




RECEIVED
JUN 11 2026
USDC Clerk's Office
Mail Room

Clerk of The Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA ~~24112~~ 24011-2208

24011-220840

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.