In The United States District Court For The Western District of VA

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

Case no.
4:20-CR-27

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JUN 12 2026
LAURA A. AUSTIN, CLERK
BY: E Jones
DEPUTY CLERK

Letter To Judge - June 3, 2026
CC: U.S. Attorney

This is Defendant Brian David Hill writing to clarify my earlier pleading "Important Information about March 11". When I was arrested on March 11 by Officer O'Hara of Martinsville Police Department, he tazed me in the leg and back. The body-camera footage in their electronic records will prove I was tazed and prove I was having a mental episode/breakdown on March 11. I was never taken to the Emergency Room, never medically cleared on March 11 despite me being tazered. Why did O'Hara not want me lab tested, drug tested, or even medically cleared? Was he protecting the drug cartels? In September 21, 2018 when I was in the Emergency Room, they collected samples, ordered lab tests then deleted them from the chart of my medical records. Martinsville Police seems to be at the center of drug cover ups going on with what has happened on September 21, 2018, and March 11, 2026. Covering up lab test and this year not taking me by the Emergency Room because I would have been lab tested. It's like they feared the drug cartels may have drugged me on March 11.

In the Arrest Warrant affidavit on March 11, O'Hara said under oath that he had attempted to taze Mr. Hill but was unsuccessful. That is not true. Roberta Hill took a photo of my back tazer wound on the day I was released on bond; also on Friday, March 13, 2026 I went to Bon Secour Urgent Care located at the Commonwealth Blvd. West and they examined my back tazer wound then they prescribed anti-infection medication. This proven that O'Hara lied under oath but why would he make a false statement about being unsuccessful in tazing me? Even I walked funny on March 12 when released on bond, complained of leg cramps, my family was concerned of tazer damage that day including Roberta Hill. I believe O'Hara lied to try to justify not taking me to the Emergency Room. I believe it may be to protect the drug cartels. I'm risking my life filing this, but the Feds need to know.

For the past few years, me and my mom living in our Triplex were exposed to chemical fruity odors, strong odors, coming from the house next door to our Triplex. Roberta Hill is my mom. Roberta did note that they stopped it this year, or I believe they appeared to stop it. I researched at this jail's law library and found out I was likely exposed to meth fumes from a meth drug lab, that can cause brain damage and is worse than carbon monoxide. My mom reported this matter to ICE on their online report form anonymously last year, and knows the physical address of where we both believe the weird chemical odors came from. We are both willing to cooperate in any investigation by the Drug Enforcement Agency - DEA triggered by this letter.

 June 3

Both me and my mom are victims, I mean were victims to meth fumes run by a meth lab which is or was run by people who speak spanish, smoked drugs, mostly men, and vehicles were coming and going so it was not a normal residential activity. The men over there gave us weird looks, played loud music, appeared to party at night. My mom had to keep calling the police on them, yet they continued on their behaviors. At one point I smelled smoke in my apartment, my mom told me the neighbor's roof was smoking, it was on fire from what I noticed. Fire Department and Police Department were involved. There is a chance their drug activities led to the fire, as running a drug lab is a safety risk, and the fumes we were exposed to involuntarily from their drug is a serious crime I and my mom were both victims of. I am asserting my charge of indecent exposure on March 11, was caused by mental breakdown, autism is involved, and by me being under the influence and exposure to meth fumes caused by neighbors next door house. Evidence can be collected by testing for residue in my apartment. I think the Federal Detainer should be dropped, and the DEA should investigate.

Respectfully Filed with the Court, this the 3rd day of June, 2026.

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com
WWG1WGA - Qanon

Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

 June 3