June 3, 2026

Clerk,

Please mail acknowledgement of receipt and document number this document was filed so I know when it was filed, what doc. number, and the title of my pleading: "Letter To Judge – June 3, 2026, cc: U.S. Attorney" on the docket sheet case no. 4:20-CR-27. Please notify U.S. Attorney. I am willing to cooperate in any investigation triggered by what I said in the letter to judge. In 2023, my mom received a threatening email, reported to State Police, and then me and my mom were exposed to meth fumes; Jason McMurray died in 2024. That meth lab at the house next door harmed my mom and me with fumes. I'm pressing charges.

Brian D. Hill
signed

P.S. Weird chemical smells, even outside I smelled it, It's obvious that it is meth, could be K2, I believe it's a chemical drug of some kind.

Brian David Hill

WWG1WGA