rian David Hill #302614
Martinsville, VA City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
JUN 2026 PM 4 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

ECEIVED
JUN 1 2 2026
USDC Clerk's Office
Mail Room

ATTN: Clerk of The Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208

24011-220420

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.