June 7, 2026

Clerk, CC: U.S. Attorney CC: Judge

Please File the foregoing pleading and docket entry text should include the entire title of pleading because it is extremely important to type up the five lines of text of my filed title of pleading, so it gets the attention of the U.S. Attorney and judges to do the right thing, the just thing. This Court can subpoena the forensic report. If I am right about the download date claims in the SBI report, I should be acquitted at once by the U.S. Attorney or at least they could terminate my supervised release for proving I was set up. That would be justice in my case.

So filing the entire text of title of pleading in the docket entry for my filed document in the envelope is necessary for getting the judge to do the right thing. My mom has photos I taken of the SBI report Page IV, Roberta Hill 276-790-3505. Roger Stone 202-262-3034 also knows how stressful this case had been, that what was done to me is wrong and illegal. This court has the information of who to subpoena. So please file this letter too and type out docket text to include the entire title. Thank You.

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
06/15/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Brian D. Hill
Signed
Brian David Hill

W.D.VA
U.S. District Court

# Request For Docket Sheet

Clerk,

Please send me docket sheet of case no. 4:20-CR-27 so I Know if my Filings for the past two weeks were filed with the Court. Thanks

June 10, 2026

Brian D. Hill
signed

Brian David Hill
#302614
~~Martinsville, VA 24112~~
-- Defendant --

NCSWIC
Q-anon 17
WWG1WGA

Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

JusticeForUSWGO.wordpress.com
The Frame Up of Journalist Brian D. Hill - Amazon
The Deep State Can Frame You - the documentary - Rumble
Leaked SBI report photos at Archive.org
Wayback Machine August 2012 uswgo.com
Formerly USWGO Alternative News, FederalJack

NC SBI report: "454 Files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013." Computer seized on August 28, 2012. Brian D. Hill set up. SBI Agent Rodney V. White.
Roger Jason Stone 202-262-3034 - Donald Trump's wingman