...n David Hill #302614
...artinsville City Jail
55 West Church Street
Martinsville, VA 24112

GREENSBORO NC 270
PIEDMONT TRIAD AREA
12 JUN 2026 PM 6 L

Freedom 250
UNITED STATES OF AMERICA FOREVER/USA

Clerk of The Court
U.S. District Court
210 Franklin Road S.W., Suite
Roanoke, VA 24011-2208

Legal

RECEIVED
JUN 15 2026
USDC Clerk's Office
Mail Room

24011-220840