In The United States District Court For The Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
JUN 15 2026
LAURA A. AUSTIN, CLERK
BY: BMcAbee
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

Case no.
4:20-CR-27

North Carolina State Bureau of Investigation said in their report, Forensic report: "454 files had been downloaded with the emule program between July 20, 2012 and July 28, 2013". Report was by NC SBI Special Agent Rodney V. White. On August 28, 2012, computer was seized. Proof that Brian Hill was set up. - Title of pleading

Defendant Brian David Hill Files this foregoing entitled pleading with the court in hope that there will be a subpoeaning of the SBI report, Page IV, with the download dates proving that the Defendant was set up. The Defendant was set up, the SBI forensic report proves Brian Hill was set up. Defendant has suffered enough for being ~~setup~~ set up. Defendant has never been charged with possession of CP again since he was set up in 2012-2013. Defendant only wants his life back. Thank you. God Bless You.

Respectfully Filed on June 7, 2026.

Brian D. Hill
Signed

WWG1WGA

Brian David Hill #302614
Martinsville, City Jail
55 West Church Street
Martinsville, VA 24112
JusticeForUSWGO.wordpress.com

The Frame Up of Journalist Brian D. Hill - Amazon books