Brian David Hill #302614
Martinsville City Jail
55 West Church Street
Martinsville, VA 24112

RECEIVED

JUN 15 2026

USDC Clerk's Office
Mail Room

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of The Court
U.S. District Court
210 Franklin Road, S.W, Suite 540
Roanoke, VA 24011-2208

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.