In The United States District Court For The Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
June 22, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

Case no. 4:20-CR-27

Defendant Brian Hill asserts DOJ policy prohibiting Targeting Press /Media when Brian was framed in 2012-2013 under Obama Admin

Defendant Brian David Hill asserts to this Federal Court that the U.S. Department of Justice (DOJ) has a policy and has had a policy prohibiting ~~targeted~~ targeting the media/press as the Free Press is protected under the First Amendment of the U.S. Constitution. Even U.S. FBI Director Kash Patel said in the Senate confirmation hearing that he and Donald Trump will put an end to the weaponization of government against citizens.

The Defendant was targeted by the Obama Administration after he was set-up in 2012-2013 as evidenced by the North Carolina (NC) State Bureau of Investigation (SBI) Forensic report (DKt. #55, 57, 59, 65) which had download dates "July 20, 2012, and July 28, 2013" when Defendant's computer was seized on August 28, 2012; 11 months of that time the Defendant didn't even have his computer. Report by NC SBI Special Agent Rodney V. White at Greensboro, NC office. The U.S. Attorney can get a copy of this Forensic report again.

Defendant had articles on Infowars, FederalJack.com, and on USWGO Alternative News at uswgo.com. See Wayback Machine on August 2012 for uswgo.com. ~~NYTm~~ New York Times search "uswgo".

See JusticeForUSWGO.wordpress.com. Search on Archive.org uswgo articles 2012, and leaked SBI photos. Defendant was alternative media before he got set up, U.S.W.G.O. Alternative News.

President Trump is the First president to recognize the alternative media as media/press that he gave press credentials to alternative media in the White House Press Core. Some examples are Next News Network and news reporter Laura Loomer, as well as newsmax. Trump was on Infowars.

It is time that since President Trump recognizes the alternative media as press, that Trump's DOJ and Trump's U.S. Attorney consider ending the supervised release of Defendant if they confirm Page IV of the NC SBI Forensic report has the download dates proving that the Defendant was set up and framed in 2012-2013. Robert Bridge is at the center of this, Knows hacking, and should have his security clearance revoked for hacking. Roger Stone 202-262-3034 is witness. The DOJ should consider bringing justice to Defendant. Also the location of the drug lab with fumes which caused March 11 is attached, See Exhibit 1 Map Diagram. Testing levels of meth residue and carbon monoxide levels can exonerate Defendant. Respectfully Filed with the court on June 14, 2026. Brian D. Hill
Signed

JusticeForUSWGO.wordpress.com

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114
—Legal mail address—

Change of Address—

# Exhibit 1 Map Diagram

by Brian David Hill June 13, 2026 4:20-CR-27

X - Suspected chemical oders, strong fruity chemical smells. Different vehicles coming and going. Speaks a different language. Watches me and mom mowing at times.
F - Brian Hill and Roberta Hill witnessed through window a fire at top of house, smelled smoke; Fire Dept. called.
Suspected drug house.

