Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

RECEIVED

JUN 22 2026

USDC Clerk's Office
Mail Room

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of the Court
U.S. District Court
210 Franklin Road, S.W., Suite 540
Roanoke, VA 24011-2208

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.