June 14, 2026

Clerk,
Martinsville City Jail updated their "Legal Mail" address to the following:

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
June 22, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114
-Legal Mail-
c/o Roberta Hill rbhill67@yahoo.com

I also would like to request the docket sheet with docket text so I can see which of my pleadings got filed. Thanks

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com

The Frame Up of Journalist Brian D. Hill - Amazon
The Deep State Can Frame You - The documentary
Rumble