ATTN: President Trump
The White House
1600 Pennsylvania Avenue
Washington DC

Re: United States District Court, Western District of Virginia case no. 4:20-CR-27 From Middle Dist. of NC case no. 1:13-CR-435-1

I, Brian D. Hill, Formerly USWGO Alternative News, wrongfully convicted in 2014 by the DOJ under the Obama Administration after I was framed with CP, there is evidence I was set up. Roger Stone Favors me obtaining a full pardon or acquittal after a special counsel investigation. Call Roger Stone at his number 202-262-3034. See 4:20-CR-27 DKT. 57 and 59. See LaFferty v. Jones, 336 conn. 332, 246 A.3d 429 (conn. 2020). When I find a lawyer or retain counsel willing to mail you a formal letter with the facts I was set up, my lawyer can mail you such a letter. Until then, please file an Executive Order to have special counsel investigate my wrongful conviction, and have me acquitted or have you grant me a full pardon for being wrongfully convicted. See JusticeForUSWGO.wordpress.com. See Ex parte Garland 71 U.S. 333, 18 L.Ed. 366, 4 Wall. 333 (1866). Witnesses Roberta Hill 276-790-3505 Kenneth Forinash 276-224-4527, Roger Stone, and Roseanna Almaguer 509-840-3720.

God Bless you Mr. President,

Brian D. Hill
Signed

The Deep State Can Frame You – the documentary Rumble.com

July 15, 2026

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com