Clerk,
Please File the letter to The White House in Federal case no. 4:20-CR-27, and please send me docket sheet after Filing everything in envelope to confirm it was Filed. Thank you.

Brian D. Hill
signed

Brian David Hill
July 15, 2026

Photocopy of exact letter mailed to The White House. I would like the letter filed in my criminal case, then forwarded to the Judge, NEF to US Attorney.

Thank you