Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
17 JUL 2026 PM 6 L

FOREVER/USA

RECEIVED
JUL 20 2026
USDC Clerk's Office
Mall Room

Clerk of the Court
U.S. District Court
Case: 4:20-CR-27
210 Franklin Road, Room 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail