In The United States District Court
Western District of Virginia

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

case no. 4:20-CR-27

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
July 28, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

# NC SBI CASE CAN ACQUIT

Defendant Feels like the North Carolina State Bureau of Investigation case file 2012-02146 (915) by Special Agent Rodney V. White will acquit Defendant when it said: 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013..." when Defendant's computer was seized on August 28, 2012. 11 months of the download date range was in the custody of NC SBI and Mayodan Police. This set up and set ups were documented on Lafferty v. Jones, 336 conn. 332, 246 A. 3d 429 (conn. 2020) and on JusticeForUSWGO.wordpress.com. Filed: July 23, 2026. Call Roger Stone: 202-262-3034.
JusticeForUSWGO.wordpress.com

Brian D. Hill
Signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

WWG1WGA

Rumble: The Deep State Can Frame You - the documentary