Clerk, July 23, 2026

please acknowledge receipt of pleading of "NC SBI CASE CAN ACQUIT" and notify me that this was received. Please send docket. Thank You. God Bless You,

Brian D. Hill
signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

WWG1WGA
Roger Stone: 202-262-3034
NCSWIC
GodWins

JusticeForUSWGO.wordpress.com

* The Deep State Can Frame You
  – the documentary - Rumble.com
* The Frame Up Of Journalist Brian D. Hill - Amazon books

USWGO Alternative News

Wayback 2012: FederalJack.com | web.archive.org