Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
25 JUL 2026 PM 4 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
JUL 28 2026
USDC Roanoke

Clerk of the Court
U.S. District Court
210 Franklin Road, Room 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail