United States District Court
Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
August 10, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States v. Brian David Hill
Case no. 4:20-CR-27

Letter To Judge and U.S. Attorney - August 4

I the Defendant Brian David Hill hope that the U.S. DOJ reviews over the NC SBI case file no. 2012-02146 (915) Page IV with the download dates where 11 months of that time my computer was in the custody of Mayodan Police and NC State Bureau of Investigation. Tainted Evidence. My friends/Family uploaded my documentary The Deep State Can Frame You - the documentary on Rumble.com at almost 300,000 views. Roger Stone, 202-262-3034, Knows I been framed/set up; many Americans incl. Tucker Carlson and Sharyl Attkission Knows I been set up. Eventually President Trump will visit the JusticeForUSWGO.wordpress.com campaign. I have sent Letters to different staff at The White House. There was set up attempt on Alex Jones. See Lafferty v. Jones, 336 conn. 332, 246 A.3d 429 (conn. 2020). I been set up, it has been proven in 2255 case years ago.

Filed: August 4 2026.
JusticeForUSWGO.wordpress.com

Brian D. Hill
signed
Brian David Hill #302614