Clerk, August 4, 2026 Re: 4:20-CR-27

Please send me acknowledgement of receiving "Letter To Judge and U.S. Attorney - August 4" and "Letter To Court About Getting Help". Please send docket showing those have been filed.

Thank you.

Brian D. Hill
signed

Note: Family looked up Stewart Rhodes Wikipedia page, got the information.

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com

Rumble.com: The Deep State Can Frame You - the documentary

Amazon: The Frame Up of Journalist Brian D. Hill

Wayback Machine 2012-2013: FederalJack.com

Wayback Machine: USWGO.com Aug. 2012

Stewart Rhodes wikipedia: Photo of Brian D. Hill, Alex Jones of Infowars.com, and Stewart Rhodes of Oath Keepers.

USWGO Alternative News 2009-2012