In The United States District Court
Western District of Virginia

United States of America, Plaintiff,
v.
Brian David Hill, Defendant.

Case no. 4:20-CR-27

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
August 10, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Letter To Court About Getting Help

Defendant Brian David Hill had a mental breakdown on March 11. See Dkt. #51, 52, 54-57, 59-63, 67-72. Defendant personally feels the March 19 charges of indecent exposure alleged as claimed on January 15 and 22 are false charges as the AccuWeather temperatures on both days reported the lows as in the 20°s F below freezing which risks both hypothermia and frostbite on a naked body. See Dkt. 61. Defendant had filed pro se filings in General District Court of Martinsville expressing these concerns in cases no. GC-26-522-523, and GC-26-604-605. Defendant is concerned the case no. GC26-604-605 charges are false charges as Martinsville Police Officer Harmon who filed the two charges may have been caught lying in other cases such as Circuit Court criminal case of Quincy Penn who won his jury trial then was released from Martinsville City Jail. Quincy Penn's false drug charges were

JusticeForUSWGO.wordpress.com

dropped by the Commonwealth Attorney then Quincy was found not-guilty by a jury, and file a lawsuit in the Roanoke Federal Court. The sa police who filed presumably false charges on March 19 against Defendant did the same dirty tactic to Quincy Penn (who was assaulted by a police K9 dog) and other criminal defendants. Defend demands the alleged Ring video or dismissal of the false charges filed on March 19. As for March 11, Defendant voluntarily sought help at Piedmont Community Services while out on bond on Friday, March 13, 2026, his U.S. Probation Officer Sidney Edwards notified on same day. The Defendant's family hired a lawyer for both state and federal cases so the Defendant can get help at a mental hospital by court order, complete treatment so the Defendant keeps his promise to his family about never repeating March 11 again. The Defendant is in good faith on voluntarily getting help over his naked mental breakdown on March, 11, and agrees to comply with all and any court ordered mental health treatment as pushed by his private attorney to resolve his criminal charges.

Filed on July 29 2026.

Brian D. Hill
Signed

Martinsville City Jail
P.O. Box 784, Martinsville, VA
24114

Brian David Hill #302614