Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
7 AUG 2026 PM 1 L

Freedom 250

UNITED STATES OF AMERICA
FOREVER / USA

Clerk of The Court
U.S. District Court
210 Franklin Road Room 540
Roanoke, VA 24011-2208

RECEIVED
AUG 10 2026
USDC Clerk's Office
Mail Room

24011-[illegible]

Legal Mail