In The United States District Court
Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
August 17, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

Case no.
4:20-CR-27

Letter to Judge And U.S. Attorney - August 10

Defendant Brian David Hill feels that the charges filed by Martinsville Police Department on March 19, 2026 are false charges because #1: the temperatures were in the 20°s F for both January 15 and 22 as to the lows for both days. See DKT. 61, Evidence of Low Temperatures. #2: On both days it got ~~days~~ dark around 5-6 PM which means within hours, the temperature drops towards the lower range. #3: Roberta Hill, the Defendant's caregiver and mother under home healthcare program by Virginia Medicaid is aware of Defendant being in his own Apartment and even visiting his mother up until 9-10PM, and mother checks his diabetic low blood sugar around 4 to 5 AM in the morning. Any other time of night, the temperatures go as low as 22°F/25°F, probably below freezing most of the night. 20°s F is dangerous for a naked body with hypothermia and frostbite.

The Facts herein demonstrate the highly likelyness that the two charges on March 19 of indecent exposure on Jan 15/22 are illogical and may be False charges. State Police already taken a photo of Defendant's Face since 2014 due to his conviction. Ring devices have Facial recognition capability. IF Defendant was really caught naked on someone's ring device on Jan 15 and/or 22 then Defendant would have been questioned as a possible suspect in January, they would not have waited until March 19, six days after Defendant was at Piedmont Community Services on Friday, March 13, to get help over March 11 mental breakdown while out on bond, bonded out March 12. IF these are proven False charges, then Felony crimes were commited by MPD against Defendant, as well as MPD Filing False reports with the U.S. Probation Office, which is a Felony. He has been wrongfully imprisoned since March 19, 2026. Defendant would be entitled to file a lawsuit on the basis of False imprisonment and defamation/libel/slander as well as any bodily injury while in Martinsville City Jail. They targeted a man who already reported to Federal Probation that he sought help.

God Forbid Defendant had a mental breakdown on March 11, he was bonded out March 12 by his mother, he sought mental health/help treatment on March 13. The Federal Detainer on Dkt. #52-3 and Dkt. # 49-50 was likely triggered by the two False charges Filed on March 19. Defendant demands access to the alleged ring video itself as to Jan 15 and 22, 2026, otherwise there is no proof and Defendant is deprived of a fair trial by not being given access to the MPD claimed evidence under Brady v. Maryland. Defendant will not be naked in 20°F temperatures (Dkt. #61) as doing such would be suicidal/self harm, there is no medical record of any self harm in January. Either the ring video proves the charges, or the charges on March 19 are False or unfounded charges as facts and logic will show. That is false imprisonment, illogical.

Respectfully Filed with the Court on August 10, 2026.

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

WWG1WGA

3-Aug 10