Clerk, August 10, 2026

Please send me docket sheet confirming receipt of "Letter to Judge And U.S. Attorney - August 10", in case no. 4:20-CR-27. Please File it As Soon As Possible. Thank You.

Brian D. Hill
signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com
Rumble.com: The Deep State Can Frame You - the documentary
Amazon: The Frame Up of Journalist Brian D. Hill
USWGO Alternative News