U.S. District Court, Western District of Virginia
Case no. 4:20-CR-27
Honorable Judge and U.S. Attorney,

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
AUG 27 2026
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

I, Brian David Hill, am a victim of corruption by the corrupt city of Martinsville. They refuse to investigate a possible meth lab at the house next door to my mom's triplex. Me and my mom had smelled strong chemical fruity odors. When we report this, Martinsville Police Department does nothing about it. Martinsville City Jail has been depriving me of my Constitutional rights. They Know I'm under a Federal Detainer with no lawyer for my Federal case, yet they limit me as indigent to one flex pen a month. When I get flex pens from other inmates; Jail Officers Lee, Harmon, and Kellam's shifts steals up to five working flex pens during their shake downs, Knowing they are commissary items, and Knowing I write the State and Federal Courts. They steal my flex pens in shake-downs to ~~twart~~ thwart my ability to write legal letters and mailings. I think the FBI need to send undercover Agents to Martinsville Jail, and to Martinsville Police Department to catch them up in their crimes, and start arresting Martinsville government officials for their crimes, they are protecting the criminals in my opinion.

1-Aug 24

Martinsville is involved in serious corruption.
I like the FBI to talk with my mom, grandpa, and grandma about the possible drug houses and public corruption inside the City of Martinsville. Martinsville Files False charges against people like Quincy Penn, myself, and others. USPO Sidney Edwards and the U.S. Probation Office put me at risk by having me arrested in response to possibly False charges on March 19. The Fact even Roger Stone (202-262-3034) said in his opinion that what was done to me in my criminal case "was wrong and illegal." See JusticeForUSWGO.wordpress.com. I have sent over ten/10 legal mailings to The White House, to different staff and offices in hope that President Trump will just grant me a Full pardon for the crime I was framed on. See Dkt. 55-80, 28-29, 36, 3. My bestie Roseanna Almaguer does not think I deserve to be wrongfully convicted because I love her as a best Friend, she understands my Autism like my mom. I have a real best Friend who I care about. I want to give up life of alt. media. I don't want to be a target anymore. August 24, 2026

Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

Brian D. Hill
Signed
Brian David Hill #302614

2 - Aug 24