U.S. District Court, Western District of Virginia

Clerk, August 24, 2026
4:20-CR-27

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
AUG 27 2026
LAURA A. AUSTIN, CLERK
BY: L Michael Bandy
DEPUTY CLERK

Please acknowledge receipt of my letter to Judge - August 24, please send docket sheet. Thanks

To Honorable Judge, CC: U.S. Attorney

I, Brian D. Hill, regret running USWGO Alternative News. I regret helping Aaron Dykes and Alex Jones of Infowars.com. I became a target. I was sued by Righthaven LLC in Colorado U.S. Dist. Court in 2011. Then I get framed/set up a year later. In 2017-2018 I'm almost Killed with carbon monoxide gas. Prior to that my ~~car~~ mom's car breaks was getting messed with in 2016. A ~~a~~ few years ago, two pitbulls Kill me and mom's cat Tiger Hill. In 2023 my mom received a threatening email - Tor Mail style. I'm a target of the U.S. Deep State. I've begged President Trump to protect me from the Deep State. Thanks,

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784, Martinsville, VA 24114