Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
25 AUG 2026 PM 3 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
AUG 27 2026
USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail