In The United States District Court Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 02, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff Case no.
v. 4:20-CR-27
Brian David Hill, Defendant.

# Defendant Hopes To Be Acquitted Or Pardoned

Defendant wonders why possible hacker Robert Bridge had moved from Reidsville, NC to Virginia after Defendant had moved to Virginia. Defendant is tired of being wrongfully convicted and is tired of being targeted by the Deep State. Defendant's mental health had declined, his mental health had got worse since the death of Senior U.S. Probation Officer Jason McMurray, then ever since ~~wanted more restrictions~~ then the U.S. Probation Office wanted more restrictions on Defendant for the heck of it. They want Defendant isolated, they don't want Defendant to have good friends, they don't want Defendant to play video games, they don't want the Defendant to communicate socially with people. That is knowing that the Defendant was set up. The Rumble.com ~~Fil~~ film: The Deep State Can Frame You - the documentary with almost 300K views, the NC SBI case file 2012-02146, and all the evidence at JusticeForUSWGO.wordpress.com. The Defendant's mental health gets worse and worse until his reckless mental breakdown on March 11, 2026. He hit rock bottom. He had a life risking mental health medical crisis, not even medically cleared as he wasn't taken by the Emergency Room on March 11.

Defendant is pushing for deferred disposition pursuant to Va. Code §19.2-303.6 with a request to be placed in a mental hospital then state probation with at least a mental health services condition because the Defendant wants to get help so March 11 never happens again. ~~If Defendant~~ After the Defendant completes the deferred disposition sentence, there is no adjudication of guilt which means no criminal conviction. Then the charges can be expunged, police reports can be expunged from public record. If the Commonwealth Attorney agrees to include Defendant's charged on September 21, 2018, then that reverses his conviction in General District Court on December 21, 2018 too, then that charge can also be expunged. Defendant would like to get help so he never gets another charge again, keeping his promise to his bestie Roseanna Almaguer, to his mom Roberta Hill, and to his grandma Stella Forinash and grandpa Kenneth Forinash. After Defendant is sent to a mental hospital to get help after it is court ordered by the state, after his charges are resolved without a conviction, the Defendant asks the U.S. Probation Office to drop all supervised release violation charges. In fact Defendant requests the U.S. DOJ investigate his wrongful conviction in 2014 by special counsel, then the U.S. DOJ should consider acquitting or fully pardoning Defendant.

Filed: August 27, 2026.

Brian D. Hill
signed

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784, Martinsville, VA 24114

JusticeForUSWGO.wordpress.com
WWG1WGA-Qanon

2-Aug 27

Thank You!!!