lerk, 4:20-CR-27 August 27, 2026

Please send me acknowledgement of receipt of "Defendant Hopes To Be Acquitted Or Pardoned" including docket sheet.

Thank you,

Brian D. Hill

Signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com

Rumble: The Deep State Can Frame You- the documentary