Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
31 AUG 2026 PM 2 L

Freedom 250

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED

SEP 0 2 2026

USDC Clerk's Office
Mail Room

Clerk of The Court
U.S. District Court
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

-220803

Legal Mail

THE MARTINSVILLE CITY JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM, THEREFORE, THE JAIL
DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENT.