In The United States District Court, Western District of VA

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 10, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America, Plaintiff
v.
Brian David Hill, Defendant.

Case no. 4:20-CR-27

# Defendant Requests Help Instead of Revocation With U.S. Probation Office

Defendant Brian David Hill had no obscenity on March 11, didn't know when he ran that police were chasing him as it was dark outside and only saw people with flashlights. Defendant can be found possibly innocent under Virginia Code §19.2-271.6 as a matter of law for all charges; and can also receive deferred disposition with no adjudication of guilt/no conviction under Virginia Code §19.2-303.6. Regardless of the direction the Defendant and his court appointed lawyer will go, the Defendant is seeking no conviction to all pending state charges, and intends to petition/file motion to expunge all resolved criminal charges which have no conviction as a matter of law.

As for the issue of Defendant's behavior, Defendant reported to his U.S. Probation Officer on March 12 and March 13 while on bond about voluntarily seeking help at Piedmont Community Services, and did register there on March 13 for mental services. The Defendant has type 1 brittle diabetes, autism, OCD, PTSD, anxiety, and

has an unhealthy obsession with nudism culture and lifestyle. Nudism is non-sexual nudity clothes-free lifestyle Like for example: TV Show Naked & Afraid on Discovery channel. The Defendant does not remember the alleged events of January 15 and 22 as charged on March 19. Also see DKt. 61, Evidence of low temperatures. The Defendant requests with the U.S. Probation Office that upon not-guilty verdicts to all charges and/or any/all non-adjudication of guilt to all charges, Defendant requests dismissal of all Supervised release violations and/or allow Roberta Hill to bond out Defendant to conditional release, and push for mental health treatment of Defendant as modification of conditions instead of revocation. Simply the Defendant wants help, needs help, and asks for the U.S. Probation Office to require the Defendant to seek outpatient mental health services to give the Defendant the oppertunity to hold himself accountable for his behavior on March 11, and keep his promise to never repeat March 11 again. Defendant also asks that he never goes back to FCI Butner again, but gets outpatient mental evaluation since Butner's evaluations are untruthful, biased, and unfair. Defendant plans to plead the Fifth Amendment right to remain silent if sent to Butner for evaluation. Please no Butner evaluation. Thank you. Filed: August 31, 2026.

Martinsville City Jail
Brian D. Hill
signed
P.O. Box 784 Martinsville, VA 24114 Brian David Hill #302614
JusticeForUSWGO.wordpress.com