Clerk,

Please send acknowledgement of the foregoing pleading, let me know it was received.

Thank you,

Brian D. Hill
signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com