Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

RECEIVED
SEP 10 2026
USDC Clerk's Office
Mail Room

8 SEP 2026 AM 4 L

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of the Court
U.S. District Court
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail

