Western District of Virginia
U.S. District Court

Emergency Request

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 11, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Letter To Judge, September 4, 2026
Re: 4:20-CR-27

Please I beg the U.S. Probation Office to defer prosecution/Pretrial diversion to me getting mental health treatment program, I like my mom Roberta Hill to bond me out so I can get mental health services. My health deteriorates every day I'm stuck in this Jail, in May the lab found I have Stage 2 Kidney disease. I have no lawyer to help me in this Federal case, I can't bond out in state court because of the Federal Detainer. This Jail has no nurse but officers trained as medics but are not nurses. They don't do insulin for the carbs of my meals, so my diabetic blood sugars run a lot of highs, I'm suffering permanent damage to my eyes, nerves, Kidneys the longer I stay here. Local Public Defender won't negociate with Federal Probation. I Filed 20-30+ request forms with Piedmont Community Services, I've not seen a single mental counselor in over 5 months in Jail. I've begged for mental health, can't get help. I ask U.S. Probation to let me bond out Federally, to drop Detainer so I can be bonded out and get help. I'm innocent under Va. Code §19.2-271.6 autism defense. Thank you, Brian D. Hill (signed)

#302614, Brian David Hill
Martinsville City Jail
JusticeForUSWGO.wordpress.com | P.O. Box 784, Martinsville, VA 24114