Clerk,

Please send acknowledgement of receiving Emergency Request Letter To Judge - Sept. 4, 2026 and docketed in case no. 4:20-CR-27.

Thank you,

Brian D. Hill
signed

Brian David Hill
#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

I wish Roger J. Stone 202-262-3034 who Knows President Trump would get the President to just Fully Pardon Me. I should be pardoned, the NC SBI case file 2012-02146 prove I been set up. Watch on Rumble.com: The Deep State Can Frame You - the documentary. JusticeForUSWGO.wordpress.com. The New World Order is a demon organization. No NWO!!!