Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
9 SEP 2026 PM 4 L

Thinking of You

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED

SEP 11 2026

USDC Clerk's Office
Mail Room

Clerk of the Court
Re: Emergency Request, 4:20-CR-27
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

24011-220840

Legal Mail