In The United States District Court, Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 16, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

United States of America,
v.
Brian David Hill, Defendant

Case no.
4:20-CR-27

Martinsville Police may not be complying with Virginia Code §9.1-102 - Paragraphs 66-69

Defendant had discovered in the law library that all law enforcement in Virginia have to follow the laws and standards set by the board of the Department of Criminal Justice. According to paragraphs 66-69 of statute Va. Code § 9.1-102, all law Enforcement agencies/organizations were supposed to "Establish compulsory minimum and in-service training standards for law-enforcement officers on communicating with individuals with an intellectual disability or a developmental disability...such as autism spectrum disorder". The issue is Martinsville Police doesn't appear to have any such training, they ignored me asking for mental help; the police ignored Defendant's autism, ignored getting him any needed mental health services. Martinsville Police doesn't seem to be complying with Va. Code §9.1-102, p. 66-69.
Filed: Sept. 11, 2026.

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com

WWG1WGA

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784, Martinsville, VA 24114
1 - Sept. 11