Sept. 11, 2026

Clerk,

Please send acknowledgement of pleading

Thank you

Brian D. Hill
Signed

Brian David Hill #302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

JusticeForUSWGO.wordpress.com

Rumble.com: The Deep State Can Frame You - the documentary