Brian David Hill#302614
Martinsville City Jail
P.O. Box 784
Martinsville, VA 24114

GREENSBORO NC 270
PIEDMONT TRIAD AREA
14 SEP 2026 PM 3 L

Thinking

UNITED STATES
OF AMERICA
FOREVER/USA

Clerk of the Court
U.S. District Court
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

RECEIVED

SEP 16 2026

USDC Clerk's Office
Mail Room

24011-220840

Legal Mail