In The United States District Court
Western District of Virginia

Case no. 4:20-CR-27

United States of America, Plaintiff

v.

Brian David Hill, Defendant

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 05, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Facts of Brian D. Hill's Innocence

- Defendant Brian D. Hill's Film uploaded by friends/Family: Rumble.com: The Deep State Can Frame You - the documentary; JusticeForUSWGO.wordpress.com; Archive.org: leaked SBI case files (case no. 2012-02146 (915)).
- SBI Agent in NC named Gerald Thomas involved in Search Warrant against Defendant had violated agency practices and manufactured evidence in murder case of Dr. Kirk Turner. See Turner v. Thomas, 235 N.C. App. 520 (N.C. App. 2014), Turner v. Thomas, 762 S.E.2d 252 (N.C. App 2014).
- Defendant mailed letters to different staff and offices at The White House seeking an investigation into his wrongful conviction by special counsel, and requesting full pardon.
- Defendant was framed which was retaliation by corrupt officials for operating USWGO Alternative News.

Filed Sept. 28, 2026. Roger Stone's #202-262-3034.

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com

Brian David Hill #302614
Martinsville City Jail, P.O. Box 784, Martinsville, VA 24114