RECEIVED
By JJernigan at 9:09 am, Mar 20, 2026

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 15, 2026
LAURA A. AUSTIN, CLERK
BY: /s/L. Ayers
DEPUTY CLERK

United States of America
v.

Brian David Hill
ISSUED AS DETAINER- MARTINSVILLE CITY JAIL

*Defendant*

Case No. 4:20CR00027-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian David Hill ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violating the terms of supervised release imposed by the Court on September 12, 2019.

Date: 03/20/2026

A. Cullen
*Issuing officer's signature*

City and state: Roanoke, VA

Honorable Thomas T. Cullen, U.S. District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/20/26, and the person was arrested on *(date)* 10/15/26
at *(city and state)* Martinsville, VA

Date: 10/15/26

[signature]
*Arresting officer's signature*

William S. Whitten DUSM
*Printed name and title*