**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 4:20-CR-00027** |
| **v.** | : | |
| | : | |
| **BRIAN DAVID HILL** | : | |

**MOTION TO WITHDRAW**

Jonathan P. Jones, Assistant United States Attorney, for the Western District of Virginia, hereby moves to withdraw as counsel in this case for the United States of America.

Respectfully submitted,

s/ *Jonathan P. Jones*

Jonathan P. Jones
Assistant United States Attorney
United States Attorney's Office
P. O. Box 1709
Roanoke, Virginia 24008-1709
Telephone: 540-857-2250
Fax: 540-857-2614

## CERTIFICATE OF SERVICE

I certify on this date, October 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Jonathan P. Jones