**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 4:20-CR-00027** |
| **BRIAN DAVID HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# MOTION TO WITHDRAW

Drew O. Inman, Assistant United States Attorney for the Western District of Virginia, hereby moves to withdraw as counsel in this case for the United States of America.

Respectfully submitted,

/s/ *Drew O. Inman*
DREW O. INMAN
PA Bar No. 328494
Assistant United States Attorney
P.O. Box 1709
Roanoke, VA 24008-1709
540-857-2250 (Office)
540-857-2614 (Fax)
drew.inman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Drew O. Inman*
Assistant United States Attorney