**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**CRIMINAL MINUTES - RULE 32.1 INITIAL APPEARANCE**
**(Probation/Supervised Release Revocation)**

**Case No.: 4:20cr27** **Date: 10/26/2026**

**Defendant: Brian David Hill, custody** **Counsel: Nia Vidal, FPD**

| | | | |
|---|---|---|---|
| PRESENT: | JUDGE: | Kailani Memmer | TIME IN COURT: 14 Min |
| | Deputy Clerk: | K.Saville | |
| | Court Reporter: | K.Saville/FTR | |
| | U. S. Attorney: | Lee Brett | |
| | USPO: | Sidney Edwards | |

☒ Defendant arrested on warrant from Danville, VA.

**RIGHTS:**

☒ Defendant advised of the alleged violation of probation/supervised release.
☒ Defendant advised of right to retain counsel or to request that counsel be appointed by the court.
☒ Defendant advised of right to preliminary hearing if held in custody.
☒ Defendant advised of right to bond/detention hearing.

**COUNSEL:**
☒ Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed.
☒ Counsel appointed.

**PRELIMINARY HEARING:**
☒ Probable cause found. Order will enter.
☒ Preliminary hearing waived.***FORM AO 468 – WAIVER OF A PRELIMINARY HEARING MUST BE SIGNED BY DEFENDANT AND COUNSEL**

**RELEASE/DETENTION:**
☒ Government does not oppose bond.
☒ Written Conditions of Release/Bond to enter.
☒ Revocation hearing TBD after state issues resolve.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☒ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☒ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☒ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☒ The defendant shall be placed on LM /Home detention absences must be approved in advance by the probation officer.
☒ The defendant shall continue in his/her currentmental health counseling/treatment program at his/her own expense.
☒ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.

☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

Additional Information:
1:07
All parties are present and represented by counsel.
Defendant sworn.
Court reviews the allegations listed in the petition with defendant.
Def does not contest and waives his PH.
All parties are in agreement to release with additional conditions and incorporating his state bond and his SR conditions.
Conditions of release are reviewed and understood by the defendant.
1:21