**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**United States of America**

**CASE NO.: 4:20cr27**

**v.**

**DATE: 10/26/2026**

**Brian Hill**

**TYPE OF HEARING: IA/SRRH**

*****************************************************************************************

**PARTIES:**

| | | | |
|---|---|---|---|
| 1. | C. Kailani Memmer | 6. | |
| 2. | Lee Brett, AUSA | 7. | |
| 3. | Nia Vidal, FPD | 8. | K. Saville, CRD |
| 4. | Brian Hill, def | 9. | |
| 5. | Sidney Edwards, USPO | 10. | |

*****************************************************************************************

**Recorded by: K. Saville** **Time in Court: 14 min**

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:07 | 1,8,1,8,4 | | | | | | | | |
| 1:08 | 1,4 | | | | | | | | |
| 1:10 | 1,3,1,4 | | | | | | | | |
| 1:14 | 1,2 | | | | | | | | |
| 1:15 | 1,3,1,4 | | | | | | | | |
| 1:16 | 1,4 | | | | | | | | |
| 1:17 | 1,5 | | | | | | | | |
| 1:18 | 1,4 | | | | | | | | |
| 1:20 | 1,5,1,2,1,3,1,4 | | | | | | | | |
| 1:21 | 1,2,1,3 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |