AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Brian David Hill
*Defendant*

Case No. 4:20cr27

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/26/2026

Brian D. Hill
signed
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Nia Ayanna Vidal
*Printed name and bar number of defendant's attorney*

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*

FILED IN OPEN COURT
DATE 10/26/26
BY [signature]
DEPUTY CLERK
Roanoke DIVISION, WD of VA